

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:MJB
F. #2019R00426

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 21, 2020

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Aaron Weinreb</u>
     <u>Criminal Docket No. 20-006 (BMC)</u>

Dear Judge Cogan:

  In response to the Court's July 17, 2020 electronic order, the government submits this joint status report and respectfully requests that the next status conference, currently scheduled for July 23, 2020, be adjourned for approximately sixty days, to any day from Monday, September 21, 2020 through Thursday, September 24, 2020, preferably at 11:30 a.m.

  By way of background, on January 8, 2020, the defendant was charged in an indictment with two counts of coercion and enticement of a minor to engage in illegal sexual activity, in violation of Title 18, United States Code, Section 2422(b). (ECF Dkt. No. 16). On April 1, 2020 the government produced discovery pursuant to a protective order authorized by this Court. (ECF Dkt. No. 26). On April 24, 2020 the government provided a plea agreement to defense counsel. Defense counsel has discussed the plea agreement with the defendant and the parties have been actively engaged in plea discussions.

The government and the defendant, Aaron Weinreb, jointly request the proposed approximate sixty day continuance. The basis for the request is to further facilitate plea negotiations. The parties submit that the requested continuance is in the interest of justice, and the parties seek to exclude the time for speedy trial purposes, pursuant to 18 U.S.C. § 3161(h)(7), from July 23, 2020 until the next status conference date to continue plea negotiations.

      Respectfully submitted,

      SETH D. DUCHARME
      Acting United States Attorney

By:    /s/
      Michael J. Bushwack
      Assistant U.S. Attorney
      (718) 254-6454

cc:   Clerk of Court (BMC) (by ECF)
      Brian Griffin, Esq. (by e-mail)
      Scott E. Gross, Esq (by e-mail)