# FOLEY GRIFFIN, LLP
*ATTORNEYS AT LAW*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO
---------------------------------
KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

September 10, 2020

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: **United States v. Aaron Weinreb**
            **Docket No.: 1:20-cr-00006-BCM**

Dear Judge Cogan,

    As Your Honor may recall, this office represents Mr. Aaron Weinreb in the above referenced matter. Mr. Weinreb and his family are Orthodox and are very religious. His current bond conditions do not allow for religious services. As such, please allow this letter to serve as our formal request for Mr. Weinreb to attend services for Rosh Hashanah and Yom Kippur.

    He would like to attend Congregation Beth Shalom in Lawrence with his father, Robert. The services for Rosh Hashanah are September 19th and September 20th from 7:30am until 2:00pm. The services for Yom Kippur are September 28th from 8:00am until 2:00pm and 5:00pm until 8:00pm. We have spoken to Assistant United States Attorney, Michael Bushwack, and his Pretrial Officer, Amanda Carlson, who both consent to this request.

    If the Court requires any further information, please do not hesitate to contact the undersigned directly.

                                                        Very truly yours,

                                                        *Brian J. Griffin, Esq.*

                                                        Foley Griffin, LLP.

                                                        By: <u>Brian J. Griffin, Esq.</u>

cc: via ECF
United States Attorney's Office
AUSA Michael Bushwack