

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MJB<br>F. #2019R01483 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

November 2, 2020

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Aaron Weinreb
               <u>Criminal Docket No. 20-006 (BMC)</u>

Dear Judge Cogan:

      The government respectfully submits this letter to provide a status update and to request that the revocation hearing scheduled for November 4, 2020 be adjourned to November 10, 2020 at 10:15, which is the same date and time as the next status conference in this matter. The defense consents to the proposed adjournment.

      On October 21, 2020, following the preliminary revocation hearing, the government attempted to obtain certain records from JP Morgan Chase on an expedited basis. Since that date, the government communicated with JP Morgan Chase on October 23, 26 and 27. Earlier today, November 2, 2020, the undersigned spoke with an analyst from JP Morgan Chase and was informed that the requested records would not be available until November 6, 2020. Since the government is currently not in possession of all the records pertinent to the revocation hearing, the government respectfully requests that the revocation hearing be adjourned to November 10, 2020 at 10:15.

   The government submits that the adjournment will allow JP Morgan Chase more time to fully provide all the requested records, which, in turn, will aid the government's due diligence efforts.

              Respectfully submitted,

              SETH D. DuCHARME
              United States Attorney

By: *Michael J. Bushwack*
              Michael J. Bushwack
              Assistant U.S. Attorney
              (631) 715-7878

cc: Clerk of Court (BMC) (by ECF)
   Brian Griffin, Esq. (by e-mail)
   Scott E. Gross, Esq. (by e-mail)