

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MJB
F. #2019R01483

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 13, 2020

By ECF

Brian Griffin, Esq.
Foley, Griffin, Jacobson & Faria, LLP
666 Old Country Road, Suite 305
Garden City, NY 11530

Scott E. Gross, Esq.
Adler & Gross, P.C.
225 Broadway, Suite 2400
New York, NY 10007

    Re: United States v. Aaron Weinreb
       Criminal Docket No. 20-CR-006 (BMC)

Dear Messrs. Griffin and Gross:

  In advance of the continued violation hearing scheduled for November 19, 2020, the government is providing discovery via a shareable site, USA File Exchange. Specifically, the government is providing items bate-stamped WEINREB000123 – WEINREB000134.

  Please be advised that you must download the materials from USA File Exchange within 60 days from the date it was uploaded. The USA File Exchange is <u>not</u> a storage site and the materials are automatically deleted within 60 days.

I. The Government's Discovery

  A. Statements of the Defendant

  Please find enclosed:

- Audio recording of the defendant from October 1, 2020 provided by JP Morgan Chase, Bates-numbered WEINREB000133.

- Audio recording of the defendant from October 1, 2020 provided by JP Morgan Chase, Bates-numbered WEINREB000134.

B.  Documents and Tangible Objects

Please find enclosed the following additional materials:

- Documents from JP Morgan Chase, Bates-numbered WEINREB000123 – WEINREB000132.

Very truly yours,

SETH D. DUCHARME
United States Attorney

By:  /s/ Michael J. Bushwack
Michael J. Bushwack
Assistant U.S. Attorney
(631) 715-7878

Enclosures

cc:   Clerk of the Court (BMC) (by ECF) (without enclosures)