# FOLEY GRIFFIN, LLP
*Attorneys at Law*

THOMAS J. FOLEY
BRIAN J. GRIFFIN
DANIEL W. RUSSO
---------------------------------
KELLY GUTHY
CHRIS MCDONOUGH, SPECIAL COUNSEL

666 OLD COUNTRY ROAD, STE. 305
GARDEN CITY, NEW YORK 11530
(516) 741-1110
FAC. (516) 741-9171
--------------

SUFFOLK COUNTY OFFICE
33 MAIN STREET
SOUTHAMPTON, NEW YORK 11968
(631) 506-8170

January 19, 2021

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    **United States v. Aaron Weinreb**
                 **Docket No.: 1:20-cr-00006-BMC**

Dear Judge Cogan,

      Please be advised that this office represents Mr. Aaron Weinreb in the above referenced matter. Please be further advised that a status conference is scheduled for Thursday, January 21, 2021 at 10:30am.

      As both parties are actively engaged in plea negotiations, please allow this letter to serve as our formal request to adjourn the matter for thirty days. Since our last conference, extensive negotiations and discussions have occurred and multiple submissions have been drafted and exchanged. As a result, the Government is carefully considering the defendant's proposed plea. We have spoken with AUSA Michael Bushwack who consents to this request. Furthermore, the defendant hereby waives his speedy trial rights until said conference date.

      If the Court requires any further information, please do not hesitate to contact the undersigned directly.

      Very truly yours,

      *Brian J. Griffin, Esq.*

      Foley Griffin, LLP.

      By: <u>Brian J. Griffin, Esq.</u>

cc: via ECF
United States Attorney's Office
AUSA Michael Bushwack