NB:MJB
F. #2019R01483

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | S U P E R S E D I N G<br>I N F O R M A T I O N |
| - against - | Cr. No. 20-CR-006 (S-1) (BMC) |
| AARON WEINREB, | (T. 18, U.S.C., §§ 2422(a), 2428(a) and 3551 et seq.; 21, U.S.C., § 853(p)) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

COERCION AND ENTICEMENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

1. In or about and between May 2019 and October 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant AARON WEINREB, did knowingly and intentionally persuade, induce, entice and coerce an individual, to wit: John Doe #1, an individual whose identity is known to the United States Attorney, to travel in foreign commerce, to engage in sexual activity for which a person can be charged with a criminal offense, to wit: criminal sexual act in the third degree, in violation of New York Penal Law Section 130.40(2).

(Title 18, United States Code, Sections 2422(a) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2428(a), which requires the forfeiture of: (a) any

property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense; and (b) any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

        3.        If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2428(a); Title 21, United States Code, Section 853(p))

SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2019R01483

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

AARON WEINREB,

Defendant.

# SUPERSEDING INFORMATION

(T. 18, U.S.C., §§ 2422(a), 2428(a) and 3551 et seq.; 21, U.S.C., § 853(p))

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

_____

***Michael J. Bushwack, Assistant U.S. Attorney (631) 715-7878***