AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>AARON WEINREB<br><br>Defendant | )<br>)  Case No.  20-CR-006 (S-1)(BMC)<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/26/2021

*[Defendant's signature]*
Defendant's signature

*[Signature]*
Signature of defendant's attorney

Scott Gross
Printed name of defendant's attorney

Judge's signature

U.S.D.J.
Judge's printed name and title