# EXHIBIT 2

## BERNARD WEINREB
### ATTORNEY AT LAW

Tel (845) 369-1019
Fax (845) 369-3973
Email: boruchw@cs.com

2 PERLMAN DRIVE
SUITE 310
SPRING VALLEY, NY 10977

April 7, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re:  United States v. Aaron Weinreb
　　　　Docket No.: 1:20-cr-00006-BMC

Dear Judge Cogan:

　　　　I am an uncle of Aaron Weinreb and have known him since he was born.  He is an individual of exemplary character.  He has always been a warm, caring, compassionate human being, always interested in helping others.

　　　　In my many interactions with Ari over the years, it has always been my experience that he has looked out for the other person's interest before his own.  When close or extended family members had a happy occasion, Ari always shared in their happiness as if it was his own.  When family members needed advice or encouragement, he was always there for them.  When a family member was down, Ari was there with a smile to cheer and build him up.

　　　　Although Ari has been a successful doctor, he has never had any airs about him.  Ari always treated family, friends, and strangers with respect, kindness, warmth, understanding and compassion as needed.

　　　　I know that Ari has regularly been very involved in helping individuals and organizations. In fact, ever since Ari made me proud when he graduated as Salutatorian of his high school class, Ari continued making me proud since then.  I was proud to be in attendance when Ari received the honor of being named physician of the year by Bikur Cholim, a well-known medical organization; I know that the honor was given to him because of his compassion and caring nature.  Additionally, he was honored by his community's yeshiva, Yeshiva Gedolah of the Five Towns; the honor was not on account of the charity he gave them, but on the basis of his being a model citizen of his community.  Besides this, he has also done much volunteer work on behalf of the community and others.

What I have written in this letter about Ari so far is not an exaggeration. Ari is truly an unusual individual, a very special person, with a heart of gold.

I was totally floored upon hearing the news that Ari was arrested for what he is now being charged and it is my understanding that Ari has plead guilty to certain criminal conduct related to this. If at the time I was told that an acquaintance had been arrested and to guess who it was, I never would have thought it to be Ari. Notwithstanding his admission of wrongdoing, I nevertheless have great respect for him.

Ari had always been a tremendous loving father and, although his (now ex) wife is now furious at him for getting him and his family into this mess and unfortunately turning her life upside down, he had always been a loving, caring husband. The last people in the world he would have wanted to hurt and let down are his wife and children but, unfortunately, on account of this lapse, this is exactly what he did. He still loves his children dearly. He continues to respect his wife even though she is putting him through a divorce.

Until the arrest, Ari had everything going for him. He had a wonderful family, a great job, financial security, a wonderful reputation, and acceptance among his colleagues, community, and others. Now, as a result of his short lapse, Ari lost everything. He lost his family, his job, his medical license, his money and his standing in the community.

I have visited Ari and spoken to him several times since his arrest. In my eyes, he is still the same kind, warm, thoughtful and special Ari that he has always been. The only difference is that now he is a broken man who has lost everything on account of this lapse.

Ari has more than paid the price for his lapse. He has expressed to me on numerous occasions his sincere regret and remorse for the pain he may have caused by his conduct.

I beseech those with his future in their hands to be compassionate to Ari as he would have been had another individual were in his position and needed his help. Ari has suffered enough and more than learned his lesson from what has transpired.

Please, please, be lenient on Ari. He is not a danger to the community and I am confident that he will never ever do anything like this again.

He has learned his lesson. Society needs Ari. He is a good man and can do, and will continue to do, much good for society if given the chance. Please, please, give Ari another chance to start rebuilding what he has already lost over these past several months. Thank you for your understanding.

Sincerely,

Bernard Weinreb



בס״ד

Center for Judaism

4900 Sioux Drive
Boulder, CO 80303
303-494-1638
www.boulderjudaism.com
boulderjudaism@gmail.com

04/01/2021

The Honorable Bryan Cogan
United States District Court
Eastern District Court
225 Cadman Plaza East
Brooklyn, NY11201

Re: United States vs. Aaron Weinreb

Docket No: 1:20 cr-000005 BMC

Dear Judge Cogan,

I am writing this letter on behalf of my relative, Ari Weinreb. I have known Ari for a long time and he is an extremely sensitive and kind person. An example of this was how he took care of his dear grandmother, Henia Basch when she was old and difficult to deal with. He visited her constantly and spent a lot of time making sure she was taken care of taking the lion's share of the responsibility for her care. As she aged, he and his parents moved her to an assisted living near his home so that he could visit more often. He even arranged to bring her to his home for many holidays He did this at a time in his life where he was juggling an extremely busy practice and a growing family. Also, his house was always open to guests for meals and overnight stays. He was very philanthropic as well. Besides donating to the organization that I am a Rabbi of, I would constantly hear about different organizations that he was involved in.

I was in NY when the story broke and I went to visit him, it was heartbreaking to see a person who had everything going for him including being popular amongst his friends lose everything in one moment. His wife left him but, despite all of this I saw that he was tapping into his internal strength and accepting responsibility for his lot.

