# EXHIBIT 3

# STEVEN LEVITZ, CSW
888 Woodmere Place, Suite C, Woodmere, NY 11598. 516.312.8673

The Honorable Brian Cogan0                                                4/22/2021
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: UNITED STATES v. AARON WEINREB -  Docket No.: 1:20-cr-00006-BMC**

Dear Judge Cogan,

I have known Ari for over 30 years. We were classmates in high school, where he was an accomplished honors student, and graduated as a class salutatorian. After both of us pursued higher education, we found ourselves settling in the same community and raising our families in parallel. We periodically saw each other and kept in touch. Ari always had a kind uplifting world, inquiring about me and my family.

Over the last many years,  I received the invitations to community events where Ari was being recognized for his commitment to community causes and was so proud to be someone that knew him and watched him thrive as a father, husband and physician. He always had been an integral part of the fabric of this community.

It was with great sadness,  after learning about his indictment  that compelled me to reach out to Ari when he faced his difficulties, as this is not the Ari we all knew and loved. I began to make periodic visits, stopping by to bring him a cup of coffee, and to sit quietly by his side. Within a short time, our relationship has since grown close once again.

Although I am no longer practicing as a mental health professional, my previous background as a certified social worker has allowed me to be a listening ear. Ari has been full of contrition, and fully accepts responsibility for his actions. He has been determined to understand all the underlying issues that has led to his terrible act. He has not been ashamed to seek my advice and rely on my previous professional experience. His goal to improve is single-minded.

Your honor, I have seen Ari apply the same principles that first made him to be a successful father, husband and physician, to transform himself back to the person he truly is, both internally and externally.

Please I ask for leniency in regards to my good friend, Ari. For so many years, he has showed so much compassion for people around him and the community, I now ask that a little bit of that *karma* could be returned his way. I can say for certain, that Ari has already undergone a full rehabilitation process and that he is more than ready to return back to the world to continue the good work he has always done.

Kindly,

Steve Levitz, CSW

Brian Ross
1 Hazel Place
Woodmere, NY 11598

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 29, 2021

Re: United States vs. Aaron Weinreb
Docket No: 1:20-cr-00006-BMC

Dear Your Honor,

I am writing today in support of my friend Aaron Weinreb (Ari).

I have known Ari for over 14 years. During that time, he has been an exemplary community member, neighbor and friend. His family and mine have been close since we moved into the neighborhood and Ari was among the first to welcome us and make us feel comfortable. I have known him to be generous with others, including the many charitable contributions he has made to institutions in our area and the volunteering he did to utilize his medical training to provide education to others.  I have also witnessed his constant devotion as a father to his six children. As a doctor, Ari was constantly concerned about the welfare of his patients. During the years Ari and I were tennis partners, he would frequently take breaks during the game in order to check on his patients who were in early stages of labor to see if they needed anything.

The past eighteen months have been one of tremendous upheaval for Ari, his family and his friends. I have been witness to the immense pain and remorse he feels for the current situation. Much of the impact on his home life and career are irreparable and he has accepted this with humility and desires to put his life back together and to provide support for his family. Despite the difficulties with which he currently finds himself, I have seen Ari continue to try and help others by raising money for needy families. I am also aware of corrective measures he has taken during the past year and believe him to be genuinely focused on recovery for himself and minimizing pain for his family.

In light of the positive force Ari has been in the community, the remorse he feels for the current situation, the corrective measures he has and continues to take and the difficulties he is surely to face as a result in the years ahead, I urge the court to exercise leniency when determining his sentence.

Sincerely,

Brian Ross

**Barry Wachsler**
**Cedarhurst, NY**

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

3/27/2021                                    **Re: United States v. Aaron Weinreb**
                                             **Docket No: 1:20-cr-00006-BMC**

Dear Judge Cogan,

Prior to his arrest, over the last 18 years, I have known Ari only peripherally as a well-respected member of our community. He always had a smile on his face when he would greet me at various community locations. As a proud dad, he was always accompanied by one or many of his six beautiful children.

Over the last many years, one of the most rewarding pursuits I have been engaging is, is that of visiting prisoners in the Federal system. Going back to now 16 months ago, I was completely taken back by the arrest of someone we had all respected so much. Knowing what a good person Ari was, I knew that there must be a deeper reason for such a wonderful person to have made such a colossal mistake. Whatever it was, Ari deserved the understanding of myself and the entire community. Ari saw my sincerity to help and drew me in as a member of his many close friends. I am proud to say, that I, along with so many others, have been by his side ever since.

Most specifically in the first 6 months, I have watched Ari suffer the most pain and mental anguish imaginable. Ari lost his Job, his family, his pride and respect all literally overnight. I could only imagine for him to wake up every morning, only to realize that it's not all just a bad dream. It was unfathomable. It's hard for me to gauge the damage caused to the victims and the appropriate consequences, but I will say this, the mental anguish that Ari experienced and to a certain extent, will forever continue to experience daily is more than a life sentence in prison.

Through hours of brutally honest conversations, I have come to learn about the personal struggle that Ari carried alone his entire adult life. Ultimately his struggle turned into a weakness and unfortunately got the better of him. What is clear is that Ari has been racked with guilt, not for getting caught, but for the error that he ultimately made. He blames no one but himself. He indeed feels horrible; horrible for the victims and for the pain he caused them and his family. With honest conviction, Ari has used his every ounce of determination to grow from this experience.

As noted earlier, for the last 6 years (prior to the Covid restrictions,) I have been visiting people incarcerated in Federal prisons. I have given my attention and respect to every type of criminal. Most prisoners work on bettering themselves once they get to prison, Ari has already been doing this in his own "home confinement prison" for the last 16 months. Today he is a very different Ari.

I am so proud that I, and many of his friends, have been with him every step of the way throughout his journey. As a member of his close friends, we are forever committed to validating his struggles and being an open support to him in the future. In return, Ari has made huge leaps in his growth and now has so much to offer to help others, if given the opportunity to be reincorporated into his community.

Your Honor, I am a believer in second chances and I implore you to please lighten Ari's burden as no punishment is worse than the one he has experienced in the initial months after his arrest. Knowing Ari and seeing his sincere repentance, I know Ari will not fail.

If you have any particular questions, you may reach out to me at 845-222-6222.


Respectfully,

Barry Wachsler

# GABRIEL ROSENBERG, ESQ.

*Attorney at Law*
29 Frost Lane
Lawrence, New York 1559

May 26, 2021

The Honorable Brian Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Aaron Weinreb
      Docket no. 1:20cr-00006 -BMC

Dear Your Honor:

I am writing this letter as a personal friend of Dr. Ari Weinreb of about 10 years. During this time, I have personally observed Dr. Weinreb as a loving, caring and devoted family man. His relationship with his children, in particular is admirable. He related to each child according to his or her emotional needs, and in turn, each child responded to him with love and warmth.

Dr. Weinreb has been known as an upstanding and honorable member of the community. His generosity and kindness towards those less fortunate is well-known. With his inimitable ability to feel for others, Dr. Weinreb has taken on causes to help other in need with enthusiasm that is contagious.

