# EXHIBIT 4

The Honorable Brian Cogan

United States District Court Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 1201

RE: UNITED STATES v. AARON WEINREB (Docket No.:120-cr-00006-BMC)

Dear Your Honor,

    My name is Malgorzata Dzieran, RN. I have been working with Dr. Weinreb for the past 14 years; in the first few years as a medical assistant and then as a registered nurse. When I started working with him, he was seeing only few patients per week. Over several years, thanks to his incredible hard work, professionalism and compassion for his patients, he was able to build a large and successful practice. In his life two things always stood out as the most important; his family and passion for his work and patients. He always worked very hard, often time day and night, to the point of heavy fatigue. Despite a common, visible tiredness he always entered the office with a smile and cheerful words -"today is going to be a nice day ". I remember reminding him sometimes that he has to slow down since he is not that young anymore.

    Whenever he had a chance to take time off of his work he would always spend it with his wife and children either taking short, weekend trip or planning and spending longer vacations. Other then professional matters, his family was always the dominant topic of our conversations with him.

    As my supervisor, he always showed big heart for all people around, mindful of his employees' opinions, preferences and wishes, full of energy and work enthusiasm. He would never leave his work without completing all necessary phone calls. It was not that uncommon that he would not collect a co-pay or that he would cover the cost of lab tests for some of the poorer patients. His patients still continue to express a profound gratitude for his compassion, kindness and professional care.

    Dr. Weinreb was always bringing a sense of duty, resilience, trust and teamwork to our office. I was never afraid to approach him with any, either personal or work related issues. He was always open-minded, kind and helpful. He always appreciated the efforts of his entire office staff and typically showed that by buying us lunch, usually on Friday and thanking us for entire week's work.

    I am humbled, honored and forever grateful to be a member of his team and would never hesitate to vouch for him. I have been staying in touch with dr. Weinreb throughout this whole ordeal and continued to support him. Please do not hesitate to contact me if you desire any further details (my cell phone number is 347-254-9351). Given that this is his first offense and he is eager to undergo any rehabilitation required, I ask you for leniency from the bottom of my heart.

Yours,

Malgorzata Dzieran, RN

05/25/2021

The Honorable Brian Cogan

United States District Court Eastern District of New York

225 Cadman Plaza East

Brooklyn NY 11201

May 24, 2021

Re: United States V. Aaron Weinreb

Docket No: 1:20-cr-00006-BMC

Your Honor,

I first met Aaron Weinreb while I was working as the Office Coordinator in one of the outpatient Ambulatory Care departments of New York Methodist Hospital. Having recently completed his residency and been hired by the Hospital as a staff attending, he was sent to my office in order to provide obstetrical and gynecological care to the community.

Over the years our relationship developed from professional acquaintances to friendship. One in which we were fortunate enough to share in both each other's joys and sorrows. As Aaron continued to build his practice from nothing to one of tremendous proportions the quality of care he provided to his patients never faltered.

As the years went by, Aaron found himself in a position where he was now able to help his patients even more than before. He became well known in the community as the doctor who never said "no" to a patient in need.

Patients who found themselves without medical insurance, but in need of medical care were charged the most nominal of fees, just to help them retain their dignity and self-respect. For those in true financial straits, office visits were free. Every patient was provided with the same quality care, respect and personalized attention regardless of their ability to pay.

Aaron's primary focus was always the comfort and well-being of his patients. He always took the time to explain even the simplest office procedures to his patients and answer any questions. After a full day of office visits, he would then sit down and return every telephone call. I remember one patient calling just as we were closing. Although she had been in the office earlier in the day, she now thought she was in labor. Rather than send her to the hospital to be checked by a resident and possibly sent home, Aaron waited for her to come to the office with her husband.

Aaron was quick to extend the same kindness to the office staff as well. It was not uncommon for him to treat the entire team to breakfast or lunch. When our office's lease expired and we were forced to go our separate ways, Aaron not only made sure the team got back together for restaurant dinner reunions but always covered the check.

Compassion, dedication, availability and trust. What better example can I give than to say when my own daughter found out she was pregnant and asked me to recommend a doctor that embodied all of these qualities, only one name came to mind – Aaron Weinreb.

Respectfully yours,

Gitty B. Weinstein

# Vee Brown

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201     4/21/2021


RE: UNITED STATES v. AARON WEINREB
- Docket No.: 1:20-cr-00006-BMC


Your Honor,

I have known Doctor Aaron Weinreb for eight years. For the first six years, I have worked for a physical therapy unit in a shared office space with Doctor Weinreb and his staff. After that, I have had the wonderful opportunity to work directly under Dr Weinreb.

Long story short, in 2017 Weinreb transitioned his practice into a larger medical center and built a whole new staff. And although, I did work for another unrelated unit, he always considered me a part of the larger office and he offered me a position on his staff and I readily accepted. I am forever grateful to him for my new position.

