# EXHIBIT 5

# Center for Colposcopy
## Gynecology, Colposcopy
## Treatment of Vulvovaginal Diseases

**Mark Spitzer, MD FACOG**
Medical Director
    Center for Colposcopy
Clinical Professor,
Obstetrics and
    Gynecology,
        Donald and
        Barbara Zucker
        School of
        Medicine at
        Hofstra/Northwell
Past President,
    American Society
    for Colposcopy and
    Cervical Pathology

May 5, 2020

To whom it may concern:

I am writing this letter in support of Dr. Aaron Weinreb. Currently I am an Attending Physician in private practice and Director of the Center for Colposcopy in Lake Success, NY. I am Clinical Professor of Obstetrics and Gynecology at the Donald and Barbara Zucker School of Medicine at Hofstra/Northwell but previously, I was both the Residency Program Director and Chairman of Obstetrics and Gynecology at New York Methodist Hospital where Dr. Weinreb was a Junior Attending and Assistant Residency Program Director.

When I arrived at New York Methodist Hospital, Dr. Weinreb was a Junior Attending. His primary responsibilities included patient care and clinical supervision of the residents. He also was given the opportunity to start and grow a faculty practice which would allow him to supplement his income and form the foundation of his future practice. In terms of responsibilities, his job was similar to many who came before him and after him. However, his approach and attitude to the job was completely different. Rather than doing just the bare minimum of resident teaching and focusing on his financial interests as had so many others, Dr. Weinreb went out of his way to teach. He selflessly took of his own time to work with the residents to develop their presentation skills for conferences and held meetings and other teaching conferences to improve their knowledge in preparation for in-service examinations. Without any prompting, compensation or official recognition, he became an essential contributor to the education of residents in our program. He also took the initiative to make suggestions on how to improve the program and residency experience which I valued tremendously since he was a recent graduate of that very training program.

In recognition of all he was doing for the residents, I eventually promoted Dr. Weinreb to the position of Assistant Residency Program Director. Given the fact that he was one of the more junior members of the faculty at the time, his promotion over more senior physicians was recognition of all he was doing to help educate residents in our program. He responded to the promotion by taking on even more work, much of it on his own time.

As a physician, I found him very knowledgeable and evidence-based in his practice of medicine. He was a very good doctor. Even after I left New York Methodist Hospital in 2006, he would occasionally call me about a patient or occasionally about advice regarding his practice or his career. I recognized in

1991 Marcus Avenue, Suite M215
Phone: 516-355-7802

MSpitzer@ColposcopyCenter.com
WWW.CenterForColposcopy.com

Lake Success, NY 11042
Fax: 516-467-1387

him a relentless and uncompromising focus on the welfare of his patients. Dr. Weinreb always demanded the most of himself and led the other members of his team by the example he set. Dr. Weinreb is a high energy individual with a supreme sense of professionalism and responsibility. When others may be thinking of themselves and their own needs, Aaron was thinking about the needs of the patients, the residents and the department. If I needed something done, I could always count on him. His integrity and honesty were of the highest order.

I am disappointed to hear of Dr. Weinreb's recent troubles. These events are not representative of the person I knew. Rather, I must believe that Dr. Weinreb is a good man who made a very serious mistake but one that does not represent the totality of who he is or the contributions that he has made to his profession. I wish him luck in putting his life back together and am confident that given the opportunity, he will once again become an individual who can make a positive contribution to society.

Sincerely,

Mark Spitzer, MD

**Aaron H. Berger, MD**
DIPLOMATE, AMERICAN BOARD OF INTERNAL MEDICINE
ABIM BOARD CERTIFIED IN INTERNAL MEDICINE AND CARDIOLOGY
1326 East 32nd Street
Brooklyn, NY 11210
Phone: (718) 252-5800
Fax: (718) 252-5812
E-mail: docberger@hotmail.com

May 4, 2020

To whom it may concern:

I am writing this letter as a character reference for Dr. Aaron 'Ari' Weinreb. I am aware of the charges he is facing. I am writing this letter to help provide you with a more complete picture of Ari's character, in the hopes that it will lead to leniency in his sentencing.