It was clear to me from our conversation that he was determined to fix up what he did wrong. I have been in touch with him over the last few months and each time I spoke to him I saw how he was working on his character to become a better person.



WHERE EVERY JEW IS *Family*.

Ari has already suffered tremendously for what he has done. I would ask you to try to contemplate how much hurt Ari has experienced by losing his wife, job and all the pain that comes along with the negative publicity.

I implore you to be lenient with Ari.

Sincerely,

*Rabbi Pesach Scheiner*

Rabbi Pesach Scheiner
Boulder County Center for Judaism

03/25/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

**Re: United States v. Aaron Weinreb**
**Docket No: 1:20-cr-00006-BMC**

Dear Judge Cogan

I am writing this letter on behalf of Doctor Ari Weinreb who I have known since I am a young child. He's a cousin of my mother's and as I got older, I have developed a close personal friendship. Over the many years, I have visited with him, his (now ex-) wife and children many times and was continuously inspired by his dedication and devotion to his family.

As a young adult, I looked up to Ari as a mentor and sought frequent guidance from him. Despite his carrying a heavy workload and various other obligations, Ari had a unique ability to make me feel like I always had his undivided attention. Ari had always been a compassionate, soft spoken and devoted family man.

As a newlywed I continue to reach out to him no matter what issues arose and discuss things at length. Throughout our relationship, I've always valued his intelligence and kindness and I have learned so much from him.

The origin of our relationship is personal, not professional; Yet he has always been forthcoming and generous, especially when my wife and I were expecting our first baby and we frequently turned to him for medical advice.

Over the years I encountered many people in my neighborhood in Brooklyn that were his patients. Without fail, they all spoke so highly of him; both as a doctor and as a human being. In all those interactions, I always felt proud to

share my pride with his many patients and devotees in the fact that Dr. Weinreb was my relative.

Their responses were always consistently positive and heartwarming. They described a man of sincere devotion, warm bedside manner, and competent patient care. I recall meeting someone who would travel from central New Jersey to Brooklyn for every appointment for three pregnancies because she couldn't fathom delivering her babies without doctor Weinreb's care.

In light of this impeccable reputation and my knowledge of his character, I was shocked and devastated to learn about the series of events last year that has upended every thing I thought I knew about Dr. Weinreb. I have since sadly learnt that despite all his goodness, Dr. Weinreb had been privately struggling with some deep personal demons. In watching the way he has dealt with the fallout, accepting responsibility and making amends to everyone around him, my feelings and admiration for him has only continued to expand.

Knowing him for who he was, I and my entire family have stayed by his side throughout his long house arrest. Since then we have proudly watched as Dr Weinreb has taken all necessary lengths with full conviction to learn from this recent failure. He shows true remorse and carries the full weight of the pain his actions have caused.

With my years of knowing Doctor Weinreb and his ever-determined good nature, and in watching him this past year humbly conquering all the many challenges that he has faced, I've no doubt that he will once again become a solid family man and a community member. I beseech the court to take this heartfelt reference into account when rendering judgment.

Thank you for allowing me this time.

Sincerely and with much hope,


Eliyahu Simpson



**Y I K B**

YOUNG ISRAEL
OF KINGS BAY

3/30/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb

Docket No: 1:20-cr-00006-BMC

Dear Judge Cogan,

I am writing this letter on behalf of Aaron Weinreb. Having married his cousin, I have known Aaron for 30 years as a relative and close friend. Most importantly, over the past many years, as all our family members have sought out medical advice from Ari, in return Ari has frequently turned to me to seek out rabbinic and spiritual guidance.

Ari is one of the most kindhearted, generous and sincere people I know. He has always gone out of his way to help people. When he could not help, he networked until he found someone who could. Ari was actively involved in community projects and endeavors. His family, both immediate and extended, are his priority and his devotion to them stands out.

His arrest was more than a shock to myself and all those who knew him. Yet, knowing him all these years, I am pained in realizing now that Ari must have suffered from underlying issues that I was not aware of. I, along with everyone I know, have continued to fully support him.

Since the start of hi home incarceration, I have visited and spoke with Ari on numerous occasions and I have seen his personal growth first hand. It is commendable how dedicated he is in working with therapists on his mental health and with myself and other rabbis in his spiritual health. His optimism and determination to set things right, that he has shown, are inspiring to all those who speak with him.

Ari has been fully immersed in improving himself and atoning for his behaviors. With great humility, Ari is continuously seeking both spiritual and emotional guidance from myself and all those around him. I am struck by how forthcoming he has been in discussing with me his previous private struggles. He exhibits ongoing remorse and takes responsibility for the pain that he has caused.

There's no doubt in my mind that at his essence, Aaron is a moral and good person who due to underlying and unbeknownst personal struggles had a terrible lapse in judgment. It is evident to me that he is not a risk to repeat his past behavior. I have no question that in addition to his own continued growth, as soon as he is allowed the opportunity, Ari will dedicate himself once again to being the productive asset to society that he once was.