As a highly regarded physician, Dr. Weinreb went above and beyond the call of duty for his patients. While being a doctor was his job, he treated his patients with concern and devotion that is rare among those performing a job.

Respectfully yours,

Gabriel Rosenberg

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB

Docket No.: 1:20-cr-00006-BMC

4/12/2021

Dear Judge Cogan,

My name is Rabbi Solomon Drebin and I am a Judaic Studies Educator in the neighborhood of Woodmere, New York, where Aaron has lived with his wonderful family for the last 15 years. I am pleased to write this letter on behalf of my close friend, Doctor Aaron Weinreb.

My relationship with Aaron goes back a long while. I first met him at our neighborhood weekly - Saturday night - Father-Son Study Program of which I am the Director of the program. While his boys were younger, I have had the opportunity for over 10 years to see Aaron, despite his busy work schedule, weekly committed to studying with his three sons. It was delightful to see how he lovingly engaged with each of his children.

Although our relationship started with myself in an educator role towards Aaron's children, I greatly enjoyed speaking with Aaron on all sorts of topics and we eventually became friends. Uniquely, as early morning tennis partners for the last many years, we have grown close, starting our days *schmoozing* on a range of a deep personal issues prior to our game.

Since the beginning of his house arrest, I have remained in close contact with Aaron. I visit him weekly and speak with him several times a week. With a broken heart and a humble spirit, he has expressed on many occasions, the regret and sadness over the choices he has made in his life. From all of our conversations, I am fully aware of Aaron's bitter remorse, his repentant attitude, his deep humiliation and his contrite frame of mind.

I am inspired how, with his arrest, instead of drowning in an ocean of grief, Aaron chose to transform himself and has done so in the most remarkable way. He hired a therapist who he sees twice weekly. He has joined an anonymous 12-step program for Sexaholics and attends meetings on an almost daily basis and often times twice in one day. He reads the 12-step literature daily, contacts members of the fellowship and checks in with his sponsor several times a week. He has sought guidance from spiritual leaders and speaks with them regularly. He prays and meditates daily. He studies the Bible and Judaic texts with a focus on morality and personal growth. He has utilized his house arrest in the most noble and laudable way!

Indeed, Aaron often shares with me the insights that he has discovered in his own recovery and his religious studies.

Your Honor, I don't like to admit this but my wife and I (who have been married for over 35 years) have had an immensely strained relationship for the past seven or eight years and indeed were in middle of divorce proceedings around the time Aaron was arrested.

Aaron's extraordinary transformation and growth as a human being was an astonishing lesson for me. I slowly altered my own behavior and I am delighted that now, a year later, my marriage has never been better! The hard work was done by me, but the catalyst for my own personal growth was my relationship with Aaron and for that I am grateful to him!

I know that Aaron wishes that he could undo the wrong that he has committed against society and his family. Alas, that is not possible. The only thing he possibly can do is become the best person that he could be moving forward and in that, I can personally testify that Aaron lives a life that is God-centered, always wanting to do the "next right thing.".

Truth be told, Aaron is an inspiration to me! He has made a better person of himself, and he has made a better person of me. He is a true living example of how someone can transform his life through personal growth, repentance and character development.

I am honored to call him my friend.

If you should have any questions, don't hesitate to contact me.

Sincerely yours,

Rabbi Solomon Drebin

Email: sdrebin@yoss.org
P: 516 242 3014

Kevin Kahn
Baltimore, MD

3/21/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

**Re: United States v. Aaron Weinreb**
**Docket No: 1:20-cr-00006-BMC**

Dear Judge Cogan,

My name is Kevin Kahn and I live in Baltimore, NY. I have known Ari for many years as a kind and compassionate person.

Ari has always been a stand up guy who focused on giving to his community. His devotion to each of his children was always evident. He Is a caring and sensitive person who's always there to help anyone else in need.

Ari has devoted his career to helping others. His reputation as a caring doctor who takes the time to make sure his patients are heard and cared for is well known.

I was stunned to hear about Ari's arrest last year. It was completely out of character and exactly the opposite of who Ari has always represented. Since then, I have had many deep conversations with Ari and I have come to understand that Ari had been silently struggling with personal demons for many years. Still without any excuses whatsoever, Ari is forthcoming about accepting responsibility for his actions. He mourns the pain he has caused his victim and his family in the way he mourns the pain he has caused his own children.

In many conversations, I have become aware of all the personal and family losses Ari has withstood with tremendous acceptance. He asks for nothing from anyone but forgiveness. He accepts his lot as his own doing. His main concern is always, not himself but the welfare of his children.

I could fully attest to the fact that Ari is filled with remorse and wants to write the wrong in any way he can. He has learned from his experience and is eager to restart life leaving his past struggles behind.

Your honor, please consider Ari in his entirety. Please consider how contrite Ari is, how much he has lost and how much he has dedicated to recovery. He is truly a changed man.

Ari is a flawed man but a good person. He has certainly grown from this experience and has so much to share with others that are struggling. Ari's life up until now, was one of giving. With all that he has grown, he has even more to give. Please give him this opportunity.

Thank you for your consideration,

*Kevin Kahn*

Kevin Kahn

April 18, 2021

The Honorable Brian Cogan
United States District Court Eastern
District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB
Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

I have known Dr. Weinreb for over 15 years, and throughout those years, he has been a productive member of the community, active in the local institutions and working to improve the neighborhood in many ways.   In addition, he is a highly regarded physician, dedicated to his patients' well-being.  He has been involved in many charitable organizations and events, raising money for children with cancer and other praiseworthy causes. He gave financially, but more importantly, he gave of his time and energy to help others.  For example, he has hosted parlor meetings on behalf of two different schools for disadvantaged children.  He also traveled, at his own expense, to assist with a trip designed for children with chronic illnesses.  He participated in and spent significant time and money for a program to assist couples struggling with infertility.  These are just a few examples of his charitable and community works.

Dr. Weinreb has always been happy and willing to assist his friends, during both joyous and difficult times.  He would host parties and celebrations of life-cycle events for his friends and their families.  He has always been willing to lend a hand and has been there when anyone needed help of any kind.

I have remained in touch with Dr. Weinreb since he has been under house arrest. He is truly remorseful for what he has done. He very much regrets the pain he has caused. He has been focusing on personal growth and introspection to improve himself. He has also been helping others to overcome their addictions and personal issues.

For as long as I have known Dr. Weinreb, he has been a good friend and committed community member.

Sincerely,

Dr. Nicholas Stern

**Vladislav Atlas**
**147-07 Charter Rd #14B**
**Jamaica, NY 11435**
**Tel. 917-355-0086**

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

4/29/2021                                      RE: UNITED STATES v. AARON WEINREB

                                               Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

*"It's never too late. There's always a second chance."*
   Rabbi Yosef Yitzchak Schneersohn (the sixth Lubavitcher Rebbe, 1880–1950)

I first came to know Aaron Weinreb more than ten years ago as a personal friend, until in a time of medical need, my wife and I reached out to him for his professional help when he cared for us as a patient. Since then, our relationship has only deepened. Ari is one of the most kindhearted people that I know. He has always gone out of his way to help other people, and always with a smile.