As long as I have known Doctor Weinreb, he has been dependable, honest and courteous. He never displayed any self-importance in his standing in our office. He treated every member of the team as equal to him. He was always pleasant and showed such admiration to everyone around him. Working for him, I always felt valued and integral. It was like that for everyone on the staff.

Doctor Weinreb always showed us appreciation by buying us lunch, taking the staff out, celebrating our birthdays and other milestones. (I must say although I only officially worked for him for two years, I have been a recipient of these perks of his kindness for the last eight years, just by being in the same office unit.)
He has been greatly missed from our daily life here at the office. I must say that now, although 20 months later, not a week goes by that a patient does not ask about his well-being. We at the reception desk continue to "collect regards" for him

from so many of his former patients. We are always being asked to give over good-wishes and to let him know that they are praying for him.
Your Honor, I plead for your mercy that when considering your sentence of our Doctor Weinreb, that you view him as the person that I and all those who have interacted with him, truly know him to be. He is deserving of a second chance.

Sincerely,

Ms. Brown, Vee

Aviva Salomon
4901 14th Ave
Brooklyn, NY 11219

May 24, 2021

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb
Docket No.:1:20-cr-00006-BMC

Dear Your Honor:

I am a Physician Assistant practicing in Obstetrics and Gynecology and have known Dr. Aaron Weinreb for close to a decade. He was my employer in his private practice and served as my supervising physician once he joined NYU. Dr. Weinreb is an honest, kind and considerate person who was well liked by both patients and staff. He gave each patient individualized care and attention and would devise a management plan based on the patient's specific needs. He would spend long periods of time sitting calmly with the patient and their family members until all their questions were answered and the patient felt at ease. When patients experienced a pregnancy loss or a challenging health issue, Dr. Weinreb would follow up on a consistent basis offering reassurance and emotional support. For patients without medical coverage he would charge a nominal fee or even waive the fee altogether if the patient was not able to pay.

As my boss, Dr. Weinreb treated me kindly and respectfully. He showed concern for his staff members' needs and would often ask about our families wellbeing. In honor of our birthdays, he would order a cake or lunch for the staff to celebrate. As a single mother, I needed flexibility in my work schedule to accommodate my child's needs. Dr. Weinreb was understanding of this and worked with me to find a suitable schedule. When I went through a personal challenge, he was supportive,

1

understanding and accommodating. Although Dr. Weinreb was my superior, he would often ask for my opinion and consider it.

My relationship with Dr. Weinreb has continued despite us no longer working together. I continue to share both happy and sad moments in my personal life with Dr. Weinreb, who responds with genuine interest and compassion, when appropriate.

Over the years, I have gotten to know Dr. Weinreb as a man of compassion, generosity and professionalism.


Sincerely,

*Aviva Salomon, PA*

Aviva Salomon, PA

# Tammy Izraelov

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

5/03/2021

RE: UNITED STATES v. AARON WEINREB - Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

I have worked with Doctor Aaron Weinreb from 2002 through 2017 at his medical practice affiliated with New York Methodist Hospital. Dr. Weinreb had started his practice with just a few patients, and with hard work and dedication, he built it up to be a very busy practice. He was loved by all his patients, staff and the community. Doctor Weinreb was very generous, helping many organizations and people in need.

I would like to tell you about a personal interaction that I have never shared with anyone. My husband and I are blessed to have twin boys. Back in 2013, as they were graduating elementary school, and due to financial difficulties, my husband and I had made the painful decision to transfer them from the Jewish private school that they had been attending, and to enroll them into a Board of Ed public school. I was distressed and I mentioned it in conversation one day while I was grabbing my lunch in the staff lounge with Doctor Weinreb.

The next morning, he approached me to tell me that he was ready to commit to paying an extensive portion of our boys' tuitions for as long as necessary, in order to allow them to continue to get a Jewish education. He told me that he had made the decision instantly on the spot the day before, but he had wanted to ask his wife's permission prior to saying anything.

# Tammy Izraelov

I want you to know for the next four years, every August, Doctor Weinreb would give me an envelope with ten head-checks made out to my sons' school. There was no further conversation on the matter, and he would only bring it up once a year, every August. *(To show you how remarkable this was, I want you to know that Doctor Weinreb did this for our family although he had no other financial relationship with me. Although I worked for him as a receptionist, I was not under his payroll but paid directly by the institution from which he was subletting space.)*

I will forever be grateful for his kindness.

When I heard of his arrest, I was heartbroken. I know he had made a mistake, but I also know that Doctor Weinreb is one of the most kind and loving persons I have known. I pray that Your honor take note of his true essence and see that he's deserving of a second chance.

Respectfully,

Tammy Izraelov