I have known Ari since his days as a resident at New York Methodist Hospital, and have been his friend and colleague for twenty years. I have referred patients to him and he has delivered exceptional care to our mutual patients. I would also like to share with you a very personal experience I had with Ari. In August 2005, my wife was laboring with our youngest child, and the midwife simply could not deliver the baby. Ari was in the delivery unit at the time and came in to the room and delivered the baby without a moment to spare. Ari was not the physician in the midwife group, and he could have just kept going down the hall and left us to the mercy of fate. But he saw a patient in trouble and came in and saved the day. This is the essence of Dr. Aaron 'Ari' Weinreb.

It is my hope that with the proper counseling and rehabilitation, Ari can return to being a productive member of society.

If you wish to discuss this further, I can be reached at my office at (718) 252-5800.

Sincerely,

<u>Karen Toubi, DO</u>

May 13, 2020

Dear Sir or Madam,

This letter is being written in regard to Dr. Aaron Weinreb to describe his professional conduct during the time I worked with him. I first met Dr. Weinreb in 2014 when I started a four year residency at New York Presbyterian, Brooklyn-Methodist Hospital. Dr. Weinreb was a private practice attending physician at the time with a large and busy obstetric and gynecology practice. I worked with him closely until I graduated residency four years later in 2018.

During the four years as an Obstetrics and gynecology resident, I have worked closely with Dr. Weinreb in the hospital setting while caring for his patients both on labor and delivery and in the operating room. During every encounter, Dr. Weinreb was caring and responsible to his patients. He was always available for his patient's needs and was considered an attending that was willing to help others physicians in their time of need.

He was well liked by the residents and known as an attending physician that cared about our education. He never took advantage of his position of authority and treated the residents with respect, oftentimes performing menial tasks so that we, the residents, could focus on more pressing things. He was patient with the residents and took extra time to teach residents both while on the labor floor and in the operating room. Moreover, he was one of the few private attendings that volunteered his time for academic lectures during resident didactic sessions.

All in all, for the time I have worked with Dr. Weinreb, I have observed straightforward, responsible, caring and professional behavior. I feel that he was an asset to the department and to his patients.

Sincerely,

Karen Toubi, DO
Obstetrics and Gynecology

**APIG J. MOSSES, M.D.**
**38 Bay Street Landing-Apt Q2B**
**Staten Island, NY 10301**
**347-215-4747**

May 4, 2020

To Whom this may concern:

I am writing this letter on behalf of Dr. Aaron Weinreb.

I first met Dr. Aaron Weinreb on or about the spring of 2017 when I would occasionally run into him at NYU Hospital in Brooklyn. We would often exchange pleasantries and small talk. On or about November 2017, I started working directly with Dr. Weinreb. We spoke on an almost daily basis in order to effectively manage our patients.

I have known Dr. Weinreb to be a hard-working, caring and detail oriented physician who did the best he could to serve his patients. Dr. Weinreb truly cared about his patients and their family as evidenced by the number of patients who still ask about his well being.

During his years of practice, Dr. Weinreb had been a constant source of comfort for many families during their one of the most important life milestones (the birth of a new baby). It was not unheard for a patient to tell me that Dr. Weinreb had delivered all seven or eight of her children. There were many patients who only felt comfortable being seen and care for by Dr. Weinreb personally.

During my time working with Dr. Weinreb, I have witnessed his work ethic, his demeanor and his consciousness relationship with the staff. Some of his staff have remained with him for many years.

I can attest that Dr. Weinreb was a fine physician, colleague and a friend.

Sincerely,

Apig J. Mosses, M.D.

Andrew H. Scheinfeld, M.D.
240 East 33rd Street
New York, N.Y.  10016
(212)683-0600

4/28/20

Dr. Aaron Weinreb is a fellow Obstetrician-Gynecologist with an outstanding reputation for providing excellent and compassionate OB/GYN care to his patients. I know this as I have heard many of his former residents and patients speak so highly of him. He was beloved by the Brooklyn community he served.

I was referred to Dr. Weinreb in 2019 for his advice as I was in negotiation to merge my solo private practice with a major medical center. He had been through a similar experience. Despite his very demanding work schedule Dr. Weinreb always took the time to speak with me. He offered me great incite and understanding. It was a difficult process and his compassion and sensitivity helped me immeasurably. He was empathetic and emotionally supportive over the many months of ups and downs. I am very grateful to have had his advice and support.

I hope that his present difficulties can be overcome and at some point in the future he will be able to resume the exceptional work that had been his calling.

Sincerely,

Andrew H. Scheinfeld, M.D.