With great respect,

Rabbi Dovid Simpson

April 6, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb
Docket No.: 1:20-cr-00006-BMC

Dear Judge Cogan,

My name is Elliot Weinreb and I am Aaron Weinreb's brother. I work as an attorney in the State of New York. I am writing this letter on behalf of my brother Aaron. It is very easy to write this letter because my brother has always been there for so many people, whether family, friends, community or persons in need. He has given so much of his time, money and effort towards others and there is still so much more he wants to do. I would like to highlight a few things about my brother below so Your Honor can get a fuller picture.

My brother has in many ways been the bedrock of our family. Practically all major family functions that were held at a residence took place at his home. Whether it was my engagement party where he hosted dozens of my friends or a memorial dinner for our deceased grandmother where many family members gathered together, he has always opened up his home to bring family together. The fact that such large gatherings required a lot of effort and preparation never stood in his way. In addition, he has always made a great effort to keep up with and give attention to all members of the family, even those that would be considered the extended family.

My brother has also done so much for my parents over the years from constantly inviting them over so they can spend time with their grandkids to looking after their needs. He also took special care of my grandmother while she was alive. He made countless visits to see her in the senior living home and to help her out in any way he could.

I discussed above how my brother would open up his home to all of our family. But family was just one group that has sat at his table over the years. Countless persons and families from inside and outside his community have been invited to my brother's table for meals on the Sabbath or holidays. I've never heard of an occasion when someone was turned away.

To give just one example of my brother's hospitality, a few years ago I told him that a newly married couple had just moved from my neighborhood to his. Even though these people were strangers to him he immediately called them up and invited them over for a meal to welcome them and acclimate them to the community.

My brother has also given so much of his time, effort and money to charity. This says so much of the kind heart he has. He has been honored by multiple organizations for his dedication and support, including by one of the local schools in his community and by an organization that assists couples that are having trouble conceiving a child. In addition, on multiple occasions he opened up his home for charitable functions.

Just to give an example of his charitable spirit, he invited me a couple of years ago to go with him to a charity event for an organization that helps people who unfortunately are dealing with serious illness. The event began with a short film about the organization, then entertainment from a performer and then a delicious dessert buffet. As I was munching on the desserts along with the other guests I suddenly could not find my brother. After a few minutes of looking, I found him in the next room. While everyone was eating the desserts, he was deep in conversation with one of the heads of the organization asking how he could be of help to them.

I would like to add something very important. My brother's life changed in an instant after his arrest. He was severely punished with the loss of his marriage, his job and so much more. Most people faced with such a monumental shift in their life would just give up and live out the rest of their life devoid of purpose or meaning. But not my brother. He vowed to use the situation to improve himself. He began attending therapy sessions and support groups to improve as a person. From my conversations with him I have come away inspired by what he is striving to become and how excited he is to utilize in the future all he has learned.

I know from speaking to my brother that he has so much regret about what happened. But I also know that this does not define who he is as a person which is someone who has lived a life of kindness, charity and hospitality. A doctor who built up a practice through dedication to his patients. A great friend to many and a foundation to our family. I humbly and respectfully ask for Your Honor to please show my brother mercy. My brother has done a lot of good in his life and many will benefit from the good that is yet to come.

Respectfully,

Elliot Weinreb

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB Docket No.: 1:20-cr-00006-BMC

April 8th, 2021

My name is Rebecca Scheiner and I am Ari's aunt. I have always said, and now after watching Ari these last 18 months unequivocally and further declare that *"Ari has always and will always be my favorite nephew."*

Understandably in late October, 2019, I was devastated by Ari's actions and subsequent arrest. Before I even heard the details, I knew that without a doubt that this was an aberration and not a reflection of his true character. Ari has a huge heart, joyous nature and is always ready to drop everything to do a kindness for someone in need. He would not and could not consciously cause harm or damage to another human being and never jeopardize his family in the way he has. Since that time, along with our entire family, I have come to learn about the underlying issues that Ari had privately struggled with his entire life. This knowledge does not at all absolve Ari of what he has done, but it sheds some light on what has happened.

As his aunt, I've watched him grow and I've always taken great pride in his achievements. He takes care of anyone around him and as he is a devoted son to his parents. He was an extraordinary grandson to my mother and was always the one we turned to when we needed assistance with her.

As a doctor, people often shared stories with me as to how uniquely devoted and compassionate Ari was. Two anecdotes come to mind: I lost a close friend to cancer and sent her daughter to Ari to consult with him about BRCA testing. She came back in awe and reported that he was so kind that as she described her mother's death, Ari's eyes filled with tears and he had to compose himself before speaking. On another occasion, a young woman reached out to me as she had moved back to the US from Israel due to the anxiety attributed to the rise of terror stabbings occurring at that time. She was in her 37th week of pregnancy and could not find an OBGYN in the US willing to take her on as a patient. I knew how Ari overextended himself and devoted his nights and days to his patients, so I was hesitant to impose on him. I ultimately reached out to him on her behalf. He did not hesitate and agreed to take her on as a patient saying, *"how can I say no and such a stressful time for her?"* These are just two of what must be thousands of kindnesses that Ari has shown throughout his life to his family, community and patients.