By a divine providence,  I am writing you this letter a week away from the Jewish holiday, *Pesach Sheni,* translated into English as "Second Passover". And even though you likely will not read this letter for a few more weeks, I hope that the message that I see in the spirit of this holiday, will still be the same.

*Pesach Sheni* is a day that was put aside by G-d Almighty to give a second chance to those who could not properly observe the  Passover rituals a month earlier for various reasons, mostly for those that were not spiritually fit.  What does it mean a "second chance" though? It is more than the ability to get a "repeat, " a chance to do a make-up. According to the Hebrew Bible, the Hebrew word for "repentance" - *Teshuva* - also means to  "return." It is not just the undoing or correcting of a past error,   rather, it is about transforming the past. It means reaching back to change the significance and the consequences of what happened, so that the result is better than what would have been had it not occurred.

I myself am a product of *second chances*.  My parents and grandparents all escaped anti-Semitism flourishing in Ukraine,  leaving everything we had behind us. We came to the United States for a second chance to start our lives anew.

The relationship my wife and I have with Dr Aaron Weinreb, also involves one of second chances. It was just three months into our marriage, and we were expecting our first child, a blessing sent from G-d Almighty. I clearly remember that night as it happened yesterday when my wife Leah told me that she felt light cramping and saw some blood which made her feel petrified and anxious. We were totally unprepared for what was coming. It was in the middle of the night and we didn't know where to turn. My first and only thought was to contact my dear friend and an OB-GYN, Dr. Aaron Weinreb. He returned my message right away and we were in his office already the next morning. Unfortunately, we did lose that pregnancy, yet Aaron went well above and beyond his duties and responsibilities as a doctor to ensure us that everything would be fine. He was there for us in that dark time demonstrating the best the doctor and a friend could ever do. Soon after we were in his office again, this time when he announced that we were expecting a child, giving us a second chance for a precious gift from G-d.

I have been closely in touch with Aaron for the past year and a half, and I am inspired by his personal growth. Aaron spent tremendous amount of time working on refining his character by attending virtual groups on self-growth, as well as connecting to G-d Almighty by studying the Hebrew Bible. He is full of contrition. He has used this time to proactively refine every aspect of his character, totally redefining who he was before that led to his tragic error in judgment.

In conclusion, just like G-d gave a gift of Second Passover, a second chance to those who failed to do it right on the first time;  and just like the United States gave our family a second chance to start our lives a new;  and just like Dr. Aaron Weinreb gave our family a gift, a second chance after we lost our first pregnancy announcing good news of the new baby, I am petitioning you to give him a second chance. Aaron, through true repentance, has fully transformed his past. He can never change the consequences of what happened, but he has certainly learnt from them.

Should you have any further questions, please do not hesitate to reach out to me.

Sincerely,

Vladislav Atlas

Herbert Kestenbaum
Woodmere, NY 11598

04/16/2021

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB -  Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

Aaron Weinreb is my friend and neighbor.  I have known Aaron and his family for over
15 years.  He is a kind, loving, generous person and a devoted father.  Although he
worked long hours as a physician, he freely  provided whatever was asked of  him by
neighbors and friends, whether emergency medical attention, volunteering to spearhead
local charity events or by generously donating to them.  He was in all essence, a solid
and beloved "community man."

I, along with our entire community, was devastated regarding Aaron's arrest. As his
friend, over the past year and more, I have been regularly visiting Aaron at his parents'
home. I personally have witnessed both;  how much Aaron has already suffered due to
his poor lack of judgment; and how much Aaron has grown as a person from his
forthright commitment since then.

Prior to this, Aaron was well respected all around,  but he now has to bear his shame for
the whole world to see. He has  lost his wife and family of 22 years. I know he was
(silently) suffering during all the holidays that have since come and gone, when he could
not be with his children. Yet, Aaron blames no one but himself. He readily came forward
with the fact that he had committed a grave mistake and he took full responsibility for his
actions. He describes his situation as his own "self-inflicted"  hell. He struggles, for
himself, but mostly  for the pain he has caused to his family.

During this long period of house arrest, now greater than one and a half years, Aaron
has worked arduously with local rabbis and professionals to understand the impact of
his actions in hurting a minor and his underlying issues that has led him to this tragic
mistake. He shares with me and others his deepest struggles  with great humility, not
afraid to seek support from everyone around him.

With the tremendous ongoing support of family and friends, Aaron has faced this heart wrenching period in his life with determination and courage to grow from his mistake and strengthen his resolve to do better in the future.  In my opinion, he has turned a significant corner toward mending his ways. We, his friends,  have been and will continue to be with Aaron,  to support him going forward.


Sincerely,

Herbert Kestenbaum

April 6, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:     UNITED STATES v. AARON WEINREB
        Docket No.: 1:2-cr-00006-BMC

Dear Judge Cogan,

I am writing this letter as a friend, a spouse of a patient and a physician colleague of Dr. Ari Weinreb. I have had the privilege of knowing him in at least one of these three capacities for close to sixteen years. He delivered our last four children and he did it responsibly. He was always very caring, patient, compassionate, modest, respectful and professional with my wife and myself. We developed a kinship because we have children of the same ages and it was always remarkable how, at every appointment, he would ask about each one and how they are doing. Due to the high regard we have for him as a physician, many of our family members have used him as well for their women's health needs.

As a physician anesthesiologist, I have had the privilege of sharing in the care of many of his patients. He was a beloved physician to the operating room staff. His interactions with his patients were always a pleasure to behold and it was evident that they appreciated it and trusted him for their needs. The atmosphere in his operating room was always calm and controlled.

I believe him to be a good person with refined character traits.

Please take this into consideration on his behalf.

Sincerely,

Alexander Zev Nelken, MD

# Five Towns Podiatry PLLC

123 Maple Avenue, Suite 202A, Cedarhurst, NY 11516
Email: Fivetownspodiatrypllc@gmail.com
Office Phone: 516-405-6700. Dr. Mergi Cell 917-865-5156
Fax: 516-284-8240

Prescriber: Danny Mergi, DPM
NPI: 1821345166
LIC# N006489-1

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

3/29/2021                                RE: UNITED STATES v. AARON WEINREB

                                         Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

This is a hard letter to write, for as a close friend of Ari for more than ten years, I wish that I would never have to do such a thing. However, it is that very friendship that spurs me to do so. I come today in this letter not to render Ari guiltless, but rather to inform you of all that I know about this righteous, kind-hearted and morally good person,  both, since his arrest and in the many years prior to it.

Everybody has some friends, but few are fortunate enough to have a group that truly cares. Ari belongs to that group. I remember when I first opened my own office; it was small, somewhat threadbare, and lacked any semblance of staff. When Ari visited, none of that made a difference. He went from room to room and was super excited about the whole venture. He truly was happy for my modest success.

That ability to share was not just present on the personal level, but on the communal one as well. Ari truly cared about everything and everyone. When the main avenue in our neighborhood had decayed and become unsafe, people were understandably frustrated. However, Ari was the one who decided to make it better. He took it upon himself to create the "West Broadway Safety and Beautification Committee." Ari and his children set out and gathered hundreds of signatures. Then he arranged a well attended meeting with local politicians at the local library. He pushed and pushed for the neighborhood until he was successful in getting the road repaired.