*Yael Fuchs, M.D., P.C.*

BOARD CERTIFIED OBSTETRICS & GYNECOLOGY
263 SEVENTH AVENUE, SUITE 4F
BROOKLYN, NY 11215
—
TELEPHONE: (718) 768-4338
FAX: (718) 768-4835

May 15, 2020

Dear Sir or Madam:

I am writing this letter on the behalf of Dr. Ari Weinreb, with whom I have worked since 1998.

I am an attending obstetrician/gynecologist at the New York Presbyterian-Brooklyn Methodist Hospital, where Dr. Weinreb trained as a resident physician and stayed on as an attending physician. I worked with Dr. Weinreb both in the capacity of faculty attending and as a colleague.

Dr. Weinreb, as a resident, worked hard, got along well with his fellow residents and the staff, and was responsible and thorough toward our patients. He enjoyed teaching his junior residents and the medical students, and in their evaluations of him, they were grateful for his time and effort.
He continued to show his dedication to resident education as Residency Program Director when he became an attending, whereby he oversaw the academic and clinical training of the residents while conducting his own OB/GYN practice.

As an attending physician, Dr. Weinreb was collegial and willing to help his fellow physicians in difficult situations. His patients were dedicated to him, as he was to them.
Several of his former patients have called my office for appointment. They all expressed their regret that he can no longer be their physician.

In summary, it has been my experience that Dr. Weinreb behaved with responsibility and professionalism in all aspects of his medical practice.

Sincerely,

Yael Fuchs, M.D.

# Katherine Economos, M.D.

30  86th Street • Brooklyn, NY 11209 • kathyeconomos61@gmail.com

May 13, 2020

Dear Sir or Madam:

This letter is being written in regard to Dr. Ari Weinreb to provide information about his professional conduct for the period of time during which I have known and worked with him here at the New York-Presbyterian Brooklyn Methodist Hospital.

I have known Dr. Weinreb both as an OB/GYN resident and as an attending physician.  He served as a resident from 1998-2002 here at Methodist hospital, and then maintained privileges thereafter an attending physician. He was active as both an obstetrician and as a gynecologist, and I had the occasion to interact with him as a gynecologist, as I am a gynecologic oncologist and do not work in Labor & Delivery.

As a resident, Dr. Weinreb was hard-working, responsible, surgically capable, and exhibited mindful leadership to his junior residents.  He conducted himself professionally toward the patients and was collegial with his co-workers. I never received a complaint about him.

As an attending physician, Dr. Weinreb continued to perform with professionalism and dedication to his patients:  He was diligent, communicative, and responsible.
He referred patients to me appropriately---patients with strongly suspected or proven gynecologic malignancies.  He was one of the OB/GYN Department's most dedicated clinical educators to the residents and medical students.  Because of this, he was chosen as Residency Program Director, which made him responsible for all aspects of resident education and training.

All in all, for the time that I have worked with Dr. Weinreb I have observed straightforward professional behavior and feel that he was an asset to the department and to his patients.

Sincerely,

Katherine Economos, M.D.
Former (retired):
Director of the Division of Gynecologic Oncology
New York Presbyterian-Brooklyn Methodist Hospital
1993-2019
Clinical Associate Professor of Obstetrics and Gynecology
Weill Cornell Medical College



# ROSH Maternal-Fetal Medicine
## *Daniel Roshan MD FACOG FACS*

John Migotsky , MD, FACOG
Rachel Villanueva, MD, FACOG
Michael Abrahams, MD, FACOG
Marjon Mobasseri, MD
Nontowan Benja, MD

213 Madison Ave
New York NY 10016
212-725-0123

212-725-3738

WWW.ROSHMFM.COM

5/1/2020

To Whom it may concern

Without condoning any technical or legal offences that may have been crossed, I write this letter openly and willingly with the sincerest best interest of my colleague and friend, Dr. Aaron Weinreb.

I have known "Ari" since the time he started his medical training through the present, as a fellow private obstetrician/gynecologist in the Brooklyn area and as a member of the orthodox Jewish community.

Through the years, we have shared many hours of conversation, both on the phone and over meals, about our clinical and professional lives, as well as a shared mutual introspection into our full and demanding, yet rewarding, family lives, children's lives, religion and community.

Even though the recent revelation of a very private sexual addictive history has been a shock to me, I have some very unchanged opinions about who Ari is as a person. Based on my own observations, and what I know about Ari's expressed values and past commitments, there is or never has been, anything sinister or mal intentioned in all my personal interactions with him. If anything, Dr Weinreb is one of the most altruistic, good intentioned people, and committed physicians I have ever encountered.