I believe in redemption and I can sincerely testify that Ari has shown true remorse and taken significant steps in his recovery. I, along with all our extended family have remained in close contact with Ari since his arrest, have visited with him and seen his remarkable determination and conviction first hand. As someone who had always been giving advice and medical care to everyone else, I admire the humility in the work that Ari is doing in working with therapists, sponsors and multitude rabbinical advisors in his effort to grow from his own personal fallout.

His only agenda is to become a better person, and he is willing to accept advice and counsel from anyone and everyone.

It pains me to see such a brilliant, kind and productive person now confined to *house arrest*, having lost everything. My only comfort is that, although his previous life efforts have been destroyed in an instant, he still remains fully focused and determined. His conviction is still the same, just as he has taken care of all those all around him, he now dedicates himself with the same energy to his own recovery work and spiritual growth.

In light of all his past good deeds and kindness, and in light of the further growth he has attained over these last many months, I have no doubt that Ari has a life of even further goodness and charitable actions ahead of him. After this brutal lesson that Ari has learnt, any kindness showed him in his sentencing would be appreciated by all those who have previously benefited from Ari's kindness over a lifetime of goodness.

Sincerely,

Rebecca Scheiner



## CHE BEHAVIORAL
— HEALTH SERVICES —

04/11/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

**Re: United States v. Aaron Weinreb**
**Docket No: 1:20-cr-00006-BMC**

Your Honor,

As a relative and close friend, I have known Ari all my life and I can sincerely vouch for his sterling character. Ari was respected by all of those who knew him, both, personally and professionally.

Ari is someone who has always put other people's needs before his own. He was a devoted Obstetrician, loved by all his patients. They considered him to be more than just a doctor but a friend as well. He always made himself available to them, taking calls at all hours of the night.

Ari always looked for ways to make this world a better place. He was honored by multiple organizations for the charity he gave with both, his time, and resources. He frequently hosted charity events in his home. He was well loved by the community and was adored by his own nuclear family. He has been one of the most loving and devoted fathers I have seen, cherishing his time with his children and taking such pride in each of their accomplishments.

I was shocked and saddened to learn about Ari's arrest. None of it made sense, as Ari was the last person I could imagine even committing the slightest of transgressions. Over the last many months, I've kept up with Ari on a pretty constant basis and I have come to understand how he has shamefully struggled with some deep personal issues. Sadly, although he has sought out help throughout the years, ultimately it had led him to make a grave error in judgment.

I must say, that since this terrible event, it is impressive how self-reflective Ari has become. He has really used this time as an opportunity to put himself in a very healthy place. I believe he has taken all measures to learn from his mistakes. It given the chance he can continue to make this world a better place and continue with his outreach, love, and devotion to make this world a better place.

Nathan Treitel

~ *Nathan Treitel* ~

**NY | NJ | PA | CT | CA | KY | GA | TN | TX**

# From The Desk of Yitzchok Gilboa

3/16/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb
Docket No: 1:20-cr-00006-BMC

Dear Judge Cogan,

Please allow me to introduce myself. I am an older retired adult living in Brooklyn, NY who happens to be a first cousin of Ari Weinreb's mother. You may be wondering why such a distant relative would be writing a letter on Ari's behalf.

The answer I will gladly share with you  with full conviction. Although Ari and I are distant relatives, Ari has taken a strong interest in my welfare and well-being as if I was his closest relative.

In fact, Ari only first discovered me in 2015 after meeting at a large wedding. When he heard that I was a living alone in Brooklyn, he immediately began inviting me to spend time with his family. Going forward, Ari always arranged a car ride for me for any and every family event. I got to spend many Sabbath weekends at his home, where his wife and children in a similar fashion, always made me feel welcome and comfortable.

As I took immense delight in Ari, and with some free time on my hands, I would from time to time visit him at his medical office. I would sit in his busy waiting room with pride while he tended to his patients. His staff was always so warm and made me feel like I was part of them. When Ari would have a few free minutes, we'd run to a local shop to grab a bite to eat. Ari truly

cared about me. In the few minutes we spent together he always gave me his undivided attention. (additionally, another benefit, he would always pay.)

When I first heard of his arrest, I was dumbfounded. Ari was the last person I would have ever expected to be associated with such a poor lack of judgment. Sadly, I have lived a long life and I have come to see more than once that people sometimes struggle with deep inner issues, that when allowed to fester over time, can impact the judgment of even the most sound and moral people.

I have remain in steady contact with Ari over these long 17 months. With his unfortunate immediate divorce from his wonderful wife, Suri, of 22 years, his previous warm inviting home is no longer and I am miss the way he and his family treated me at all the Sabbath weekends. With Ari being locked at his parent's home and with the loss of his job, I am no longer able to visit and admire him at his busy medical practice.

Yet, my admiration for Ari remains as strong as ever. Another person in his position would certainly not have been faulted for giving up;   Ari has not only not given up, but has done the opposite. He has used this opportunity for tremendous spiritual growth and honest and rigorous mental health development. He is facing his challenges, determined to better himself.