These, and countless other instances, are really the core of who Ari is. He is a selfless friend who tries to do what's best for those around him.

Sadly, in October 2019, Ari made a tragic mistake. I was personally devastated with his actions, and even more so in that I had no idea that this was an issue he was struggling with. If he had shared, we could have helped. Instead, his private struggle eventually led to an unconscionable act. The one silver lining is that it allowed Ari to get the help and support that he needed.

We his friends have been standing with Ari over these last many months during the difficult period of his house-arrest. We have been with him from the initial shock, watched the remorse and acceptance of his actions soon thereafter and his ongoing and intense therapy and recovery that has since followed.

We were saddened that Ari had carried the burden of his personal struggles all these years close to his heart, leading to this terrible event. The damage to his victim and to his own personal family can never be undone. Yet, we have gratitude that Ari has been given the opportunity to be helped; and that he has been given the tools and support he needed.

We are certain that with his newfound recovery and the continued opportunity to talk openly about his struggles, Ari will never repeat these actions.

I cherish Ari's friendship and I look forward to the fully conscious life that he will continue to live. I cannot guarantee this, but I know it to be true.

Respectfully,

Danny Mergi, DPM

**Stuart Englard**
7 Tauber Terr.
Monsey, NY 10952

April 11, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Aaron Weinreb
Docket No.: 1:20-cr-00006-BMC

Dear Judge Cogan:

I am a 47-year-old businessman residing in Rockland County, New York. I have known Aaron Weinreb ("Aaron") for more than 30 years, and I would like to share the impressions I formed of Aaron, that I believe relevant to your determination of the appropriate sentence for any criminal offenses he committed.

As a college student, Aaron pursued Talmudic studies as a student at a Yeshiva during the day, while attending Brooklyn College as a pre-med student in the evenings. Having been enrolled concurrently in the same programs, and having been roommates, I was witness to the diligence and seriousness of purpose that facilitated his excelling simultaneously in both programs.

More impressively, despite the great importance he attached to his studies, and personal success, he was readily available to assist and encourage students who did not share his abilities. It is no wonder that Aaron commanded great respect from his peers, and was known as a big hearted, good natured individual.

Coupling personal success with helping others continued to be hallmarks as Aaron attended medical school, developed a medical practice and became a father. He built a vibrant medical practice based on his devotion to his patients. At the same time, he was heavily involved in community initiatives, including serving as an authority on issues straddling the intersection of Jewish law and his medical practice.

Despite his considerable professional success, it was obvious how important family was to him, and the extent to which he played a central role in the lives of his

children. He took great pride in their accomplishments and was always an involved and loving father.

Given the above, and all I have observed over the years, it is clear to me, that Aaron is a good and decent person who lost his way and made terrible mistakes. Those mistakes, however, do not define the person I have known all these years, and more importantly, the person he can be. From my vantage point as a friend, he seems genuinely remorseful, aware of the gravity of his actions, and cognizant of what is necessary to turn his life around.

It is my hope, that the integral role Aaron has played as a father, a professional, and a community leader will be recognized as warranting the maximum leniency allowed by the law.

Sincerely,

Stuart England

3 Barrie Drive
Spring Valley, NY 10977

April 9, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States v. Aaron Weinreb
Docket No.: 1:20-cr-00006-BMC

Dear Judge Cogan,

I have known Ari Weinreb for about 25 years. He is a good friend of my older brother, so I got to see him
at my brother's various functions over the years. After I moved to the Spring Valley area about 15 years
ago, I was pleasantly surprised to bump into him again as he came by on various weekends to visit his
uncle Boruch Weinreb, who prays in the same synagogue as me. We saw each other a few times
annually, on his informal visits as well as at his attendance at local Weinreb family events.

He is a person that is so likeable, so full of life, always smiling, empathetic, and has a great sense of
humor. Seeing him always put a smile on my face and a good feeling in my heart.

A bit over a year ago we met at a Bar Mitzva and were discussing our kids. He always was discussing his
kids. I heard about the various family trips they took - including camping, which some of the kids liked
more than others...I was always struck at how such a busy successful doctor had time to focus on his
family. He mentioned that his daughter was looking to get married, and told him to forward her resume
that I would gladly pass along to a matchmaker. He did it immediately, again underscoring to me that he
was willing to do whatever it takes to do what's best for his kids.

I remember where I was when I read about what happened, and I was just repeating "No! No! It can't
be!" So out of character. So unusual. But I consider myself fortunate in understanding that good people
can make bad mistakes. So I reached out to him – not to support a misdeed, but to convey that I
empathized that he's going through a rough time, it will pass, I believe he is a valuable person, and he
will ultimately grow from it.

We've been in touch a few times since, and have discussed his struggles and slips. He certainly has
remorse beyond the material outcomes of his being caught. He suffered as he came to grips with how
his actions affected another person, himself, his family, and his community. He is ashamed about his
actions. He has committed to balance the religious issues of his proclivities with his personal struggle. To
stand and make bright to whatever degree possible the dark cloud he brought on his family and friends.
A dedication to grow into a worthy member of his community and family.

In recent months, I have seen how he threw himself into Judaism's moral and ethical texts, with and
without study partners, as he endeavors to regain self-control and become outward-focused. He will
certainly continue taking the necessary steps to deal with his inclinations and would continue the

programs he's begun to assist in his struggle. From the beginning he wasn't in denial – he acknowledged he has an issue and reached for spiritual guidance. I've seen him take steps toward becoming a better person, like focusing on growth and sharing insights on Scripture. I'm confident that he poses no threat to society only wants to manage his demons and get back to doing what he loves – helping others, bringing them joy and overall being a positive force in the community once again.

Eli Weinstock

1                                                      4-12-21

2     The Honorable Brian Cogan

3     United States District Court

4     Eastern District of New York

5     225 Cadman Plaza East Brooklyn, NY 11201

6

7            I am writing this letter on behalf of Aaron Weinreb.

8     I have worked in the state court system, Supreme Criminal

9     Court, for 26 years. I have only met Mr. Weinreb for the first

10    time in early 2020 after he reached out to me for direction.

11    I have since come to know Ari (as he is known to me) on a very

12    deep level, and I have come to consider him a close friend.

13    Ari did not ask me to write this letter, I, knowing his

14    sentence was approaching, asked him if I could do so.

15           I felt quite moved to express my feelings about Mr.

16    Weinreb to your Honor.  I was told, by Ari, when I asked him,

17    whether he was mandated by the Court to secure a program, that

18    he was only mandated to secure a therapist, but enrolled in a

19    program voluntarily for his betterment.  I was impressed.  In

20    the program Ari has not only attended meetings, but has

21    rigorously done service work in the form of chairing meetings.

22    Ari has spoken about his connection to his higher power

23    through the assistance of a very close associate of mine,

24    Rabbi Shaya Kivelevitz, who I have known for 30 years, a man

25    of better integrity and talmudic knowledge one cannot find.