Despite this ever more liberal world, as a physician, I understand that the struggle with any addiction, especially in the setting of an ultra-conservative environment, can be paralyzing. I have spoken with Ari, and he is obviously ashamed, embarrassed and remorseful for not managing events with more clarity, but I certainly sympathize with his predicament.

I can only communicate that Dr. Weinreb has never in my observation as a friend or colleague ever displayed any threatening or unstable behavior and I hope and pray that he is able to balance his life effectively. I can attest to his general moral compass and whole hearted capacity for remorse.

Sincerely,

Dr. Michael A. Abrahams, FACOG

EPHRAIM M. OVITSH, M.D., F.A.C.O.G.,F.A.C.S.
DIPLOMATE AMERICAN BOARD OBSTETRICS & GYNECOLOGY

May 1, 2020

To whom it may concern:

It is with my sincerest and deepest support that I write this letter on behalf of Aaron Weinreb. I have known Aaron and his family for over 15 years. We have been great friends and shared many fond memories together. Professionally, as an Obstetrician and Gynecologist, I have collaborated with Aaron over these many years. I have referred many patients to him for consultations, treatments and medical care. I have always received excellent reports from my patients regarding his professionalism, knowledge and experience. It is noteworthy that Aaron was always available for advice and support.

On a personal note, I must emphasize that Aaron is a personable, compassionate, and caring individual. He selflessly takes time from his busy schedule to listen and empathize with all who need him. He is a kind and dependable individual. He is a deeply spiritual person, and is most generous with supporting his synagogue and community.

It has pained me to learn of the circumstances that Aaron has found himself to be in. I have known Aaron to be an individual with a stellar reputation and good moral character. I know that Aaron has learned from his regretful mistake. He has taken the steps to seek rehabilitation, and will prove that he will succeed in returning to a normal and productive life.

As a result of his lapse of judgment, Aaron has suffered the loss of his family, profession, and reputation. Having experienced these losses, Aaron has essentially punished himself to an unimaginable degree.  He is fundamentally a morally strong person and has recognized his failing. It is my hope that Aaron will be considered favorably, as he has such a promising potential to reclaim who he really is, and be an exceptional and valuable member in re-joining our community.

Sincerely,

Ephraim M. Ovitsh, M.D., F.A.C.O.G., F.A.C.S.

200 WEST 20TH STREET • NEW YORK, NY • 10011
PHONE: (212) 647-8560 • FAX: (212) 647-8583

Jerald Korman, M.D., FACOG

130 Richmond Place

Lawrence, New York 11559

5-4-2020

To Whom it May Concern:

I first met Aaron Weinreb in 2001 at which time I was an attending Obstetrician Gynecologist admitting patients to N.Y. Methodist Hospital in Brooklyn, N.Y. where Aaron was a resident physician. Aaron was a hardworking and diligent resident who was well liked by patients and staff. When Aaron completed his training, he opened a private affiliated with the same hospital and we remained close colleagues.

Recently, upon learning of the allegation against Aaron, I reached out to lend my support. Aaron confided in me that he had a sincere understanding that his actions were immoral and wrong. I was greatly surprised that Aaron had engaged in behavior that was completely out of character for the person I knew him to be. From the beginning, Aaron expressed great embarrassment and remorse for his actions. He showed genuine regret not merely for the criminal liabilities he faced, but for the wrong to which he contributed. In our many conversations about his troubles, he has never once tried to defend, minimize, or explain away his activities. Nor did he ever try to shift moral blame on others.

Aaron is a good person. Aaron is an individual that frequently volunteers and strives to contribute to our community. He has been involved in several charitable organizations in a hands on way. There was a time that I, myself, was between jobs and I am grateful to Aaron for having offered me a position in his practice. Since I've known him for nearly 20 years, I truly believe his wrongful actions represent an aberration that he will never repeat. He has demonstrated honesty, integrity, and fairness in more than 20 years of medical practice and has always been well regarded by hospital staff, colleagues and patients.

Thank you for taking these thoughts into consideration as you deliberate on his future. I stand ready to offer further support to Aaron as he may require and hope that he will be able to have his medical license reinstated so that he can return to providing excellent care to his patients.

Respectfully,

Jerald Korman, M.D., FACOG