In multiple discussions with Ari, his remorse is palpable. The pain for his victims and his own family is raw. It always will be; it is always at the forefront of his mind and has been his pivot for recovery.

From the depth of my heart I know that Ari will continue to do whatever it takes to right his wrong in any way possible. The damage can never be undone; but I can testify that Ari remains committed to doing what he can.

Please consider all the good that Ari has done throughout his lifetime and how much he has already punished himself. Please consider his wonderful 6 amazing children, who have been left without a father. Please have mercy on this beautiful soul.

Please feel free to call me at 347-216-9992 if I can be of further assistance.


Yitzchok Gilboa

# ROBERT & SARAH WEINREB
**25 DILLON DRIVE**
**LAWRENCE, NY 11559**

———

**TEL. (516) 371-0910**

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

3/16/2021

**Re: United States v. AARON WEINREB docket no.: 1:20-cr-00006-BMC**

Dear Judge Cogan:

As parents, since as early as we can remember,  we have only had the  most intense pride for our son, Ari. Wherever we went, whenever his name surfaced in a conversation, our  faces would light up with delight *(True "Yiddisha nachas")* and we couldn't get enough in. Over the last year and a half, our emotions have been seriously tested, but in truth, after the most arduous and difficult time filled with moments of utter despair and pain, never have we felt  such renewed pride in our dear son, Ari.

We were devastated and shocked when our *"every Jewish mother's dream"* child, our son, Ari was arrested on October 29th 2019. We will always remember that  day well; not coincidentally,  Ari was due to eat dinner at our house that night (*a monthly tradition that he had started; just one of many acts of love that he would show us.*) Instead, our family's plans changed, not just for that night, but for an eternity. Nothing *has* and *will ever* be the same.

Prior to his arrest what was there not be proud of? Ari had a beautiful family; was married to the most wonderful wife and together they had raised six well-behaved exceptionally  lovely children. Our son was  a well known and highly sought after physician. He was  a pillar of strength for his community, respected by everyone. His kindness and genuine generosity was felt by all. He gave freely of his time and money, and doing for others, was a daily practice in his home.

Ari's arrest has brought endless humiliation to him, his wife and children, the extended family and all the many people that have loved him. Ari accepts his humiliation and has turned it into a lesson for humility. He has lost any sense of honor, only worries for all the others that have been innocent victims of his poor actions.

Ari is no longer a physician, no longer an active parent, and sadly, his wife took the only course of action available, that of separating and divorcing our son.  With all his losses, Ari should rightfully be a  broken man. And in truth, in the first three months after his

arrest, Ari could barely get off the couch. It was even difficult for him to talk, but with time talk he did. With heavy tears streaming down his face, he began to tell us of the years of underlying pain and suffering he had privately endured while secretly struggling with deep sexual issues.

In these many months that Ari has been locked at our house under *home incarceration*, Ari has been brutally honest about his past habits that led to his arrest. We came to learn how over time, he had began to engage clandestinely in sexual "acting-out" in order to tame, what through his therapy he now understands to be, an unhealthy and unmanageable craving for lust. He described the obsessive thoughts that would plague him, driving him mad until he ended up compulsively repeating those same shameful activities. He described how miserable these thoughts and activities had made him feel, yet, how he had felt powerless to stop.

We learnt of the underlying shame and guilt he secretly carried and what different lengths he had gone to, to seek a solution. He didn't just wish it away, but we came to find out that he had actively pursued multiple solutions; and that he had seen more than 4 different therapists since the onset of his marriage. He revealed to us how, many years earlier, he had even traveled 2 hours each week for up to a year to a *"gay conversion center"* in NJ, prior to it being shut down when ruled ineffective by the US congress.

When did Ari reach the point that he lost his ability to make choices and thus became a slave to his plight? When did our son, who seemed to have everything so well *"juggled;"* drop the ball? How did he, our *"wonder-boy,"* the highly-skilled surgeon, the empathetic obstetrician, the dedicated father, so clear-thinking in every other way, not be able to make the proper decision in regard to sexual activity?

We now keep reflecting back on what seems almost trivial yet eerie. In the year prior to his arrest, as parents, we would sometimes speak about all the successes our son had and what any outsider looking in, would likely describe as *"blissful happiness."* In 2018, a series of anecdotal events all within a short time span occurred; Ari broke two ribs falling off a ladder while building a tree house; then broke his pinky finger a month later falling off his bike; and then escaped unharmed from an accident that seriously damaged his car. Out-loud we teased that maybe the "evil eye" was upon our *"wonder-boy,"* but silently we began to worry.

Who knew that our sixth sense was to be actualized? Ari's life came crashing down in a way we would have never expected. But now, all this time later, seeing Ari truly spiritually healthy, in which he speaks of how "free" he feels for the first time from his previous endless obsessive thoughts, we realize that his arrest was his only salvation. Unfortunately, the collateral damage was and will always be overwhelming.