                                BE

1   Ari studies Judaic texts with him on a regular basis.

2             My son-in-law has recently graduated medical school
3   and wants to specialize in gynecology, the very medical
4   discipline that Ari no longer practices.  When I question him
5   about that particular speciality, Ari lends assistance freely,
6   even after knowing that he most likely will never be licensed
7   to practice medicine again.  How someone who has faced the
8   adversity of compromised fatherhood and divorce and house-
9   arrest can be so positive-minded to better himself is truly an
10  exemplar to anyone in any type of recovery.  One might say,
11  well, he has to engage in these endeavors to show what he has
12  done in the recent past, but in Ari's case, knowing him as I
13  do, he is doing this to improve and completely change himself
14  and is totally remorseful.

15            Your Honor, in summary, I will say that I am
16  glad that I have such a friend, and will not relinquish that
17  friendship after his term of incarceration.  I ask your Honor
18  to exercise your discretion in imposing a diminished sentence
19  than that reqested by the prosecution, for it is this
20  uniqueness of goodness in character that Ari exudes to me.

21

22

23            Yours respectfully,

24  Barry Eskenazi

25            BE

*Independence*
PAIN ASSOCIATES

SIMON GALAPO, MD, L.AC.

April 14, 2021

To The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

I am writing this letter on behalf of Aron Weinreb MD. I
have known Ari for over 25 years now. We met in medical
school, where we became very good friends. Each and
every day, we would study the intricacies of medicine
together for hours on end, Which led to a mutual respect
for each other both on an intellectual level, as well as on a
personal level.  We both married within about a year of
each other, and it was this time that I begin to appreciate
the deep love that Ari had for his wife Suri.  Although he
was working long hours, and was busy with schoolwork,

the two of them were inseparable, and one could always see the immense appreciation he had for her.

Once we graduated from medical school, Ari did his residency in OB/GYN and I did mine in anesthesia here in Pennsylvania. During the next few years, although we did not live near each other, we still kept in touch, and our friendship was as it always had been. He was always considered a close friend, and someone whom you could count on. The last time I saw Ari prior to this incident, was when he stopped by to pay a condolence call after my father had passed. We reconnected, as though no time had passed between us, and he brought much needed comfort to my family and myself.

A few months ago, I was made aware that Ari had taken a leave of absence from his medical practice. I did not know what the circumstances were at that time, but I immediately texted him to ensure that things were OK. He then proceeded to call me back and was extremely forthcoming with what had transpired. Needless to say, I was shocked and overwhelmed by what he told me. There were so many emotions that were running through me that I was unable to sleep that night, and in fact over the next few weeks I was just not myself. What bothered me the most was that I just could not understand how my longtime friend, Ari, could live life having to privately struggle with

and suppress his sexuality for so long. I could only imagine the pain he must have been living in and the constant fear of sharing it with his family and friends.

I made it a point to call him back as often as I was emotionally able to. Through those discussions he opened up to me, trying to work out in his own mind the ramifications of his actions; the hurt he has caused to all those around him, to those who loved him, and to those who were closest to him. His deep sense of loss of his now ex-wife Suri, the distancing of his children from him, and his embarrassment within his community were all too much to bear. Multiple times, I was afraid that he would be overwhelmed by the situation and I would reach out to him - to give him the strength to continue, for even the strongest of people could not bear that cross! Yet as time went on and the emotional aspects subsided somewhat, they were replaced by the rational understanding and real consequences of his actions as they reared their ugly heads in the great devastation that he had brought onto himself, his family and community - in one flail swoop. What he would not do to try to rectify his misdeeds, for all the pain and suffering it has caused to so many.

Each and every week, when I would speak with him, he would view this entire process as a new pivotal point in his life for positive change. With each phone call, reaching out

to him, he would explain to me how he now saw the myriad of ways he must change so as to try to fix, at any level, the damage he had done. How hard he would say it is to look himself in the mirror each and every day knowing full well that the consequences of his actions could never be overturned- and yet, he would persevere to become a better person.

Knowing Ari now for over 25 years, as a friend, as someone who stands beside you in your time of need, as a member of a community of helpers and healers, I cannot turn my back on him and must show him the compassion he deserves as such. Yes, he made an extreme mistake and hurt others through his actions without regard for the long-term ramifications. However, he has also lost everything because of the lack of judgement and forethought. That loss will follow him throughout the rest of his life as well. Unfortunately, his life will never be whole again; his own family, his children, his sense of community, will never be the way that it once was. This is a burden he will carry with him until the end of days.

As a friend, I can only ask for compassion and understanding of the court in sentencing my friend Ari. He knows full well that nothing can undo the past, but also realizes what he has done wrong, how much pain he has brought upon so many people and families, and how he

must change his behaviors and attitudes going forward. He has shown through my discussions with him and through his openness with me, his remorse, his regret, and especially his anguish at what he had become. He no longer wants that life, but rather seeks atonement through a total upheaval and reevaluation of his existence. It will not be in lip service, but rather in his deeds which will change as time goes on. The constant reminder of the extreme losses he has had will be that touchstone for him to allow for that improvement in his own life and for his future role in society.

Sincerely,
Simon Galapo MD

**Yisrael Grafstein, Esq**
**32 Tamarack Road**
**Greenfield Park, NY 12435**
**917-957-6438**

April 11, 2021

The Honorable Brian Cogan
United State District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Dr. Aaron Weinreb (Ari) is a very dear friend of mine for over 25 years.  Ari and I first met up met up in a yeshiva college program in Brooklyn and we quickly became part of a group of close friends.  Ari was someone that always was very caring and respectful and he treated friends and family really well.  I always held Ari in a high regard, both as a serious student as well as someone who was interested in always doing good for the world and being a great person.

When Ari was about to start medical and I was starting my law/MBA program, we became study partners for a semester in the Yeshiva and we mutually decided it was important to focus on a topic that would provide long term knowledge and foundation for our careers.  We spent the last term together learning and analyzing medical ethics and law within the Talmudic framework.  This was a great introduction for me in my legal studies and Ari in his medical studies.  I think this provided Ari a great basis of ethics before he embarked on his medical career and for me, my legal career.

Ari and I shared common values, we both liked to work hard but also spent time studying.  We got together many times for the annual school retreat when alumni had the opportunity to spend time together studying. This get together made our friendship real and meaningful.

While we were friends, Ari came to my home many times where he met my mother who was very impressed with him. She ended up introducing Ari to his wife. This was the initial start Ari of building a beautiful family.  I also saw how Ari put his family first and how much his children cared and loved him.

I really feel Ari is someone who devoted his life and career to giving so much to society.  On a personal level, Ari was the doctor that delivered my niece.  I also have met so many of his patients who always spoke highly of him, and I was glad that I was his friend.

In summary, Dr. Aaron Weinreb is a wonderful person that has a great relationship with his family and friends and is a person that has done so much for so many people.

Please feel free to reach out.