With his arrest, all of Ari's previous struggles have become an open secret for the entire world. Any other person would certainly have looked to hide, but where? Still, Ari did not hide. He faced his every challenge; being open and sharing with all those around him his deepest shame and regrets. Ari came to the recognition that what he had been

keeping so tight to his chest, now must be fully exposed if he was to truly heal. He does not sit with self-pity; rather he has used this tremendously humiliating event in his life as an opportunity to open up about his deepest struggles. He seeks to only grow from this experience no matter how much more humiliation he will have to endure.

Ari is fully aware that none of these issues will resolve by a sheer miracle and he is determined to put in the necessary work. He devised a plan that devours every second of his life. His rigorous schedule is dedicated to his singular goal of rehabilitation.

On a daily basis, he spends his day engrossed in Jewish religious studies. *(With your recent kindness in allowing him to attend synagogue,)* he starts his day early, praying with a quorum. Throughout the day, he engages, both, in his own private schedule of studies, to which he monitors his progress by charting it daily and holding himself accountable to; and second, he is surrounded daily with rabbis who have embraced him and spend time with him, studying the Bible and the Talmud that touches on different spiritual subjects, with their primary focus that of repentance and improvement of future behavior.

Every other free moment of Ari's day is spent on work within his 12-Step Fellowship Program. He participates in multiple meetings weekly via Zoom, and with the court's permission, he attends one in-person meeting weekly. He engages by phone with multiple members throughout the day, spending hours talking with his sponsor, sponsees and other fellows in the group. He does *"step work"* at our dining room table with any member that he can find to be available.

We also know that Ari has become an integral member of this international program. As his unique situation has become known, he has been able to offer his own experience and strength both, to those in and outside of the program. Specifically (and especially within the close-minded Orthodox Jewish community) he has been able to speak with and guide others who are silently suffering from confusion and shame of their sexual identity, which leads them to look clandestinely for sex in dark and secretive places where there are no filters, and boundaries can easily become blurred with time. We know that one day Ari will save a person while reflecting on his own experience.

Ari has a great relationship with his psychologist, Dr Florian Lewenstein, meeting with him twice-weekly. Together they examine every aspect of his life from his childhood to the current. We too, have endured difficult and uncomfortable conversations about Ari's childhood, but like Ari, we remain committed to doing whatever is necessary for his recovery.

Ari refuses to engage in TV watching or activities unrelated to religious or spiritual growth and/or recovery until 10 PM at night. At times I *(mom)* beg him to watch some Netflix with me and his response is always the same, *"Mommy, I have more important things to work on."* When he does allow himself to share this activity with me (only after 10 PM,) he does so for my comfort and well being, not his.

We need to thank God that our son is alive and healthy and has a second chance at a better life. We will forever be heartbroken about our son's arrest, but we have accepted it as a reality and we do not question the will of G-d. What we have come to understand is that the situation Ari had allowed himself to fall into has become an opportunity for honest self-reflection and change. Our son was silently suffering and we, along with the whole world were not aware and therefore unable to help him. Now through intense dedication, through hours and hours dedicated to his 12-step work; with the continuous strong support of his therapist, rabbis, his friends, his colleagues and family; and with the ability to finally acknowledge and share his struggles, Ari is in a better place.
He is committed to only doing right with everybody going forward.

Ari refuses to participate in any conversation that seeks to put a "better spin" on his actions; to attribute it to his "not being well," or the like. He refers to his shameful act as it is, a crime of significant proportion. He mourns the pain he has caused to his minor victim and bemoans the suffering he has inflicted on our entire family, most especially his supportive wife and up-until-then best friend, Suri. He has cried hours and hours of tears for the infinite trauma his actions have and will continue to inflict on his six children.

We are elderly parents, one of us with multiple medical problems, and we beseech your mercy, compassion and understanding. Throughout his life, Ari has always made us proud. Watching Ari's ascent and growth through these challenges has been just another source of our pride.

Ari has done so much for so many people over his many years. Our hope is to speedily soon see Ari, fully integrated back into society, where he can make his biggest contribution yet.

Robert Weinreb                    Sarah Weinreb

*PS. On a more personal note we beg of the court to have mercy on his children. In the Orthodox religion most marriages are set up by a matchmaker. His daughter Atara is a beautiful 22-year-old working in the high-tech industry and is unable to get a "shidduch" date due to the present situation. Her friends are getting married, having babies, while she is being left behind. This has been heartbreaking for the family. Atara is only the first of his six children that will need to endure this process. We beg for mercy, if only to reduce the shame to our six wonderful grandchildren, who have already suffered so much by Ari's action.*

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: UNITED STATES v. AARON WEINREB Docket No.: 1:20-cr-00006-BMC**

April , 8th 2021

Dear Judge Cogan,

I hope this letter finds you and your family in good health. I would like to talk a little about the Ari Weinreb that I know. As a first cousin, I have known Ari for my entire life. Ari was the "older cousin" and he was always my role model. He taught me what it means to work hard, maintain a positive attitude, and be there for someone in need. Ari possesses sterling character traits and is beloved by all of those who know him, both, personally and professionally. In the past, I have referred many of my friends to Ari for his medical services. The feedback was incredible. Everyone was amazed by the combination of expertise, compassion, and humility with which Ari relates to his patients. One friend shared with me that he never met a doctor who is as caring and down to earth as Ari.