Sincerely,

Yisrael Grafstein

Yitzchak Stern
369 Eastwood Road
Woodmere, NY 11598

April 25, 2021

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: United States v. Aaron Weinreb
Docket No.: 1:20-cr-00006-BMC

Your Honor:

I am writing on behalf of Dr. Aaron (Ari) Weinreb. I have known Ari for over 15 years, as we live in the same neighborhood. I have always known him to be an upstanding member of the community who looks out for the needs of others. I have known him to be a good and caring father, as one of my children was in the same class as his child. As a reliable neighbor and member of the community, his offense was quite unexpected.

Over the years, I have seen Ari's generosity of spirit and contributions to the community in many ways. On one occasion, a family, lacking financial means, moved into the community. Ari took them shopping to Ikea, and personally paid for them to furnish their home. There was also the time when he helped marry-off an individual who did not have family. Ari has generously contributed to many other communal needs, in both monetary as well as in physical ways. He was always known as an upstanding member of the community.

In discussions with Ari since the offense took place, he has acknowledged the serious lack of judgement he exhibited and expressed both remorse and a strong desire to address his personal issues that are at the heart of the matter.

Thank you for taking these thoughts into consideration as you deliberate on the appropriate sentence.

Sincerely,

*Yitzchak Stern*

Yitzchak Stern

# RABBI NESANEL FEIT

## Woodmere, NY 11598

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

3/29/2021

### RE: UNITED STATES v. AARON WEINREB - Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

By the blessings of the Almighty, I have the great fortune to spend my days, as a member of a neighborhood Jewish *Kollel*, an institute for full-time, advanced study of the Talmud. In this unique role together, my colleagues and I have used this opportunity to reach out and study one-on-one with community members who share similar Torah values, but whose full time occupation keeps them otherwise very occupied.

My connection with Ari Weinreb began with a relationship similar to that described above, but now, after more than ten years having studied together, we have since developed a very close friendship. Over the years, we have together grown exponentially, both religiously and spiritually.

With Ari being an Obstetrician-Gynecologist, I was fascinated by his profession, in his ability to engage 24 hours daily in helping and caring for others, literally, doing G-d's holy work. In my years sitting next to him in the study hall, (or in the midst of the tennis court,) I have experienced first-hand, over and over again, the dedication and respect he had for his patients. He never hesitated to return a phone call, and always spoke to them with full humility. If he had to attend to a patient, many times needing to drop everything to get to the hospital, he would simply close the religious book we were studying (or forfeit the tennis match) and just do what he had to, with a smile. He never appeared frustrated. He did what he had do, each and every time.

So many times I was aware that Ari would be up all night caring for a patient in labor, to be followed by a full day in his office, and yet he would keep to our twice weekly nightly study commitment in the evening. If he was tired, it did not show; not in his interactions with me, his family or friends, and with his patients in the snippet of phone conversations I would pick up on. This was a uniqueness of many that Ari possessed. He always made everyone feel that you had his undivided attention, no matter how much he was involved in.

As impressed as I was with Ari's professional work, Ari would always reverse the pride. He always treated me with great honor and would tell me that it was I *"who was truly carrying out the work of G-d,."* He had tremendous respect for my decision to dedicate myself fully to Torah study, even if it was not something that he chose for himself. Our professions were different; but our Torah values were aligned.

Approximately 5 years ago, I was graced with the opportunity to establish and head up my own *Kollel*. It started with 6 members, and in a short time, today it has grown to over 22 students of the finest caliber. From the beginning, Ari cheered me on, and really felt happy for my success. Though the financial undertaking was not overwhelming, still Ari was excited to contribute in any way he could.

In describing Ari as above, it was so out of context when Ari failed to show up to our study commitment, now going back 17 months, to the end of October 2019. The news had not yet gone public, and I believe I might have been the first one to find out. Ari's voice was cracking with shame as he told me what had happened. I was stunned.

To be fully honest, I did not speak with Ari for the next two months after that. Though I regret that now, back then I was just too shocked. None of it made sense. Nothing about what Ari told me (and we brutally honest) resonated with who I knew him to be. It was as if I did not know him. *(I admit, that I may be somewhat out of touch with the real world, with it's temptations and pitfalls. I still use a flip-phone that has no internet access, and I am not about to upgrade anytime soon.)*

In time, I came back to visit my close and dear friend. What did not surprise me, was that despite my brain trying to play tricks on me, as soon as we began to speak, I realized my friend was the same kind-hearted, caring and loving Ari. My friend was the same person who had been one of my main study and religious partners with whom we have grown so spiritually together all these years.

If anything, I began to see Ari even more for who he is, as he was so raw with emotion. I learnt about some of the inner struggles he had been carrying alone and I came to realize the genuine enormous effort he had been making all these years to only do the right thing in spite of it. He described his terrible actions as a crime of huge proportions, and did not try to play it down or attribute it to anything but that.

My respect for Ari has not only fully returned, it has taken on a new height. I look back at all the dedication that he has shown for his family, his community, his medical work, and specifically to our study commitments, with a newfound admiration. I realize how much herculean effort it must have taken on his part to serve our Almighty in the dictates of our Orthodox Jewish faith. I am pained by the burden he has silently carried, but I am in awe for his determination in spite of it.

This determination has now been the source of all the continuous growth I have witnessed in Ari over these last many months. He spends hours a day on religious study *(Unfortunately, my schedule had since changed, and we have not continued our commitment together.)* Although I don't pretend to know much of the 12 step program, I know Ari spends hours involved with it and in fellowship with it's members.

Your Honor, I can never condone his actions last October 2019, and neither can I excuse them. But in knowing how proud I was of the Ari I thought I knew up until that fateful day, and in truly knowing the Ari that is today, I beseech your mercy. He is more than deserving.

With the blessing of the Almighty,


Rabbi Nesanel Feit

DAVID BRIER, ESQ.

April 14, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:     UNITED STATES v. AARON WEINREB
        DOCKET No.: 1:20-cr-00006-BMC

Dear Judge Cogan:

I am writing this letter on behalf of my friend Ari Weinreb.

I have known Ari for approximately 30 years. I first met Ari in a post high school program we both attended in Israel. After not seeing each other for years, during a chance encounter, we became reacquainted and agreed to study Talmud together on a nightly basis. Despite both of our busy schedules and our professional and family obligations, we both greatly enjoyed learning together about jewish morals, the intricacies of jewish law and our heritage. Almost as importantly, these learning sessions allowed our friendship to grow until the point that I considered Ari one of my closest friends. Our families became close and shared many occasions and holiday meals together.

To say that I was shocked to hear about the charges and crimes for which Ari has pled guilty would be an understatement. While it is now obvious that Ari had been struggling internally for years with issues of which he was unable to speak of, even to the closest of his friends, this is simply not the Ari that I know.

The Ari that I do know is smart, bright and funny and a great and loyal friend who always had your back. He is a loving and involved father to his 6 beautiful children. He is a man whose greatest pride was seeing his children excel in their studies and their growth. He is a person that jumped at any opportunity to join, lead and participate in numerous charitable causes and events. Ari and Suri were well known in our community for opening their home to host numerous guests almost every Sabbath for people that literally had nowhere else to go. All of these actions were undertaken with little thought for personable gain or glory and reflected Ari's desire to try help those who were not blessed as he was.