Although Ari succumbed to an underlying issue that he has privately been struggling with, he is deeply remorseful. I can attest that there has not been a day that has gone by in which Ari has not conducted deep reflection and introspection. I have been in touch with Ari consistently over the past year. Every time I speak with him, I feel tremendously uplifted. As much as Ari was before his arrest and as much as he has become in the many months thereafter, still the Ari I speak with today is not the same Ari I spoke with 6 months ago, 3 months ago, or even yesterday. Each day that goes by, he is constantly focusing on self-improvement.

Ari has been working on himself consistently. He has gained a deep understanding and appreciation for where he had erred in his life. In addition to all that he previously had, Ari has now fully gained the skills, knowledge, and desire to combat his underlying unwanted and painful issues.

It is my hope that you will view and see the Ari as I know him to be, as the incredible human being that he is. Ari a man of integrity. Ari, a man with a golden heart. Ari, a loving father, friend, and role model. Ari, a man who recognizes his many strengths as well as his human weaknesses. Ari, a man who is utilizing every fiber of his heart and soul to strive toward self-improvement. A man who is selflessly looking to help others experience goodness, purpose, and meaning in their lives.

I appreciate you taking the time to read this letter. I am confident that in getting to know Ari as I know him, you will see that all that I have written is completely honest and accurate.

Sincerely,

Solomon Weinreb

*[signature]*

april , 8th, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB                    April 8, 2021

Docket no.: 1:20-cr-00006-BMC

Dear Your Honor:

My name is Lea Weinreb and I have a Masters in Public Administration from NYU and currently work in the event industry. I married into the Weinreb family 14+ years ago and I have known Aaron since that time. Our families have spent many holidays and family celebrations together. While it was clear that Aaron was committed to his work, he was also deeply committed to family. Sometimes our families would meet in the city or get together in a restaurant. Aaron was often the one to ask that the family get together because family has always been very important to him. In addition, both hospitality and charity are things Aaron is known for. He often hosted families for the Sabbath and opened up his home for charity events. There were also numerous charities that he contributed to. He has always had his priorities right.

After learning what happened I reached out to Aaron to offer support. We have talked regularly since that time. He has shared with me his raw feelings during our many conversations. It is very clear to me that Aaron is genuinely remorseful and authentically engaging in true repentance. He has shown an honest and serious commitment to changing for the better. Aaron is a person I respect for his courage as well as his commitment to work on himself and not stop until he has reached complete success in this endeavor. There are times that I've gotten off the phone with him inspired by who he has transformed into.

It is my utmost hope that the Court sees Aaron Weinreb for who he is – a good human being of solid character who made a mistake and already paid a big price. He is a person who has worked to improve himself and continues to do so.   Please allow him to reenter and contribute to society once again.

Sincerely,

Lea Weinreb

**Rabbi Y. Mordecai Scheiner**

**1867 55th street**

**Brooklyn, NY 11204**

**Congregation Crown of Israel**

**1769 56th street**

**Brooklyn, NY 11204**

April 5th, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb
Docket No: 1:20-cr-00006-BMC

Your Honor,

My name is Mordecai Scheiner and I am writing the following on behalf of my nephew, Ari Weinreb.

I have known Ari since birth. If someone would have told me that he is now facing a criminal sentence for what has now become a fact, I would not have believed it.

It is completely out of his character. Ari is a good, kind, level headed and devout physician and our family member.

Unfortunately the details of his arrest have proved me wrong; and yet, if not for seeing and understanding the therapy work Ari has done, and in a sincere effort of recovery, what Ari has since shared with the family, it would still remain incomprehensible to me.

I serve as a rabbi in a Brooklyn area, when many of his patients reside. Over the last 20 years, when anyone became aware that I was his uncle, patients of his could not stop praising his professionalism, his kindness, his concern and his going beyond the call of duty to ensure their health and well being. I always proudly shared back how he was no different in terms of his caring and devoted relationship to each of the members of our extended family.

I know that crimes need to be punished, but I cannot imagine any punishment greater than that which Ari has already endured. When one is imprisoned, he loses his freedom; Ari has already lost that and so much more. He lost his medical practice (which I hope someday he will regain.) He lost a very special wife. He lost almost complete access to his six wonderful children. He lost a beautiful home. He has been under house arrest in his parents home for the past 16 months. In addition, he will carry the shame of his actions forever, which in itself is a terminal loss of freedom and an internal imprisonment.

This letter is in no way meant to minimize his actions; It is a plea to take into consideration all the good that he has done during his 49 years of life and all that he has suffered since this great tragic event,

Ari has been a person with a sterling character, who's devoted his life to helping and healing others. In regard to the circumstances after his arrest, I would imagine that not many similar instances of swift and complete devastation have occurred. With that said, Ari has accepted full responsibility for his actions, and never complains about his situation. Despite all that he has lost, he accepts it as just, His primary concern remains the comfort and well-being to all those he has hurt.