Ari has made a horrible and tragic mistake that he will pay for the rest of his life. However, consistent with Ari's great spirit, Ari is determined to try to make things right and to try to make himself a better person. Ari has repeatedly stated to me that he sincerely regrets his actions and I know that he is seeking and receiving the help and support from both his friends and spiritual mentors that he needs to make sure this mistake is never repeated. Ari's prior history of being a truly upstanding citizen, loyal

April 14, 2021
Page 2

friend, loving father, and a generous community member should merit him a second chance and opportunity to try to make things right.

Very truly yours,

David Brier
ESQ.

David Stein Esq.
30 broad Street 14th Floor
New York NY 11598
212-596-7251

RE: UNITED STATES v. AARON WEINREB Docket No.: 1:20-cr-00006-BMC

April 11, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan:

My name is David Stein. I have known Aaron Weinreb for over 2 decades. He was married to my second cousin. Over the course of the many years that I have known him I have personally observed him to be kind and caring person. I have also observed him on many occasions with his family and I have personally observed what a caring father he has been.

A number of years ago I underwent a divorce and am raising a son on my own. I decided to move to Woodmere NY not far from Aaron and his family. On many occasion, I would come over to Aarons house with my son and he made me and my son feel like part of the family. I will be forever grateful to him and his family for looking out for me when I was in a vulnerable situation.

I personally observed him interact with his children and I also joined them on a number of occasions when they were on vacation and I saw how much he cherished spending time with his family. I also marveled at the many times that he and his family got involved in community needs on a regular basis. On one occasion when I was by their house Aaron and his wife were preparing to make an engagement party in their house for a young couple that didn't have family to help them out.

I understand what Aaron has been accused of and that he has pled guilty as well. Nevertheless, I implore this court to grant him leniency. I have been able to see Aarons good traits and he has been a good friend to myself and to many others. He has done a lot of good in his life and he is capable of doing much more. I hope the court will give that heavy weight in deciding his sentence. He has 6 children that need his love and will greatly benefit from him being able to be

there for them.  I am writing this letter from my heart as my heart knows only so well how much
Aaron has been such a positive force for good for so many.


Sincerely yours,

David Stein, Esq

**Steven M. Weissman, MD, FAAD**

Adult and Pediatric Dermatology and Dermatologic Surgery
94-13 Flatlands Ave, Suite 102 East, Brooklyn, NY 11236
Tel: 718 853 7546  Fax: 718 682 0146
www.StevenWeissmanMd.com

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

4/14/2021                                   Re: United States v. Aaron Weinreb

                                            Docket No: 1:20-cr-00006-BMC

Dear Judge Cogan,

I write this letter in support of Dr Aaron Weinreb. I have known Ari *(as he is called,)* as a childhood friend of my brother's, as a co-parent in two of my children's classes, and as a fellow physician who I have shared many patients with. And although I would not have considered myself a close friend of his until this past summer, I have since been with him, together with so many others in our community, supporting him and being inspired in his recovery journey.

From all the previous above relationships, my personal observations and that of Ari's reputation was that of a considerate and dedicated friend; as a fully-engaged and loving father, and as a devoted and compassionate physician. No matter what angle I knew him from, Ari personified to me a person that was kind-hearted and truly cared about everyone around him.

Last summer, due to COVID restrictions in praying in synagogues, a weekly outdoor *minyan* (quorum) was organized on our block on Saturday mornings. A few weeks in, a bizarre thing began to happen. The cantor, unknown to anyone on our block, was praying so loud that you could literally hear him blocks away. This continued the next week; the same cantor with the same loud voice, screaming the prayers for the whole world to hear. After the prayer, I along with some other fellows approached the cantor to tease him about his need to scream. To our teasing, he actually replied, *"I am praying loudly as there is someone living a block away unable to leave his home and I know how badly he wants to participate."* We then found out that he had been walking 30 minutes each way weekly to visit with " *a good*

*person who made a terrible mistake, who is doing everything to correct it."* It was then that I
realized he was speaking of Ari Weinreb.

I was aware of Ari's arrest, but I was quite surprised that I was not aware that he had been
living at his parents home and that they resided a block away. I soon came to realize that this
cantor was just one of many that had been supporting Ari throughout this ordeal. Although
Ari has been under house arrest for a serious charge, his prior reputation as a good-hearted
person had remained. I was told that Ari had immediately taken full responsibility for his
actions and was working hard on a recovery program to learn from his mistake. Knowing
how earnest he was, people were drawn to visit with him and support him.

Since that time, I too have been visiting weekly with Ari. I found that Ari spoke only with
contrition. He never tried to excuse or minimize his crime. He owned it with every fiber of his
being. I was impressed with how revealing Ari was about the deep recovery work he was
undergoing. I saw in him a true humility, to grow from his error, no matter how
uncomfortable or further shameful it would be. He was willing to take the help and support
from anyone that had what to offer.

I recognized in Ari the pain he was enduring as due to the circumstances, he had not been
in touch with his children. He blamed himself for the current situation, showing no anger,
nor resentment, just acceptance. I noted a genuine happiness in him of any news of his
kids , and I tried to accelerate that positive feeling, sharing with him any tidbits of updates
from my own children's relationship. Never did Ari ask me or my children to communicate or
to serve as a channel to influence his kids or ex-wife's position in any manner.

I have come to realize that my previous observations and knowledge of Ari, has been the
backbone for the recovery process he had undertaken. His remorse is genuine. His
determination to make right with everyone is commendable.

Your Honor, I ask that you bestow compassion on Ari as he has always shown to everyone
else. Ari has so much good to still give to his friends and family. He is deserving of a second
chance.


Respectfully,

Steven Weissman, MD

Ari Weinstock
1766 East 28th Street
Brooklyn, NY 11229

April 11, 2021

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB Docket No.: 1:20-cr-00006-BMC

Dear Judge Cogan,

I first met Aaron Weinreb 30 years ago while we were both studying in college. While our career paths diverged, I have kept a close relationship with Aaron and his family for the past three decades. Together with my wife, we have visited the Weinreb home many times and celebrated various milestones for the Weinreb family including the birthday parties of several children.

As such, I was surprised and troubled when I heard the news about his recent wrongdoings as this was completely out of character from the Aaron Weinreb I knew. In our subsequent correspondence and conversations, Aaron has expressed remorse for how his actions affected the other parties, his family, friends, and the overall community. More than just remorse, Aaron has channeled his feelings to embark on a journey of self-improvement under the auspices of both professional supervision and his own inner drive to become a better person. As I keep up with Aaron, I have personally seen Aaron change into a more spiritual person actively working to improve on many levels.

While nothing can take away what Aaron has done, I ask that the court look at Aaron in his entirety. I have seen Aaron as a loving father to his children as he tried his best to provide what they needed for their education and friendships. Aaron has always been there for me (and others) when we needed a helping hand. Whether it was providing free medical advice while on a communal panel, or his role as a committee member in an organization helping those with infertility, Aaron Weinreb never looked at himself as being above others, even while he successfully practiced as an OB-GYN. If anything, his empathy for others and his desire to help others was the driving force for entering the medical field.