Please take into consideration everything that Ari was, and the so much more that he has become, since his tragic mistake. He has always given so much to others, and if given the opportunity will only continue to do so. We are all learning from his tremendous humility and sincerity. Please give him the physical freedom to once again be the shining member of our family and community.

With tremendous  hope for a favorable outcome,

Sincerely,

Rabbi Mordecai Scheiner

4/29/2021

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

I am a relative of Aaron Weinreb and have been close to him and his family for many years.

Putting everything else first is a priority for Ari, and his devotion and dedication to his relatives, patients and community has always stood out. Aaron has always been the one in our family that anyone could turn to for encouragement and support.

Ari and his wife, Suri (now sadly divorced from him) had a home that was open to all. They hosted us often for Jewish Sabbaths, but more importantly they opened their home and support to strangers who were in need of a place to stay. Their family's basement and welcoming dining room table was a weekly *"hotel"* of goodness to so many people over the many years.

In our own family, he was the grandson who cared for our grandmother continuously, visit her constantly at the facility she was in and inspired us all to do the same. He flew to Israel and arranged her burial there single-handedly. He is a truly kind and generous person.

The actions that have led to his arrest are completely out of character for Ari, and yet sadly it is a fact. I visit him often and have been at his side as he has struggled to come to understand himself and the deep and unresolved issues that until now he had buried. He has been fully honest with me in discussing the issues that he is now grappling with. Despite all that he is learning about himself, I have never

once heard him make any excuses for or minimize his actions in any way.   On the contrary,   he repeatedly shows genuine pain for those who were hurt by his actions. He repeatedly talks about the shame he caused his wife and children and disappointment he caused his community.

I've watched in amazement as Ari has channeled all his pain towards positive personal spiritual growth. My children have visited Aaron as well and have been inspired by his positivity and resolve. He prays intensely, studies Torah and has a deep connection to G-d. He's focusing his energies on connecting to his children, extended family and community.

There is no doubt in my mind that he has learned from his mistakes, has taken full responsibility for his failures. He has faced his underlying issues with tremendous humility and has become a better person because of it. Is my hope that he be given a chance to continue to grow and rebuild his life.

Respectfully,

Chumie Simpson



**PALM BEACH SYNAGOGUE**

◆◇◆◇◆◇◆◇◆◇◆

**RABBI**
Moshe E. Scheiner

**PRESIDENT**
Michael Scharf

**VICE PRESIDENT**
Robert Keats

**FINANCIAL SECRETARY**
Abe Haruvi

**RECORDING SECRETARY**
Christopher Popik

**IMMEDIATE PAST
PRESIDENT**
Barbara T.R. Zimet

**BOARD OF DIRECTORS**
Jay Bauer
Eileen Berman
Harvey Bird
William J. Diamond
Harris S. Fried
Abe Himelstein
Sandra Krakoff
Morris Kener
Stacey Lampert
Richard. A. Lynn, M.D.
Benjamin Schreier
Rhonda Shapiro Klein
Rick Smith
Murray Steinfeld
Armond Waxman
Eric Weiner, M.D.
Steven Winig

**HONORARY BOARD**
Frieda Fox
Melvin Rozen

◆◇◆◇◆◇◆◇◆

April 12, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Judge Cogan,

I write this letter on behalf of Aaron Weinreb, a relative who I have reestablished close contact with after his arrest. He reached out to me seeking rabbinic spiritual guidance.

Aaron was an outstanding father who was completely devoted to his family.  Together with his wife, he gave to everyone.  His home was open for all; many friends and family, but most notably, numerous others over the years have joined his family at their Sabbath table.  Ari was also an accomplished, respected, and beloved physician and an esteemed member of his community. He was a leader amongst his peers.

Unknown to everybody, Ari has struggled silently all his life with an internal conflict of his identity. He lives in a community where he felt he would not be accepted with his struggles. This personal struggle has led him to make a terrible mistake. Ari has been utilizing every moment since to try and understand how he came to act so recklessly and how he can grow from this terrible tragedy.

In speaking with Aaron, I know that Aaron is deeply remorseful and constantly pained by the horrific realization that his irresponsible and illegal actions brought harm to a minor and pain and shame upon his own family and children.



**PALM BEACH SYNAGOGUE**

-2-

He spends most of his days working on himself, studying spiritual and religious texts to strengthen his resolve to start a new and repentant chapter in his life.

I have known Aaron for many years, and I am inspired by the courage and faith he has displayed in confronting his inner struggles and sincerely working on himself. As Aaron was always a truly good person who has now grown further from his terrible mistake, he will only continue to lead a life of goodness, kindness and righteousness. I pray that your honor will have mercy on him and show him compassion in his judgement, so he can resume his life of atonement and pay for his mistakes in a meaningful way by being a blessing for others and society.

Respectfully,

Rabbi Moshe E. Scheiner