In light of the above, while I was surprised at the extremely poor decision he made, I am not surprised that he accepts responsibility for his actions. Responsibility resulting in his taking concrete steps through various programs as he strives to become a better person. A person who will look to give back to society in order to try and make amends, while always living with the sense that he must constantly improve.

Please consider Aaron Weinreb's future which now lies in your hands. While Aaron's actions will never go away, his remorse and subsequent steps towards improvement, his being ostracized by the general community, his desire to make amends by giving back to society, and his young children who would benefit from a father in their lives, is something I hope you consider when contemplating a second chance for Aaron Weinreb. Thank you in advance for taking the time to read and consider this letter.

Sincerely,

Ari Weinstock

Hesckal (Chesky) Goldberger
Queens, New York


The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


3/27/2021


**RE: UNITED STATES v. AARON WEINREB - Docket No.: 1:20-cr-00006-BMC**


Dear Judge Cogan,

My name is Chesky Goldberger and I am writing this letter of support for my long-time friend,
Ari Weinreb.

Ari and I grew up together going to sleep-away camp more than 35 years ago, but we really grew
close when we spent our post-high school gap year together studying abroad. It is there that I got
to know Ari as the kind-hearted, devoted and caring person that he is. With a smile permanently
glued to his face, Ari was someone you could always count on to do a favor as a friend.

With time we began to lose touch, until a few years ago, when I reached out to Ari to inform him
of the death of a common friend's father. Although the son of the deceased had moved away
from New York many years earlier, and had not been in touch with either of us, with very short
notice, Ari rearranged his busy medical practice to attend the funeral. Over the next week, Ari
visited the *shiva* house more than once to provide support his old friend, despite the long passage
of time and the geographical distance that had developed.

Ari and I were out of touch again until last November 2019, when I was made aware of the tragic
news of Ari's arrest. It just did not make sense; it could not be. Without minimizing what my
friend had done, I could not fathom that Ari was anything but the same kind and caring person I
had always known him to be. He was in need of support and I immediately reached out.

Ari thanked me warmheartedly for reaching out, and although I was somewhat uncomfortable
and did not have the right words to say, Ari sensed my discomfort and made me feel at ease. He
started the conversation acknowledging his wrongdoing, making no excuses for himself. He
spoke with humility about his personal failings and of the hurt he had caused to so many others.

That initial phone call began a weekly pattern. And now, what first started as a duty to support an old friend, has since become one of the highlights of my week. Ari fills each conversation with interesting tidbits and thoughts about therapy, addiction recovery work, and Torah study. Ari's goals are single-minded: to understand what led him to this terrible lapse of judgment in order to completely change his previous way of living. He is extremely forthcoming in sharing his weaknesses and personal struggles with me, for the sole benefit of his own growth. He speaks honestly and openly; no subject is off the table if discussing it can be beneficial.

One of the many attributes that I have come to admire about Ari over this past year and a half is that despite his own personal struggles, his focus still continues to include all those around him. No phone call is complete without Ari asking about me, my family and about *"all those out there in the outside world not under house arrest."* I have quickly learned that Ari's asking is genuine and his gratitude for the continued well-being of those in the *"outside world"* is far from just lip-service.

My own family has recently undergone a personal tragedy of immense proportions, and during that tragic period, I was heart-warmed by the immediate role reversal. Ari began to call me weekly to check up on me. Despite everything, he remains a friend to all.

I end with a plea to Your Honor, that you humbly consider my observations in sentencing Ari. He is filled with contrition. He has faced his deepest challenges and weaknesses, and with great determination has used every moment of his home incarceration to improve his character from it. From the kind-hearted person that Ari was prior to this tragic episode, and with the addition of his newfound spirituality, he is a truly deserving of a second chance. I beg you for mercy on this most beautiful soul.

With tremendous respect,

Chesky Goldberger

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

4/25/2021

RE: UNITED STATES v. AARON WEINREB
Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

I have personally known Ari Weinreb for over twenty years. His (now ex-) wife, Suri, is a close friend of my wife's and we frequently socialized, first as couples and then together with our growing families. Knowing Ari all these years, I wholeheartedly attest to his outstanding character. He has always gone above and beyond in offering assistance and extending generosity.

So often, women (my wife included) would call Ari for medical advice which he patiently gave in his little free time and without charge. He cares deeply for others as is evident from his many acts of kindness and charity.

A particular incident comes to mind: A number of years ago, we attended a charitable event for underprivileged children. As part of the program, a video presentation was shown, depicting the deprivation of the children represented by the organization. To be honest, most of the audience seemed jaded and more focused on eating their lavish desserts. I still have a mental image of Ari focusing intently on the screen, tears running down his cheeks. He wordlessly took out his checkbook and wrote out a generous contribution. This incident personifies Ari, a man with a giving heart and sensitive soul.

Ari's arrest half a year ago caused us all sadness and pain. Fortunately, I have kept in contact with him, trying to offer support. I say fortunately because in the past year, I've been privileged to witness his incredible transformation. Because Ari has changed. He has done months of soul searching,  expressed deep remorse for his actions and joined with others

in group meetings working together toward change.  In working through his human failings, he has become a truly worthy man, humbled and wracked with loss but with a strong desire to make amends and do good.

Please consider these words along his younger children's need for a relationship with their father and the many members of the community, who have observed & are humbled by his struggle to repent and find the best of himself. He has lost so much already, may he be seen in a favorable light in the eyes of the heavenly court & also in your eyes.

May you & your family merit the blessings that are reserved for those who see others in a favorable light.


Respectfully,

Efraim Aaron

April 21, 2021

The Honorable Brian Cogan, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB

Docket No: 1:20-cr-00006-BMC

Dear Judge Cogan,

I am respectfully submitting this letter in connection with the upcoming sentencing of my longtime friend, Aaron Weinreb.

I first met Aaron approximately 17 years ago, soon after my family moved to the Woodmere community and began attending the same synagogue. Our families became friends and over time we have eaten Sabbath meals in each other's homes, shared in each other's family celebrations and would consider Aaron a true friend.  He is a caring, complimentary and has a good sense of humor.

Additionally, we have studied at the same place at night and Aaron was a mainstay at a program that I helped run on Saturday nights, where fathers and sons come together weekly to study Torah together. In those settings, I was able to witness Aaron's commitment to his children and the relationship that he shared with his sons.  I have seen this friendship he shares with them and the pride that he takes in his children's accomplishments.

In addition to Aaron's strong qualities as a friend and father,  he has been a community activist , opening his home to help support charitable organizations and spearheading a campaign to improve the neighborhood's streets.

Although I have not interacted with Aaron professionally, he has a reputation of a caring and capable physician.

Over the past 18 months, I have been in contact with Aaron and have visited him on a number of occasions.  These has been a difficult time for him, his family, his friends and his community. He has accepted fault for his actions and have actively worked at rehabilitating himself mentally and putting the pieces of his life back together.  I respectfully ask that you take these words into consideration.

With much respect,

Eytan Feldman