# EXHIBIT 6

**Chaya Eisen**
4527 18th Avenue
Brooklyn, NY 11204
(347)404-4860
Eisen.chaya@gmail.com

May 3, 2020

To Whom It May Concern,

In tribute to the esteemed physician Dr. Aaron Weinreb, an exceptional individual, I take this opportunity to put pen to paper graciously.

Words will not suffice to describe the care, empathy, and patience that Dr. Weinreb has shown to my husband and myself in each of the five births that he so professionally tended to. Due to the that I had c-sections by each child I needed extra care. He exhibited such compassion that he always put both myself and my husband at ease. He was always accessible with his knowledge and advice regardless of the amount of times I called him. He never gave me any feelings of being a hindrance to him at all. At each visit he would inquire how my family was doing. And with that personal touch kept tabs on the many happenings throughout our journey of life. His level of patience and calm was so reassuring in the toughest of times. He always went above and beyond his call of duty to advocate on my behalf to be sure I was as comfortable as possible, be it in the hospital and beyond. When the going was rough for me, he did everything in his power to alleviate my pains.

My friends and family have heard time and again the songs of praise I sang for my obstetrician who was always so devoted to his clientele. Those that were not his patients cannot relate to the tender care we have always received from our revered doctor. His skill and personality filled a void that is hard to find in the medical field.

I would greatly benefit the opportunity to retain my medical care and guidance under his tutelage. I am confident he will always be there for us just like he has been there all these years.

Sincerely,

Chaya Eisen

May 1, 2020

To Whom It May Concern,

Dr. Weinreb, a man with much devotion, a doctor with a large heart. A selfless human being with so much dedication to others.

I have experienced Dr. Weinreb's amazing character and care for over 7 years. With 5 pregnancies, some of them a bit challenging and with one of the births being very complicated, I can attest that his patients' wellbeing was his utmost concern. Every medical condition that arose was treated as the most important and only one. I always felt safe in Dr. Weinreb's presence. It was the positive atmosphere he created that made me feel secure and assured that all will be well.

Sitting in Dr. Weinreb's waiting room was always an enjoyable experience. Since all the patients felt the same about Dr. Weinreb's personal care, we always liked discussing our great feelings about having him treat us. Everyone felt lucky being his patient. It was our privilege to be under a good hearted, well-meaning and considerate doctor's care.

As a concerned patient I feel like Dr. Weinreb has already gotten his punishment that society feels he deserves. I would love to have him back as a doctor and as a human being to mankind.

Thank you,

Shaindy Stein

For any further questions I can be reached at 718-854-1524.

Lifsha Rotenberg                          5/5/2020
1415 - 46 St.
Brooklyn, N.y. 11219


To Whom this may concern,

    As a patient of Dr. Weinreb I have
come to know him as an outstanding individual.
His genuine caring and humility was something
that meant alot to me. He always made me
feel so safe comfortable and secure that
everything with the pregnancy is ok. It amazed
me how such a busy doctor can give the
patient a feeling as if he is the only one. He
was so authentically caring and always remembered
little details that I have told him in the past.
I gave birth 7 weeks ago and really missed
him. When I found out in my fifth month
that he is no longer in the practice I felt
lost. He was my doctor for my previous 4
pregnancies. I really trusted him and I couldn't
see myself finding someone as nice, caring and
professional as Dr. Weinreb. I also felt like
he really knew me. He knew that I'm not
a patient that will call unless its very important,
therefore I felt he always took me seriously.

The atmosphere in the office was always so welcoming, warm and caring. They were always so helpful. It was so clear that it all filtered down from their boss, A doctor that really cared! I tried researching other doctors that would somehow come close to the care I have come to know, but I was not successful.

I really missed Doctor Weinreb, and hope he will be back very soon.

Lifsha Rotenberg

5/3/20

To Whom It May Concern,

I am writing to share some memories that I have had as a patient of Dr. Aaron Weinreb. I believe these memories will share the view that I have of him as a genuinely kind and compassionate individual.

Six years ago, I arrived at the hospital to undergo a pressing fertility related procedure. It was night time when I arrived, and things were moving slowly at the hospital. I was directed to a large waiting area where I would have to wait an extended period of time to receive my procedure. Dr. Weinreb tracked me down, and personally took me to another part of the hospital, expediting my care. He knew I would be worried and exhausted and extended himself to assist me, unasked. He did it simply out of care and concern for another human being who was dealing with a personal crisis, and he did it to offset the pain he knew I must be dealing with.

Five years ago, I experienced life threatening complications at the time of my oldest child's birth. I was severely ill following birth and found myself too weak to stand up, much less to walk. The nurses nonetheless requested that I do so as they transferred me out of the delivery room. Dr. Weinreb arrived unasked to personally assist me, directing the nurses so that I wouldn't have to leave my bed during the transfer. He even went so far as to personally push the bed through a narrow doorway when the nurses struggled to get it through. I am grateful to him to this day for his kindness.

Dr. Weinreb came through time and again, in these and in other smaller memories, returning phone calls at inconvenient times and the like. He treated me with patience and compassion, and when it came to helping another person, no issue was too small or too insignificant for him to extend himself and assist them wholeheartedly. I say this from my own personal experiences and I know that others feel the same as I do.

Please feel free to contact me with any questions that you may have.

Sincerely,

Bracha Zahn
Bracha Zahn
718-974-5901

Rachel Paskus
1754 44th Street
Brooklyn, NY 11204
rachelpaskus@gmail.com

April 30, 2020

To whom this may concern:

As a patient of Dr. Aaron Weinreb since 2014, allow me to share my thoughts about this humble, caring and compassionate doctor. Dr. Weinreb isn't just an OB/GYN, whose professionalism, expertise and bedside manners are admirable. He's truly an honest individual who has gained trust by all who know him. He always came through, his word was a word, and was always there for us at any hour. It wasn't just his professional care that brought us back to his practice each time again. It was his personality. His demeanor. His mannerism. His honesty. His values. And the fact that he is a real 'mensch'.

During happy moments, as well as difficult times, we relied on Dr. Weinreb from beginning to end for his extraordinary care and integrity. We hope he will continue serving us in the near future once again.

Sincerely,

*Rachel Paskus*

Rachel Paskus

Date: April 27, 2020

To whom it may concern:

I want to personally write to you about my experience with Dr. Aaron Weinreb in general, and as a person.

Dr. Weinreb was not just a Doctor for me and my wife, he was like an angel from heaven. He was always there for us. From the very first visit in his office he gave us a feeling of security and positive feeling about using him as a Doctor to me and my wife. We both walked out feeling really assured that with G-D's help everything will go great.

My wife has delivered 7 children with this amazing guy.

On one hand he was a Doctor, on the other hand a good friend which is very seldom, and unique. My wife would always quote to me, "there is something different and unique about him". He is very dedicated and gives the extra care most doctors would never give you.

When he had to discuss issues which were sensitive, he reassured you, and made you feel sure about it. Never letting you leave his office until you felt good and positive about the procedure etc.

When our babies were born, he felt part of the simcha he would wish me a warm "mazel tov".

Later on he came upstairs to visit and check out how my wife is doing.

All I have to say is that me and many of my friends who used Dr. Weinreb miss him dearly. No one can replace his position.


Thank you,
Respectfully,
Patient of DR. Aron Weinreb

Jacob Justman
347-631-1768

**SUSAN ABRAMOWITZ**
1425 East 28th Street
Brooklyn, NY 11210
(347)713-3667
SFABRAMO@GMAIL.

September 10, 2020

To whom it may concern,

I am writing this letter to tell you about my doctor-patient relationship with my ob/gyn, Dr. Aaron Weinreb. Dr. Weinreb was my ob/gyn for 13 years and delivered my son, Zachary. He is a courteous man and always dealt with me and my health issues with professionalism and kindness. I know that I am not alone in speaking of his good character, as he was highly recommended to me by a close relative.

My son Zachary is on the autism spectrum and I frequently spoke to Dr. Weinreb about my concerns for my son and, at times, my despair. I found him to be kind and sensitive, listening, offering suggestions, and caring for me not just as a patient but as a fellow human being. I wish him all the best and hope that he is able to practice medicine again so that I may resume being his patient.

Thank you,

Susan Abramowitz

Susan Abramowitz

**Mollie Ozeri**
**1365 East 9th Street**
**Brooklyn NY 11230**
**347-406-1099**

May 20, 2020

To whom it may concern,

I've been a patient of Dr. Weinreb since 2009. I had four healthy children under his care and unfortunately two miscarriages. To say that he was the most caring, gentle and sensitive doctor would be an understatement. The patience that he had for me was truly hard to find. He went way beyond his call of duty answering all my questions and making sure I was ok. With each birth he was there for me no matter the hour. He would stay with me throughout the labor however long it took as if he had all the time in the world and always with a smile.

I took the miscarriages very hard, but Dr. Weinreb's encouragement and positive words got me through it. I had to have a DNC with each of them, but knowing I was in his hands made it easier for me. By the first surgery the hospital's O.R was not available until 3:00am, but Dr. Weinreb was still there for me. I got home right before our holiday and with one hour left until sundown my phone rang. It was Dr. Weinreb making sure I was ok. With tears in my eyes I remember thanking him for calling and he answered with his trademark answer "that's what I'm here for".

On two different occasions Dr. Weinreb was kind enough to speak to my mother who was going through a difficult time. She had some questions about her health. My mother was not his patient, but that did not matter. Dr. Weinreb was here for the entire community, not only his patients. Only someone who has a heart as big as his would do something like that.

It is my fervent hope and prayer to see Dr. Weinreb back in his office again. I need him, my daughters need him, and the community needs him.

Gd bless.

Mollie Ozeri

The Honorable Brian Logan
U.S. District Court Eastern District of NY
225 Cadman Plaza East
Brooklyn NY  11201
3/27/2021

RE: United States V. Aaron Weinreb
Docket No: 1:20-cr-00006-BMC

Dear Your Honor;

I would firstly like to introduce myself. My name is Perzy Iskowitz. I am Aaron "Ari" Weinreb's former first cousin (due to the divorce) and former OB patient. Therefor, I know Aaron from a personal as well as professional standpoint.

Ari is a truly caring person. When I had a preemi via emergency cesarian under a different Dr's care, (I started using him for the pregnancies that followed;) he personally came to check on me and explain to me what was really going on when I was confused and lost and scared. He also helped me with some questions regarding Jewish law (Halacha) over that first Shabbos when I had no-one else. I don't know what I would have done and how I would have managed those first five days without his help.

As being the Dr that delivered my next three children, I must say he is the absolute most amazing OBGYN I have ever met. Whenever any question arose, he was there to answer clearly and promptly now matter what time of day or night. I am going through another pregnancy currently, and he is sorely missed.

Now from a personal perspective, I have watched Ari countless times - how he has interacted with the rest of the family, (most recently a shabbat Bar Mitzva and recent passover/pesach,) especially with his amazing children. I remember him sitting and playing with them all of Shabbos Afternoon, passover day off, etc. I always believed he was a parenting role model for all close family members. (I also heard this directly from Ari's ex-sister-in-law, Julie.)

I believe Aaron has shown deep remorse for his actions, has repented, and sees his future as being an asset the benefit of community in service.

We remain friends,    Respectfully,   Perzy Iskowitz   (718-753-0042)

May 27 2021

To Whom it may concern

Although I usually refrain from writing letters of support to encourage and plead on behalf of people associated with sins and pain caused to others, as alleged in this case. This case has prompted me to make an exception due to the following facts:

Dr. Aron Weinreb has been the obstetrician and gynecologist of my wife Devorah for many many years and so he has been the Doctor of my married children as well. Over the years we have come to know him in a very personal way. And therefore, upon hearing this terrible news parts of our lives where shattered and a terrible sadness has overtaken us.

Before I reflect and shower praise on this exceptional Person. I would like to express my deep thoughts on this matter. We have a son who has left the fold and is trotting thru life in a very painful way all this due to an individual that has violated him in his youth unbeknownst to us. Saving our precious son has depleted us financially and emotionally. Yet I have since become involved with many many parents experiencing the same horror and helping them except this tremendous challenge. And supporting them to not lose their child to suicide or mental collapse.

On the flipside I have also done in-depth research and communicated with the accused and interviewed them. My findings on this were appalling and astounding. As this case, many of these cases involve people of stature and in prime of life, yet temptation has blinded them into the abyss.

In search of meaning and understanding the mindset of those accused of violating others, A very sad and disturbing known fact has been confirmed yet again and again. The violators themselves were violated as minors and kept it secret, and so attempted to move on in life and trying to be resilient and successful, unfortunately in most cases this resiliency did not hold and went on to violate others.

I write this so it is understood that I am on both sides of the counter and have real time experience and understanding in all the hurt and pain for all parties involved, effecting unfortunately future generations.

Dr Aron Weinreb is unique and is not in the above criteria. He had a solid upbringing and a beautiful and wholesome life; He is a very religious and family committed upstanding man. A very involved person in the community always available in helping others with a warm heart. His contribution to society in ways much more then medical is more significant then I can express in pen.
Proof in point: the first reaction of many individuals in my very close knit community who used his services was, disbelief and tremendous sadness, that we lost a hero and a real good professional and utmost devoted doctor!, the atmosphere was almost akin to G-D forbid the loss of a close family member. An irreplaceable loss

We have Thanks G-d 6 beautiful Children and have used different doctors before we were introduced to Dr Aron. Rarely have we come across a doctor of his caliber    I recall the times when my wife was pregnant and we went to his office, his humility and warmth the hand holding throughout the duration of the pregnancy was superb. As with many pregnancies, complications occur, and at difficult times especially during off hours or weekends he was always reachable with great humility, making us feel as if he was waiting for our call.   His fine demeanor resonated on his staff to the point we looked forward

going there. His devotion to his patients went way beyond the call of duty.  He would call with sincerity and real care to follow up if all's fine months after birth.

This personality and character trait is hard to find in the medical field especially somebody like Dr Weinreb who was excelling upward on the medical ladder in a rapid pace,  he never lost site of his mission to help mothers bring in life into the world in the most soothing and caring way he always remained his true self, never got medical fatigue, notwithstanding the insane hours this profession demands. His honesty and compassion for others is legend.  And that's why there was a great sadness to all who know him.

As a Torah observant Jew, I understand there is a moral code of law. Where sins are to be rectified sometimes thru punishment, yet the purpose of the punishment should only be, to make the accused repent and change their bad behavior and not for the sake of punishment. I am assured and can attest that Dr Weinreb has repented and is a changed man. prison in his case would not accomplish its purpose other than break even more a broken person and his beautiful family.

Please have mercy on this holy & good soul, a soul that's pure but was unfortunately tainted and obscured by a foolish temptation with no harm intended, Dr Weinreb is not a predator others would want you to believe,  I can attest to the sincerity of the regret he has & his remorse is of true repentance of which even G-D who knows what lies in a mans heart, would approve of and forgive.

His sufferings now are greater than any punishment handed to him, losing that's what's most dear to him his beautiful wife & family, may G-D give them the strength & wisdom they need to hold up in these turbulent and trying times.  He loves his wife & family; he knows he failed them a thought that will haunt him to eternity and that they are severely hurting now, the shame the feeling of abandonment, so much pain, beyond any comprehension. And oh, how he wants to make them whole again.
Please open your heart and have mercy on his children, their future and their children.  As you know, the effects of taking a father from his children is like dying with your eyes open.
Children need a father, a loving and caring father like Aron that many of us wished we had.   Sending him off to prison will not only ruin him it will ruin his family beyond repair, as I mentioned  dealing with many cases of abused and violated children, many come from homes where unfortunately a parent was absent due to death or incarceration,  the product of this punishment is creating predators in the next generation.

I am but a simpleton writing to you from the depth of my heart , hear my plea and have mercy, I bless you to live a long prosperous life and to one day show your grand children the products of your merciful heart , life's accomplishments is measured on influence and not power, influence is infinite  power in finite.

Sincerely

Sammy Schwimmer

Devorah Schwimmer

6/28/20

HONORABLE JUDGE,

It is my fervent hope that this letter is read by Your Honor and that you find it in your heart to rule over the case with an extra bit of compassion.

This is concerning Dr. Aron Weinreb, our beloved and well respected obstetrician.
I am not related to Dr. Weinreb, nor do I know him beyond the walls of his practice. The one thing I do know, is that Dr. Weinreb served his patients for close to two decades with kindheartedness and true devotion, in an era where medical professionals very often treat patients callously.
I had our first three children with two other Manhattan obstetricians. I left one doctor after the other in great disappointment over their respective lack of warmth. For me, like most other pregnant women, feeling a doctor's warmth and involvement is paramount.
With my fourth pregnancy I came to Dr. Aron Weinreb and felt I hit the jackpot! He was kind, showed true interest, sincerely smiled and most of all was so very reassuring. And yes: his was a busy practice. As harried as he was, when you were in the room with him, all you got was expert care and his undivided attention. I was hooked! He delivered our three subsequent children.
I was awed when, exactly a year ago on a Thursday night, Dr. Weinreb slept over in NYU Langone instead of going home and having his colleague take the shift, after I begged him to be there for delivery.
I can guarantee you that I am not the only woman whom Dr. Aron Weinreb impacted in such a way. There are hundreds of us who cry at the thought losing such a special obstetrician.
Honorable Judge,
As religious Jews we strongly believe in repentance. The Talmud teaches that one comes even closer to G-d if he sincerely regrets and atones for any immoral action he may have committed. Can I ask of Your Honor to treat Aron Weinreb in the manner of G-d?

I end with a plea to Your Honor to heed my request for added sympathy to the case, and a blessing that you and your family be shown only Divine kindness in return. May you merit a long and healthy life filled with joy and success.

Thank you for your consideration,
With much respect,

Rachel Oberlander

5/28/20

Honorable Judge:

I was highly recommended to Dr. Weinreb as a gynecologist approximately nine years ago after the birth of my youngest child. I was experiencing difficulties at the time and I sought a highly experienced and reputable doctor... which is what I found.

I was highly impressed with the doctor. Not only a professional, caring and patient doctor, he is also a gentleman. I noticed how he not only handled each patient so kindly, he also treated his staff with utmost respect. He is a dignified and kind individual who is admired for all his fine qualities and professionalism.

I am requesting Your Honor to please consider his wonderful attributes and judge him with kindness.

Sincerely,

Mrs. J. Kviat

1452 36 St

Brooklyn, NY 11218

718-854-5696

June 8, 2020

To whom this may concern,

I am a mother of, thank G-d, eight children and Dr. Weinreb delivered my last two children. I've had such a positive experience throughout those pregnancies and births as opposed to some of my previous experiences.

From the first time I met Dr. Weinreb I realized that, besides being an expert in his field, he was such a nice, humble, good natured and down to earth doctor. I remember the first visit I ever had with him. I was one of his last appointments that day and I needed to have a procedure done. He brought me into his office and answered all of my questions without making me feel rushed or like I was taking his time.

Dr. Weinreb made everyone feel special and never acted haughty. I remember one time getting to the office before him. It made such an impression on me how when he walked into the office he greeted all the nurses and staff members with a genuine smile and good morning.

Another time there was a particularly long wait. When I finally got to see him, he sincerely apologized to me for how long I waited and really meant it. He really cared!

I never once saw him act nervous with a nurse, staff member or patient. I never felt intimidated or scared to call him if I ever needed or to voice any concern, thought or question that I had. He never made me feel small in any way if I asked a "dumb" question and always respected my feelings or decisions.

Although Dr. Weinreb only delivered my last two babies, I feel like I've known him for so much longer. He didn't run his office like it was a "business", he really developed a relationship with his patients. He always asked after my family and when my oldest daughter was getting engaged he was so happy for me. I really felt him sharing in my happiness. I'll never forget how patient and accommodating he was to my situation (I gave birth the day after she got engaged nine days overdue!)

When my husband and I started a new business he always asked about our product and expressed interest in it.

One time I had a cyst that I wanted Dr. Weinreb to look at. He took extra time to examine it and help me take care of it. He had me come back to his office two or three times to check on it even though it was holiday time and it was very busy at the office. He really cared!!

Another time, it was right after I gave birth, and he was going to be away for a few days. He actually told me that if I needed anything or had any problem, I can reach him even on his vacation. He actually called me to see how I was feeling!

I feel very grateful and fortunate for getting to know Dr. Weinreb and for the years that I was under his care.

Sincerely,

Marilyn Ben-Haim

בס''ד

05/15/2020

To Whom This May Concern:

In the following letter, I would like to display the feelings of my experiences with Dr. Weinreb. Dr. Weinreb's professionalism with appropriate properness, blended with his kindness, care, and devotion is truly exemplary.

My first encounter with Dr. Weinreb was something out of the ordinary. I came to speak with him about scheduling a hospital procedure. In a most cheerful and caring manner, he asked me if I mind him trying an in-office way; and I did give my consent. His willingness to save me from a bigger ordeal proved the utmost devotion he displayed to all. He has done me this favor a few more times even when I didn't use his practice for OB. **This was simply going out of his way to do me a favor.** I will always appreciate it.

In all the months I've seen him during pregnancy he always had an amazingly positive attitude. He kept encouraging me that I'll deliver naturally. While laboring things didn't turn out as expected and I did need a c-section performed. It was a Jewish holiday TuBshvat. While wheeling me into the OR he sang the song of the day, ILUN ILUN.... This really calmed me and soothed all the broken hopes. It stayed etched in our hearts as we sing this every year on his birthday remembering his super devotion.

**I do feel that Dr. Weinreb has the potential to achieve and accomplish lots of good.**

Best regards,

Devora Zelcer
syzlcr@gmail.com

7/3/20

To whom it may concern,

I know Dr Aaron Weinreb for more then ten years. When ever I think of Dr Weinreb it comes up my mind his smile, Devoted caring, kindness and Friendlyness.

When I was pregnant I was happy knowing that 'h (god) send me a good Dr. that I can trust and it will go thru safely.

Dr Weinreb did such a devoted job during delivering my babies. One of the exsemples: When I was inmiddle of the night he responded back fest. He spoke to me nice and relaxed. His voice and the way he spoke with full of heart made me feel secured that I'm in safe hands.

He was allways on time, and ready for me. when I got to the Hospital.

Dr Weinreb kept on checking on me, making sure that everything is going right and I'm safe and healthy.

My Husband trusted Dr Weinreb knowing that his wife is in good hands.

My husband kept on looking foward when the next appointment will be to see Dr Weinreb's smile. and hear a good word.

Dr Weinreb is a special man and has a spiritual life style. As we saw how the Dr. was looking foward my husband should tell him a nice word of the Torah (בבל קולמ).

I need Dr Weinreb back to be my Doctor. He was allways available for me. When ever I had a question he answerd me and made sure we understend.

One of my pregnecy I had a problem. The way he tread us was very special. Full of heart. he checked on me more then a reguler Dr would do.

He went out of his way to make us satisfied.

I'm looking foward to have him back in the office to be my docter.

Hoping to stay Dr. Weinreb patient,

Miriam  Eisenbach

May 15, 2020

To Whom It May Concern,

Dr. Weinreb has been my doctor for over ten years. He has helped me deliver three of my children. Throughout the ten years, Dr. Weinreb has shown the utmost care and concern for my journey through IVF and took extra care for me when I was struggling with a pelvic issue. He was compassionate and kind and I will forever be grateful to him for having made my mommy journeys so much easier for me.

He is a kind, caring and gentle soul who is not afraid to own up to his mistakes. One time when I was in labor, the nurse sent me home prematurely so that I didn't get my epidural until much later on. When he found out, he apologized to me that he wasn't around to intervene and make sure I got the epidural. He even checked up on me afterwards to see if I was ok. His sincere apology shows his true character of being a kind and caring person that never wants anyone to suffer.

Dr. Weinreb is a good man. Please show him kindness.

Sincerely,

Dr. Feigie Russ, Psy. D.

Feigie Russ, Psy. D.

646 - 416 - 2084

To whom it may concern,

I would like to begin by stating that no words will ever do justice in describing the kind of special person, my doctor, Dr. Weinreb is. Nevertheless, I'm willing to attempt to provide just a small glimpse of the kind of doctor and person he was to his patients.
I have been using Dr. Weinreb since my first pregnancy back in 2011. Every time I walked into his office I was instantly greeted with a big warm smile and the sincerest "How are you feeling, Bella?". Any concern I had, be it over the minutest thing, was never too small for Dr. Weinreb. He would devote himself fully as if I were his only patient that day. Being a first time slightly paranoid expectant mom, I remember calling him after hours, sometimes in the middle of the night, on several different occasions. Although he was probably exhausted after a full day's work, and probably just catching a few minutes of much needed rest, I never detected even the slightest bit of annoyance in his voice. He would answer all my questions and concerns with the utmost patience and empathy. I know I am not the only one with this experience.

After he delivered my babies, I remember him coming back to my room before he left the hospital to make sure baby and mom were doing good and even stayed around to chat a bit. I remember it crossing my mind then, what a special doctor he is. Being in the high demand and high intensity position that he was, in my experience, most doctors of his caliber don't just sit around with their patients and chit chat. Instead, most just do their dues and move on to the next patient. But Dr. Weinreb is different. No one and nothing were ever too trivial in his eyes to give some extra comfort and attention to. This message definitely shined through to his patients. We truly felt special and cared for when Dr. Weinreb spoke to us.

Being pregnant now again thank g-d, I can feel this tangible void. Every time I walk into Dr. Weinreb's office I wish and hope he will be there, greeting and treating me so compassionately once again. He is sorely missed by all his patients and were impatiently awaiting his return arrival.

Sincerely,
Bella Schwimmer

Bella    6/5/20

June 1 1, 2020

To whom it may concern:

I met Dr. Weinreb 16 years ago in his clinic in my 3rd month. I was in desperate need for someone to help me and guide me through my situation.

With his ultra-devotion, kindness, and understanding he ended up solving this problem beautifully and getting this pregnancy a happy ending. My miracle child- as I call the baby born then- was delivered by the miracle doctor.

I also had miscarriages and put in an IUD with him. Once when I went with my husband, my husband asked for how long is the IUD still going to be in there? Dr. Weinreb's answer was: "As long as the patient is not requesting to be examined, touched or have any type of care, there is no authority for me as a doctor to do anything!"

Powerful and respectful!

Then I had another 3 kids with him and he treated me beautifully.

With much appreciation,

Shifra Liba Aron

718-599-3164

Tali Hakim

2473 Ocean Parkway

Brooklyn, New York 11235

Re: Dr. Aaron Weinreb

June 8, 2020

To Whom It May Concern,

I first met Dr Aaron Weinreb in a professional setting, when I was setting up a medical conference for a world renowned infertility organization. I was impressed by the Dr's organized approach, his ability to communicate and explain information about very complex procedures to the average person with no medical knowledge and most impressed with his ability to relate to people, being sympathetic to their plight and his patience in answering any and all of their questions.

A few years later when I needed an obstetrician myself, that same organization recommended Dr Weinreb.

I have been Dr. Weinreb's patient since November, 2008. He delivered via c-section 3 of my children. All throughout those pregnancies he kept me well informed, well prepared and well cared for. Every question was important, every phone call was answered, and every fear and anxiety were expertly acknowledged and dealt with. Dr. Weinreb is a caring, compassionate and sensitive person. He helped me through a miscarriage, both medically and emotionally he was there for me. I think those qualities are what makes him such a fine human being. His ability to deal with a situation medically and professionally and at the same time validating feelings and emotions. His positive and upbeat personality and his constant encouragement empowered me to make healthy and well thought out decisions.

I feel extremely fortunate to have been under the care of this fine Dr. and person who consistently demonstrated kindness and empathy as well as providing the highest level of medical care.

In consideration of all his remarkable qualities and humanity I humbly ask for leniency.  He has much to contribute to his community and to continue helping people in the future.

Respectfully Yours,   *Tali Hakim*

Mrs. Tali Hakim

Former patient (2008-2018)

5/5/20

To Whom This May Concern,

As a mother of seven children, six (including a set of twins) of which were delivered by Dr. Aaron Weinreb over a span of eleven years, I can attest to the fact that Dr. Weinreb is the kindest, most caring doctor I have ever met.

Few doctors would take the time to call a patient's husband to make sure she takes her medication when he suspects she is not being consistent about it.

Few doctors actually cry when they have to break the news to a patient that their pregnancy is no longer viable and then rust to do a DNC on a Friday afternoon so that she can go into the Shabbath peacefully.

Dr. Weinreb did that.

Despite being a professional doctor, he acted to each patient with kindness, caring and devotion. All his patients can attest that he is a good man with noble character.

I hope he will practice once again. It will be hard for me to find a doctor with a heart and expertise as great as his.

*Chanie Fischer*

Chanie Fischer

05/25/2020

To Whom It May Concern:

After knowing Dr. Aaron (Ari) Weinreb for over a decade, and having delivered all 4 of our children, we would like to bring to your attention what a wonderful human being he is. From the very first office visit, he was kind, patient, and compassionate. After the exam, he told us to wait outside in the waiting area for him to finish up with the rest of his patients for the day so that he could give us as much time as we needed to talk. And, he did just that. He never met us before and didn't owe us anything. Yet, he took as much of his time as we needed to patiently be there for us.

Throughout the years, he has proven himself to be incredibly kind, gentle, and humble. His unassuming bedside manner makes his patients feel comfortable and at ease. When we found out that our 3rd child was born with Down's Syndrome, Dr. Weinreb called several times in the following weeks to check in to see how we were doing and to make sure that we were okay. He let us know that he, as well as his family were praying for us. He sincerely felt what we were going through and really cared.

With our 4th child, a heartbeat was not seen on the initial ultrasound. We were devastated. When we came back for the follow up visit a week or 2 later, I could still hear Dr. Weinreb exclaiming "I think I see something! I think I see something!" He was so sincerely filled with joy for us that it was a viable pregnancy. We were never just a number or just another patient on his schedule.

Although he's a busy doctor with a lot of patients, there was always a very real human side to him. His patients were never made to feel lesser than or inferior in any way.

Dr. Weinreb delivered all 4 of our kids. He was so incredibly kind, patient, caring, and gentle. He was always a wonderful calming factor. When my friends would discuss hiring doulas to have by their births, I could never understand the concept. Dr. Weinreb is there; what would I need a doula for? One specific incident stands out in my mind. I remember at one point during one of my labors commenting that the sheets underneath me felt very wet and I was really uncomfortable. Dr. Weinreb immediately went to call for a nurse. When he came back into the room a short time later, he inquired if I felt more comfortable. I told him that a nurse never showed up. He then proceeded to change the sheets himself. A seemingly simple anecdote, but this describes the man that Dr. Weinreb is. He didn't make a big deal. He did what needed to be done. It wasn't beneath him. I remember another time during labor when I asked if it was okay for me to drink water. Dr. Weinreb left the room and came back with a pitcher of ice water. He went above and beyond.

These are just several examples that come to mind. Dr. Weinreb is an incredibly caring, giving, and devoted doctor.

At the end of the day, we are all human and we all make mistakes. Please don't let Dr. Weinreb's misstep overshadow all of the good that he has done for his patients, community, and society. Dr. Weinreb is a good person. He is extremely kind, humble, and compassionate. If only the world had more doctors like him.

Mr. Shimon & Dr. Masha Lewin

If you have any questions, please feel free to call us at 718 – 819 · 9560

June 9, 2020

To whom it may concern:

As one of the first patients knowing him for at least 15 years, I feel Dr. Weinreb was the only trusted and truthful doctor.

I found him as being very careful, understanding, humble yet confident, and very devoted. He is more than just a doctor for he had a listening ear, answered all my questions/ doubts, and cared for every patient with tons of patience. The nicest part was that he never ever mixed into any personal stuff if the patient didn't offer it. He was very kept back when it came to anything but his profession. It was truly amazing to see how he worked gentle, efficient, and modest, trying not to discomfort the patient.

I was privileged to deliver 6 kids with him, and looking forward for more.

Waiting to get him back shortly,

Gitty Stern

718-388-0558

Rivka Rosenberg-Weinberger
Chanina Weinberger
1961 52nd Street
Brooklyn, NY 11204
(347) 661-2966
rikkiweinberger@gmail.com                                    06/26/2020

To Whom It May Concern,

This is a letter of recommendation from my husband and myself for Aaron Weinreb. We got to know Aaron in 2010; he delivered our two children and was our OB/GYN since.

It is difficult to find a doctor that is a keeper, Aaron was one of those. In fact at the time of writing we still have not found a new OB/GYN. We spoke to so many people and tried to find a new doctor. While there are many great physicians out there, we have yet to find one with the combination of personal and professional qualities we have become accustomed to and took for granted. He put his patients first. He gave us his full and undivided attention every time we had a question. He returned every phone call and never seemed irritated or impatient. He was humble and relatable while being professional and respectful at the same time. He was overall a model physician. He was first a mentch, and second a doctor. We knew we can rely on him because he cared, he really did. That is just the kind of person he is.

The delivery of our first child was long and challenging. He was there with us from beginning to end and didn't disappear or hand it off to anyone else. His bedside manners were outstanding. He was patient and encouraging throughout. He helped me breathe through the contractions as if it was his job! He stood there for hours and told me I can do it and encouraged me. This attests to the level of devotion that he had for his patients.

I felt deeply cared for and not just like another file. He was the best doctor ever. We have great appreciation for everything he has done for us and only have the nicest things to say about him as a person. Please feel free to reach out to me or my husband should you have any additional questions.

Sincerely,

Rivka Rosenberg - Weinberger
Chanina Weinberger

Mirel Sigal

5408-18th ave Brooklyn Ny 11204

4/28/2020

Dear Judge;

I'm saddened to hear about the serious allegations placed on Dr Aaron Weinreb.Dr Weinreb was my Obstretical doctor for four of my pregnancy's his professionalism and dedication was and will always be reputable .Dr Weinreb always treated his patients with utmost respect,his bedside manners and integrity are commendable with his sincere honesty and righteousness he treated his patients dutifully.

On a personal note when I was expecting my multiples Dr Weinreb was there every day of the long nine months being it could could have been a complicated birth he offered to be available on Saturday which he ordinarily reserves for religious practices . He nevertheless made sure an attending doctor is devotedly taking care of his patients.

When I delivered my twin boys Dr Weinreb made sure I get the best care. With his relaxed manner he kept the entire medical team calm as a multiple birth is with a full room of double staff and can be complicated.Thank  god  with Dr weinreb professionalism everything went smoothly.

He has shown me dedication and devotion and I feel I owe it to him to ask on his behalf for another opportunity and chance in life to be there for us . To offer us his services and medical care to be able to rely on a doctor we trust.

My god help you and making the right decision.

 With much hope for Dr Weinreb do regain his practice.

Sincerely

Mirel Sigal

M. Sigal

May 03, 20'20

To whom it may concern,

The first time I met Dr. Weinreb was when my daughter asked me to accompany her to her new OB doctor. I must say that the first impression was very positive. His professionalism and knowledge were confirmed right away. Also, he seemed to have a warm and caring personality.

I have been by various deliveries at the side of my daughters. Dr. Weinreb's experience, real concern, care and gentleness amazed me. No matter at what hour of day or night he had to work, he was always with a genuine smile – even after a full day of work. He did not rely on leaving the nurse to take care of the patient and never left the patient before he made sure that all the instruments and whatever items necessary for the delivery where accounted for so that no mishaps would occur.

Dr. Weinreb delivered many of my grandchildren. He always came through as the most caring, gentle, well-mannered person. His smile and calming manner were always so helpful for the parents in waiting at this most serious time.

Come to mind when another one of my daughters went to him for the first time and her pregnancy ended in a tubular pregnancy. Things were not looking too great and she had to have an emergency surgery. Another few hours and her life would be in danger G-d forbid. As always he came to the hospital in the middle of the night, caring and composed. The surgery, thanks G-d, was successful and he only left when he saw her doing fine and relaxed. We will always be grateful.

We were blessed with twin grandsons. Will always be thankful for Dr. Weinreb for taking care of the delivery of the twins who were not so easy to come. My daughter and her husband were very nervous and worried that she may have to go through a cesarean delivery. Dr. Weinreb delivered the twins calm and relaxed, assuring us all the along that all was fine. I was in the delivery room at the time and that delivery will be etched in my mind forever. Never did he lose his temper or was he nasty. He was always caring and respectful to patients and nursing personnel as well.

Thank you,

Eliana Fleischman

June 8, 2020

To Whom it may concern:

Dr. Weinreb, a name that brings respect in my eyes. I cannot imagine a delivery without him.

For the last 5 deliveries I had the honor to be a patient of this most trusted doctor. With his gentle hands, devotion, and modest care he performed his profession to the utmost. He considered everyone's religious beliefs and accommodated accordingly. He made pregnancy and delivery exciting, calm, and for a great experience. He was very on top of every step and still kept distance unless otherwise requested. He was a great sample OB doctor giving the best care for his patients without any personal interest.

May he continue to be respected by all. I look forward in seeing him continue performing his practice for all his grteful patients

Respectfully,

Chavy Hirsch

718-599-7761

June 25, 2020

To whom it may concern,

I met Dr. Aaron Weinreb in 2003. I had been rushed to the hospital by ambulance fighting for my life with internal bleeding due to a ruptured ectopic pregnancy. I was under the care of a midwife who called him and told him that she had a patient that needed  medical attention immediately.  Even though I was fading out of consciousness, I remember how he greeted us and took over very quickly assessing my situation and getting me into surgery just in time to save my life.  In the days after, he personally came to my room each day with a warm smile and a joke to cheer me up as I was not only healing physically, but also mourning the loss of my pregnancy.  For a surgeon to  come  each day is very rare. Usually the nurses and physician's assistants check up on the patients and the surgeon only comes once to check the wound before dismissal .

The next few months of follow up visits really boosted my spirits. I got to know Dr. Weinreb as a person as well as my Doctor.  I came to notice that when you are in his office, it is as if you are his only patient in the world. The time and attention he gave as well as his warm demeanor were second to none and I never had experienced that in all my life dealing with doctors.

I miraculously became pregnant 4 months later and Dr. Weinreb made sure to carefully walk me through every step of the way.  I was a nervous wreck after what I had been through with the first one and  he made sure my mental health was taken care of as well. We always talked and joked and I formed a close connection with man who had saved my life just months ago.

When I came to deliver in the middle of the night, I was not getting a lot of attention from the staff at the hospital until he arrived.  I was hysterical and scared and he made sure to get me  the epidural (they were supposed to give  me before he got there ) pronto.  Then he and my husband, who also felt very comfortable with him as my doctor,  went to pray while I rested. After delivering my baby, he came each day to visit and talk and make sure I got my breakfast (which was being held up for some reason because I needed the Kosher meal).

I decided that I would continue to see Dr. Weinreb as my gynecologist and had so for the last 15 years. I remember his practice start to thrive over the years.  When my daughter was born, he had one cork board in his office with a few pictures of babies, including mine, that he had delivered. A few years later, there were more that 10 cork boards lining the hallway covered in photos of precious newborns.

I told all of my friends about the amazing doctor that saved my life and delivered my baby with such care and attention. Many of them switched from their current doctor to Dr. Weinreb and delivered their next babies with him. All of them thanked me for the referral and we often talked about how this marvelous doctor was one of a kind.

Upon starting to see him as just a gynecologist, my insurance company started giving me problems because they only wanted to cover him as my obstetrician. I remember Dr. Weinreb getting on the phone personally with them to advocate for me. He told me not to worry and he took care of everything. I have never seen a doctor go to bat with an insurance company before. This was amazing as dealing with insurance companies is always a huge pain and most of the time a big let down.

Over the years, every time I came for a visit, he would take the time to sit and talk before or after my check up. After all these years, and thousands of patients later, he still made me feel like my time in the office was not to be rushed. His office was very professionally run from the reception to the nurses to the doctor himself. It is a one of a kind experience to have a doctor as professional and busy as Dr. Weinreb, and still feel like you matter to him as an individual.

I was very sad to hear that Dr. Weinreb had been arrested. I immediately wanted to let everyone know that I still feel he is a decent human being and that I will always have deep gratitude to him for saving my life. It will be a great loss to the medical community to not have him practicing. I know I will personally never find a doctor as good.

Please take everything I have stated into consideration.

Thank you

Zviah Bittman

Rivky & David Finkelstien
232 Lee Ave, apt 7A
Brooklyn, NY 11206
Tel. 347-661-1302
Rivky911@yahoo.com

May 7, 2020

To the Honorable Judge,

We are reaching out regarding our long-standing, highly respected OB/GYN, Dr. Aron Weinreb. Dr. Weinreb, MD, has been my doctor for over a decade and delivered two of my children after intermittent bouts of infertility. Throughout all our difficulties, Dr. Weinreb proved a most patient and compassionate provider of excellent care, validating and allaying our concerns with sensitivity and respect.  I recall more than one occasion where Dr. Weinreb graciously remained in the office long past regular hours in order to ensure that I was safe and in optimal fetal/maternal health.

It was only natural that I return to his practice for my third pregnancy and I was looking forward to more of his exceptional care. In light of some medical concerns, we agreed that I needed a different provider, but even then, he retained a truly sincere interest in my well-being and took pains to follow up continually. Despite disagreeing on the course of action we had chosen at one point, he kept checking in, coaxing us to reconsider, even mentioning that he would be prepared to lose his license to make sure that our precious baby is safe!

Likewise, he called shortly after the birth to check in on the baby's progress, exhibiting a level of warmth and care rarely seen by doctors with such busy practices as his.

The above presents a modest snapshot of the kind of doctor, and human being, that Dr. Weinreb is. He is exceedingly humble and treated his patients on a personal level, with professionalism and utmost compassion.

I truly hope that he will be given the opportunity to continue to practice again in the future. Our society certainly needs such dedicated medical providers who are always ready to go beyond the call of duty.

Sincerely,

Rifky Finkelstien
David Finkelstien

May 5th, '20

To whom this may concern,

As an OB patient under Dr. Aaron Weinreb's care for the past seven years, I would like to share my personal perspective which will depict the person he is.

Dr. Weinreb is a G-d fearing and humble individual. When advising on a course of action or treatment he would always remind me that although this seems to be working, it is ultimately in G-d's Hands. He would not take credit for any success, always attributing it to G-d.

He is exceedingly caring and very sensitive to others. Once when he thought a comment was perhaps insensitive (which it really was not) he immediately, regretfully apologized.

Being more anxious by nature, I would call him with my questions and concerns. He promptly returned phone calls, listened patiently and would not hang up the phone until he knew I was clear and comfortable with his answer.

He is extremely understanding and his calm demeanor always put me at ease. He is gentle and soft by nature and very kind.

During the time I was in labor and delivery my husband would mention to me how enjoyable and pleasant it is to deal with Dr. Weinreb and how much he enjoys being in his company.

Wishing you well,

Mrs. Chanie Fishman

June 3, 2020

To whom it may concern:

I am writing to you on behalf of Dr. Aaron Weinreb. I've been his patient for about 8 years and he delivered 3 of my kids. His extraordinary warmth, care and devotion truly put a calmness and reassurance into me and let me know that I am at the right place! Dr. Aaron Weinreb always had the right words and always gave me all the time that I needed to make sure that I am fully comfortable and calm. Even though 2 of my deliveries were on a weekend, which meant that Dr. Weinreb was not on call at the time, he still stayed at my bedside until the baby was delivered showing no sign of impatience or annoyance!

Now that Dr. Weinreb is going through hard times. Please take into consideration the saying "there are 2 sides to every coin". Dr. Weinreb is truly a great Dr. and made every patient feel like he cares for them the most. The confidence, care and calmness that he put into all his patients is not something to be found in every Dr..

Sincerely,

Chana labin

To whom it may concern,

4/28/20

I have been a patient of Dr. Weinreb for the past 12 years. He was what we would call a "dream doctor" - allow me to explain. Dr Weinreb is a G-d fearing individual, He is kind and treated his patients with dignity, and respect. He was calm and patient. Not to mention his vast knowledge and expertise in the OBGYN field.

I, (together with most women in our community) owe him a tremendous amount of gratitude. He always went out of his way for us, I recall a time. when I was overdue. I knew that he was away on vacation with his family, my phone rang. It was Dr. Weinreb. he said. In his gentle assuring tone. "I want you to know that I'll be back shortly. So dont worry. G-d willing I'll be there for your delivery." And he was.

More recently, I had a high risk pregnancy. expecting twins. Dr Weinreb encouraged me throughout. During the delivery, twice complication came up. He couldve easily said "C-section"

Yet, he himself ran and found machinery to moniter the situation utimately allowing a natural birth. Only someone kind, humble and caring would do that for his patient! I am forever gratefull!

I feel lost without my doctor who treated us like family.

Looking forward to seeing him again, practicing in his office. He is much needed in our community.

Sincereely

Esther Ozeirey

*Esther Ozeirey*

718 - 627 - 3304

June 4, 2020

To Whom it may concern:

I was newly married and got pregnant right away. I didn't know which doctor to go to and Dr. Weinreb was the best recommendation.

My first impression was truly remarkable, and there went my experience of a first time mother. His patience and excellent explanation guided me through every step. His carefulness and privacy to my personal life was very appreciated and respected.

I was hoping to use him for my upcoming delivery, but I was surprised to hear that he is no more in office. My experience with a different doctor was far from what I expected being that I had the best Dr. Weinreb as my first experience.


I am wishing for another great experience soon only with Dr. Weinreb.


Leah Sander

5/4/2020

To whom it may concern,

Before I got married I already knew that when I would need an OB GYN I would use Dr. Weinreb.

My older sisters and cousins were Dr. Weinreb's patients. They only had good things to say about him. Never did I hear a negative comment regarding both his expertise as a doctor and his bedside manners. They always spoke so highly of him.

When I found out that I was expecting my first child I knew I had to make an appointment with Dr. Weinreb. I never got a chance to meet him in his office. Without warning, I started bleeding which ultimately led to a miscarriage. Not knowing what to do I called Dr. Weinreb. Never having met me before, he answered the call of a woman in need, guided me over the phone, with patience and kindness and helped me through my difficult situation.

A few months later I suddenly developed severe pain in my abdomen. Once again I contacted Dr. Weinreb and once again he helped me over the phone – never having met me before.

The next day, following his advice and taking a sonogram in the hospital, Dr. Weinreb reviewed the scan, in the middle of his very busy day – never having met me in person – and had me admitted to the hospital and rushed over to meet me.

The first time I actually met him was when he met me in the emergence room to administer treatment for an ectopic pregnancy. Eventually it was necessary for him to perform surgery to save my life. His reassuring presence and comfort words was what helped both, my husband and I, through our traumatic ordeal.

**Only someone with a kind, caring and compassionate heart could help a woman he never met – just because she needed help.**

Later on when Dr. Weinreb delivered my three children I marveled at how respectful he treated both, my husband and I. He always reassured us that all will be well and treated us with dignity, privacy and integrity.

Dr. Weinreb is a gentle, kind person who never speaks badly about others. He always treated his patients and colleagues nicely. His patience is remarkable. He is a man with a huge heart!

Sincerely yours,

Yitty Frisch

June 1, 2020

To whom it may concern,

I know Dr. Weinreb as a caring and upright person. I had a beautiful and positive experience with every visit by Dr. Weinreb. Dr. Weinreb was always available to answer all my questions I had.

I remember, by one of the pregnancies, although he wasn't on call, he called me back. He saved my life and my baby's life.

Dr. Weinreb was always by my side, and I always felt trust in him. I admire his amazing personality, traits, and good deeds, and I will always trust and rely on him. I have immense appreciation to him, and I would still recommend him to others.

With sincere,
Brocha Pollak

5/23/20

TO WHOM IT MAY CONCERN

I'M WRITING TO YOU THIS LETTER IN
APPRECIATION OF HAVING THE OPPORTUNITY
OF GETTING TO KNOW DR. WEINREB &
HAVING HIM DELIVER MY SON ON 9-19-09
10 1/2 YRS AGO. MY STORY GOES AS FOLLOWS.
AFTER DELIVERING A COUPLE OF CHILDREN
BY DIFFERENT DOCTORS DUE TO MY
CONDITIONS I BECAME A BIT OF A
HIGH RISK PATIENT. I WAS RECOMENDED
BY A TIME ORGANIZATION TO GET A
SECOND OPINION IN ORDER TO OMIT
A 2ND C-SECTION. AT THAT TIME
I WAS IN MY 6TH MONTH OF PREGNANCY
& WAS NOT GIVEN A CHANCE BY THE DOCTOR
I WAS USING TO GO FOR A NATURAL
DELIVERY AGAIN. SOON AFTER DR. WEINREB
CHECKED ME & LOOKED THRU MY PREVIOUS
FILES I WENT TO HIS OFFICE & SOFTLY
WITH RESPECT ASSURED ME THAT EVERYTHING
WOULD BE FINE & IF EVERYTHING GOES
WELL ACCORDING TO WHAT HE SEES HE
WILL DELIVER THIS BABY NATURALLY.
AT THIS POINT I HAD A SCARE OR PHOBIA
GOING INTO AN OBGYN OFFICE &
HEARING WHAT WAS GOING TO HAPPEN NEXT.

I LEFT HIS OFFICE CALMED, REASSURED, RELAXED & HAPPY, SO MUCH SO THAT MY BLOOD PRESSURE WENT DOWN. ON ROSH HASHANA THE FIRST NIGHT SOON AFTER THE MEAL I CALLED A CAR & WENT INTO THE HOSPITAL. INSTEAD OF WAITING FOR DR. WEINREB TO COME INTO THE HOSPITAL HE WAS WAITING FOR ME. I WAS TAKEN INTO THE DELIVERY ROOM WHERE THERE WAS THE BIG TV SCREEN THAT WAS TURNED ON, DR. WEINREB POLITELY ASKED THE NURSES TO SHUT IT SINCE HE EXPLAINED TO THEM THAT TONIGHT IS ONE OF OUR HOLIEST DAYS OF THE YEAR & IT'S NOT THE PROPER TIME TO WATCH. THROUGHOUT MY LABOR HE KEPT ON REASSURING ME NOT TO WORRY EVERYTHING IS UNDER CONTROL. I HAD A MOST WONDERFUL EXPERIENCE AGAIN DELIVERING MY HEALTHY BABY NATURALLY! I CLEARLY REMEMBER UNTIL TODAY THINKING TO MYSELF "I CAN'T BELIEVE G-D GRANTED ME THE OPPORTUNITY OF MEETING THE RIGHT DOCTOR THAT NOT ONLY WOULD TRY TO DELIVER MY BABY NATURALLY BUT ALSO CONSTANTLY BEING

2.

POSITIVE WITH ME & REASURING".
MY EXPERIENCE WAS BEYOND NICE.
HE'S ENTIRE OFFICE STAFF WAS WONDERFUL,
WARM COMPASIONATE & UNDERSTANDING.
OFF COURSE NOT THINKING AGAIN I
WENT BACK TO HIM THE NEXT TIME
WHILE ALSO REFFERING TO HIM NEIGHBORS,
FRIENDS, INCLUDING MY DAUGHTER &
DAUGHTER IN LAW WHICH ALSO HAD A
WONDERFUL EXPERIENCE BY HIM. MAY HASHEM
GRANT HIM AFULL FORGIVENESS SOON
& MAY HE BE RELEASED OF EVERYTHING
HE'S GOING THRU GIVING HIM A
SECOND CHANCE IN LIFE WHILE HE'S
STILL YOUNG & VIBRANT !!

                    SINCERELY,

                    GITTY HERSKO

                                        718
                                        435
                                        1229

May 3, '20

To whom this may concern,

I got to know Dr. Weinreb over ten years ago. Previously, I had used a high-risk OB GYN doctor in the city who due to past complicated births had worked out a protocol for me to follow during pregnancy. Since I no longer had private insurance I was referred to Dr. Weinreb, a young doctor who was "a great doctor" who accepted my Medicaid insurance. I could not get over his complete humility when I asked him if he would mind following my previous doctor's protocol. He listened and said, "Well, I know of him. He's a good doctor. If he felt comfortable doing it, so do I."

That was my first encounter with Dr. Weinreb. Humility in its fullest meaning.

Over the ten years I was with him, I delivered four babies. His kindness, immense patience, and gentleness came through at every visit. Never did he cite me for being overly anxious – on the contrary, he calmed me down and soothed my fears even ten minutes before Shabbos in his car on his way home from work.

Dr. Weinreb is a truly noble person. The nurses in the hospital during delivery all spoke of how much they enjoyed working with him. "Oh, you're Dr. Weinreb's patient. He's so nice. We love him here!

Dr. Weinreb has a gentle soul who would never hurt another being. I never heard him raise his voice and never heard him speak harshly to any of his nurses even when they made mistakes.

During the birth of one of my children, due to a dangerous complication, it was necessary to induce the delivery. The induction took about twenty hours. Dr. Weinreb sent me in to the hospital at night giving the resident doctor instructions. He assured me that he would be there in the morning. Sure enough, earlier than I expected, Dr. Weinreb came by to see me. He made sure that I was comfortable and said: "I was so worried about you. I couldn't sleep the entire night." I was surprised because he had seemed so calm the night before. He continued: "I didn't want you to know because I didn't want to worry you but I was really concerned about you."

That's Dr. Weinreb. Concerned and caring. A good man with a huge soul.

I would definitely consider using him as my doctor were he to practice once again.

*Chavy Perlman*

Mrs. Chavy Perlman

5/7/20

To whom this May Concern,

My Name is Leah Frankl from Brooklyn, N.
Being a patient of Dr. Weinreb for the
past Many "13 years", I would like to
in a few words share the very special
years I have experienced.

I was reffered to Dr. Weinreb by a
Very Respected organization in our
community so that I should receive
high quality treatment. As the founder
of the organization herself told Me
"Dr. Weinreb is the Most Wonderful &
Responsible Dr. Who Cares for his
patients & for anybody with his
whole heart.

And how right this was in all
13 years including Many visits (Which
Meant 2 hours of travel back & forth)
each time. But was well worth it---

Many phone calls, emergency's and lots of hospital stays. I was amazed at Dr. Weinreb. He gained my respect + admiration—.

And so.. I reffered him to many of my family + good friends who were all so thankful + each of them remembered Say such nice things about him---

As I write I remember a little anecdot that happened just last year. I was getting ready to fly overseas when I get a phone call I was surprised to be Dr Weinreb on the other end.. telling me.. "Leah I just reviewed your Results.. And I'm worried about you.. I don't think its safe for you to fly.. I was so impressed and felt the heart of a wonderful person so serious, caring, decent + kind.

Thank You,

Lea Lh

718-855-1854

7/3/20

I only had a positive experience with Dr Winreb. Allow me to give you some backgrand information to explain. I was 31 yrs old, eary pregnant using a Dr. whom I obviously will not mention by name, and I suffered a miscariage. The response I had from that Dr was cold and uncaring. These Doctors were catigorized as super high risk & very top rated, but being that I felt very insecure + not validated I did reseach and was directed to Dr. Wenrebs practice. My experience with Dr. Winreb was the exact opposite. From the very first visit I was able to realize Dr Winreb was the Dr I needed. He was extremly sensative, sympathetic and caring. He patiently explained, comforted and encouraged! He guided me step by step how to move foward + what precautions to take in my situation. I felt extremely conficent being a patient in his practice especially in the delecate situation I was in!

We need Dr Winreb to be practicing again. He is irreplaceable and I will always be greatful for being there for me in my trying time.

Molly yateh

5/28/20

To whom this may concern:

My name is Feigy Teitelbaum
I have been Dr. A. Weinreb's pattiant
for the past 11 yrs. Dr. Weinreb is a
man that always treated everyone with
the fullest respect no matter of their
race, nationallity or backround. He always
had an open ear, and suggested olny
everything for pattiant well being. As
if it would be for himself. (not like
other drs that could maby mean patients
good but in back of there mind they mean
their money or themselfs..) For Example
by my last delivery on 1/24/17 when
things were not going the way it
should be he was by my bed side 5 hr
trying to avoid a c-section even
he could of made much more
money... and have it done much
faster. His positive attitude and
carefull advise made me feel very
secure knowing I'm in the best
hands possible. The past few

בס"ד

cont... mounth I'V been
going around to many doctors
but, still couldn't find anyone
to replace such a devoded
Person.

with Loads of
appreciation and
Hatzlucha
Thujj Shan
and
Family

718 633 · 1387

PPS. נ״ק

May 1st, 2020

To whom it may concern,

I, Toby Heimfeld, was one of the many lucky recipients of Dr. Aron Weinreb's outstanding care throughout the pregnancies of my four children. His devotion and loyalty, selflessness, confidence and strength of character is a combination of traits he possesses that is hard to find in a doctor and is one that is truly missed.

At the 20 week ultrasound of my 3rd pregnancy, a defect was discovered in the fetus, which needed strict monitoring from a high-risk doctor, and so I switched to a high risk team of professionals in Columbia Presbyterian Hospital as per Dr. Weinreb's recommendation. I still recall, sitting in the NICU after the birth of my son, and receiving a surprise phone call from Dr. Weinreb. He had heard the news that I had given birth and he called to check in how I and the baby are doing. Which other doctor would show such respect and care for a patient, which was not even under his care at that time? This is just one example that personifies who he is. A person who values another, and does what's right with utmost dedication and sincerity. He was always there in time of need, with a genuine smile, even in the wee hours of the morning. His patients were his top priority.

In conclusion, Aron Weinreb is a righteous individual with a selfless, loving heart who deserves to be put on probation and should not have to sit any time in prison. The last 6 months he endured more than enough pain and suffering. I have full faith in him, and strongly believe that he should get the full right back to his doctor's license.

I am looking forward to his continued care.

With much admiration and appreciation,

Toby Heimfeld

718-851-2529

Osnas Kaplan
1540 E 31st street, Bsmnt
Brooklyn, New York, 11234


April 30th, 2020


To whom this may concern.
I've been using Dr weinreb since I was a
young girl. I had very irregular periods so I
had to go on birth control. Dr. Weinreb
always greeted me with a warm smile, and
made me feel so comfortable with my
situation as if it was no big deal. Once I got
married, and was trying to get pregnant. He
did some tests on me because of my
hormone inbalance and saw something
that may have been very concerning to the
health of my future children. He always
remained so calm, but yet was so on top of
the situation to make sure everything is OK.
The result came in confusing, so he sent
me to a specialist that sent me to more
specialists. In the end everything was OK,
but he was an amazing Dr. And took
precaution, to prevent something bad from
possibly happening. I became pregnant and
as a first time mom I was very nervous. I
was heavily bleeding at 6 weeks and was
sure that I was having a miscarriage. I
called Dr. Weinreb and he was the only
person to calm me down. He was so

empathetic, and really felt for me, but at the same time was able to show me that only God is in control. He always had such faith in God, and took no credit for anything because it was all in God's hands. He knew exactly the right thing to say. I constantly had questions and he never made me feel like I'm annoying him. He would always answer with such comfort. I recommended him to everyone and I was so proud to call him my Dr because of his faith, and calm personality.

Feel free to contact me with any questions.

Osnas Kaplan
347-698-3865

May '4 2020

To whom it may concern,

Being a patient under the care of Dr. Weinreb for the past ten years, I can attest to his expertise as one of a kind. But most and for all, he stood out as a Doctor full of Dedication and compassion towards his patients.

Every appointment, may it have been a complex medical decision, or just a simple checkup, was treated with uncompromised patience and devotion. From his warm greeting at the onset of the visit to the personal follow-up phone calls - all was done with the same genuine concern in his patients' well being.

I will forever be indebted to Dr. Weinreb foll all that was done for me and my family, with utmost care and kindness all all times!

Sincerely,
Chana Hold
Chana Hold
(347) 573-0222

April 30, 2020

To Whom It May Concern,

I've known Dr. Aaron Weinreb for close to 10 years, and been under his care through 6 pregnancies. From the first time we met I was overtaken by his kindheartedness and sincerity. I was amazed at how much respect he displayed to me. His bedside manners were exemplary. It's well known how he treated each patient as an individual. I looked forward to each visit!

With each subsequent pregnancy I eagerly returned to be under his care. Even as he changed his hospital affiliation his clientele followed him. He would make changes for the benefit of his patients.

He was always reassuring, especially during tense times such as labor/delivery. He radiated an atmosphere of calmness and all will be OK. He always followed up on the wellbeing of his patients. He displayed genuine care and I can personally attest to that. To site an incident, I had a complication with one of my pregnancies and the care that I needed was beyond the scope of his practice. He therefore selflessly urged me to continue my care at a different practice that was more suitable for my situation. Dr. Weinreb didn't want to put his gains first at the expense of my health, thereby proving to us yet again that his patients' wellbeing was his top priority. He always wanted his patients to have the best possible care and have all their needs met. After the above mentioned pregnancy, he never failed to inquire how my child was faring.

He always calmly and patiently answered my questions and listened to my concerns. He never brushed them away. I felt like he truly cared about me and my family. I was humbled by the way he related to me on a personal level putting aside his esteem unlike the stereotypical doctor.

I feel lost not having Dr. Weinreb at my side anymore.  He meant so much to me.  I greatly admire Dr. Weinreb for being such a bulwark of strength in the face of challenge.  At my most recent birth I woke Dr. Weinreb at 3am less than 24 hours after he returned from an overseas trip.  Nevertheless he showed up at the hospital (before me!) and was there for me the entire time.  While labor was progressing, Dr. Weinreb remained in my room rather than waiting in the doctor's lounge knowing how much calmer I'd be.

I hope Dr. Weinreb will get his license back and his patients will be able to return to his practice in which I've come to appreciate his compassion, devotion to his patients and excellence in care.

Dr. Weinreb has suffered enough the last couple of months.  Please grant him freedom so he can return to his family and society and to all those who love and miss him.

I can be reached at 718-438-4959.

Sincerely,

Zissel Zenwirth

Chana Rokach
1172-50 street
Brooklyn, N.Y. 11219
718-436-5546

May 2, 20

To Whom this may concern

I would like to express my experience with Dr. Weinreb. Being a patient in his OB practice I always felt 100% safe and comfortable in his presence. Dr. Weinreb was diligent about ~~keeping his~~ ⊘ rule of having a nurse in the room whenever he needed to do a more private procedure - (as needed for the Jewish laws). Dr. Weinreb was always extremely nice, patient + so very humble. I felt safe calling any time and asking any question. He was very respectful to the patients, honoring their desire, even if his opinion might have been different. If he did want to pursued me to get his opinion - he would do it so gently, and respectfully. I got the feeling as if I'm the only patient he's seeing, fully there with his time, heart + expertise. We were thoroughly shocked + still believe there must have been some mistake there, being that it just doesn't match up to his personality.   Good  Luck !!

Sincerely
Chana Rokach
Chana Rokach

Rechel Taub
1265-55th Street
Brooklyn, NY 11219

May 3, '20

To whom it may concern,

Where do I start? I owe Dr. Weinreb so much. Dr. Weinreb was like a father to his patients.

I will never forget, Purim, 5 years ago, labor with my first baby took a very long 16 hours. Dr. Weinreb, who also celebrates the holiday of Purim with his family, stayed with me the entire time so patiently. Another doctor would have lost patience and done a C-section, but not Dr. Weinreb. He cared too much. As long as mother and baby were safe, he gave me all the time in the world. He even called the chief doctor to do a suction when he saw that it was the necessary move to take then. At the same time staying positive, upbeat, reassuring and calming me all along until the happy end.

His 9 year old son was calling and asking "Totty, when are you coming home". They also wanted their father home, yet Dr. Weinreb so patiently stayed at my side.

Every visit at the office was an amazing experience in itself. I felt so cared for. I really feel lost now without him. I totally trusted whatever he suggested or did.

For my current pregnancy, I needed to do some research to find another doctor. Yet finding one with the care, compassion, expertise, kindness, devotion, professionalism and warmth was a challenge I wasn't successfully achieving, because there isn't another Dr. Weinreb.

I WILL FOREVER BE GRATEFUL FOR ALL THAT DR. WEINREB DID. I HOPE HE WILL BE PRACTICING VERY SOON! NO MATTER WHAT, I WILL ALWAYS BE A VERY LOYAL AND THANKFUL PATIENT.

I recommend Dr. Weinreb as the # 1 doctor out there.

With much gratitude

Naftali and Rechel Taub
Hersh 3-5-15
Bassy 7-12-16
Blimy 6-20-18
Unborn baby who hopes you'll be back in time for delivery!

**DANA LEDEREICH**

1082 E 29th Street

Brooklyn, NY 11210

May 5, 2020

To whom it may concern,

I have known Dr. Weinreb in multiple capacities through the years. I have always found him to be deeply caring, reliable, knowledgeable and honest.

I first got to know Dr. Weinreb as Ari, a classmate and friend of my older brother. He spent a lot of time in my parents' house during his high school years. I was the kid sister, four years his junior, but he was kind to me and acknowledged my existence – a big deal to me and I couldn't say the same about all my brother's friends...

Fast forward many years and I was newly married, pregnant with my first child and living in a new neighborhood. I saw a sign posted about a lecture concerning conduct for a Jewish woman during pregnancy given by none other than my brother's old friend! My husband and I attended the lecture and were impressed not only with his knowledge but also his demeanor. He was kind, he was patient and answered all questions being tossed in his direction with poise and a smile. I didn't choose him as my primary OB/Gyn at that time as it felt odd to choose someone that I knew for so long to treat me for such personal matters.

When I was pregnant with my fourth child, I needed to switch practices mid pregnancy. I was at a loss at whom to choose and choices were limited as doctors were reluctant to take on a case in the middle of a pregnancy. I decided to call in the favor of our long ago relationship and ask Dr. Weinreb if he would take on my case. He welcomed me into his practice and I stayed until his termination. My initial hesitation that it would be awkward dissipated at the first visit. Dr. Weinreb immediately put me at ease. He had a mixture of professionalism and friendship that engendered trust and communicated care. Mine was not a simple situation, as my previous births had all been via c-section. Dr. Weinreb was reassuring in his confidence but, at the same time, not over confident. It was that humility that actually made me willing to trust him with the life of my unborn child.

My first experience in the hospital as his patient drew unsolicited compliments from the nurses, "Dr. Weinreb is your doctor? You're so lucky!" It was his kind demeanor that spoke well of his character. He is a patient doctor and a skilled surgeon. He reassures his patients when they are nervous and gently sounds the alarm bell only when necessary.

Not all my visits to the office involved pleasant circumstances unfortunately. But Dr. Weinreb treated those situations with sensitivity and care. My husband and I felt comfortable to ask him the tough questions as we felt that if the answer came from Dr. Weinreb then however unpleasant it may be to do, we trusted he was telling us the same advice he would offer his own family.

And speaking of family, Dr. Weinreb always had a happy look on his face when relating a story about his family. I recall a family trip that they took several years ago that he planned for very carefully. I was pregnant at the time and making monthly visits to the office. It was heartwarming to hear how excited he was to share the updates on those plans and how excited he was with the various activities he chose with the specific likes and interests of his children in mind.

My youngest child was due at a time when Dr. Weinreb was away on vacation. It would be my sixth c-section procedure (third with this practice) and so was a more complicated and risky procedure. Knowing that Dr. Weinreb would not be in town when I was due to deliver was nerve racking. To quell my feelings of anxiety, Dr. Weinreb hand selected the physician to deliver me. He spoke to that doctor beforehand to make sure he would agree to do it. Dr. Weinreb continued to treat me throughout my pregnancy even though he knew in all likelihood he wouldn't be there when I would deliver and nor would a covering physician with his practice. And after I gave birth, he made sure to follow up from his vacation to wish me well.

Since his termination, I am no longer with that practice. Even though his entire staff was polite and respectful, I stayed as long as I did because of Dr. Weinreb.

Yours truly,

Mrs. Dana Ledereich

Sarah Kaplan
1010 Avenue K
Brooklyn, NY 11230

April 30, 2020

To whom this may concern,

I have been a patient by Dr Aaron Weinreb for 9 years now using him for my OBGYN and GYN needs. He delivered my three beautiful children, 2 boys and a girl, in Feb 2012, Nov 2013 and Dec 2016.

When my first child was due, I had to be induced because I was overdue by 10 days. It was a new and frightening concept to me and I was terribly afraid. Dr. Weinreb in his calm and soft spoken demeanor calmed me down, told me I would be ok and gave me time to process.

After I had used Dr Weinreb for my first child, I recommended him to several of my family members who have since used him as their Obgyn.

In the 9 years that I have been a patient of Dr Weinreb, I have always received prompt replies to questions and medical issues in a quick and timely fashion. He answered me with patience and explained it to me until I understood clearly, and never looked at anything that I asked him like it was a bother. If he didnt know something, he didnt pretend to know, he was humble and told me he would look into it so he can give me the proper answers.

Pictures of Dr Weinreb holding my babies moments after birth are prominently displayed in my children's birth albums.

He isnt a Doctor who is in it for anything else other than helping people and making sure everyone has a safe and positive birthing experience.

Over the years, I've gone to him for my yearly routines as well as my pregnancy visits, each appointment was always such a positive experience. I always tried to schedule my appointments with him and not the other doctors because I felt a deep emotional connection to him, knowing he was the messenger to bring my children into this world and had a sense of trust in his knowledge, Always. He always showed that he cared for me, gave me the time of day, never rushed my appointments and made me feel comfortable with my decisions.

My birth were such incredible experiences with Dr Weinreb remaining calm and telling me how amazing I was doing during my intense contractions and labor. He sat with me and my husband and conversed with us during my contractions and never pressured me to get an epidural, and never rushed me into beginning my deliveries if I didnt feel ready.

I lived in the area of the office, so I would periodically bump into him on the streets, he would give me the time to chat and ask how my family was doing.

We look at him like a friend who happens to be my doctor as well. I hope and pray to be able to continue using him for my future pregnancies and routine visits.

Sarah Kaplan

347-874-1777

Ratza Hager
1349-53rd street
Brooklyn, NY 11219


May 4, 2020

To whom it may concern,

I am a patient of Dr. Weinreb for the past 12 years. Knowing him was knowing a man of great character. His integrity, sincerity, honesty and respect for every patient was exemplary. I am a busy working mother. Whenever I came into his office, he respected the fact that I didn't have extra time to spend there and made every effort to get me out in a timely manner. I greatly appreciated his sensitivity to my tight schedule. I always felt like I was his only patient, although I would hear the same from other patients too.

Four years ago, I had no idea that I am giving birth to a little girl with Down syndrome. Unlike other doctors, he gently told me that he would like to call a geneticist. He broke the news so slowly, that I was able to accept this challenge with great strength. The next day he told me that it is ok not to be so strong. He didn't know that it was he that empowered me with great strength by breaking the news in such a delicate and caring way. My positive attitude was contagious. It had a lifelong impact on how my husband and children accepted their challenge of raising and living with a child/sibling with special needs.

I know that whenever Dr. Weinreb delivered a baby with DS he would encourage the shattered parents that they can do it and they will love the baby! These were words they so desperately needed to hear at such a vulnerable time.

Although Dr. Weinreb was highly skilled and professional, we always saw his compassionate and human side.

Any courtesy that can be extended to him will be greatly appreciated by all his patients.


Sincerely,

Ratza Hager

**Rochel Lichtman**
(718) 256-0979
5616-17th Avenue, Brooklyn NY 11204

July 8, 2020

To Whom this May Concern:

I have been Dr. Weinreb's patient since 2008 when I gave birth to my twin daughters. I was recommended by an organization A.T.I.M.E. that he's a compassionate, experienced, and cautious doctor. I have come to expect excellent care with every visit. He was always available to answer questions and concerns. at one point I had a rash which I didn't know how to deal with, yet I knew that Dr. Weinreb will answer and give me advice and not disregard my concern. Even though it was very late at night he responded with a call back and prescribed a proper treatment plan.

At each visit he made sure to give me his full attention answering any questions and explaining all procedures. An examination was done with the utmost respect and privacy. During an examination he always had a female nurse, Margo, at his side.

Since 2008, I have given birth to 4 more children with Dr. Weinreb. My labors were long and arduous. Once, when I arrived to the Hospital and still had a long way to go, Dr. Weinreb reassured me that he will be there for me no matter how long it will take, even if it means the whole night. The whole time I was laboring he stayed in close contact with my husband calming and apprising him of the progress. He kept a positive atmosphere. He knew how stressful it can be for the spouse, and the whole time he reassured him that everything is proceeding normally, and injected excitement and anticipation in the life that is about to enter this world. When the baby was born He was part of the family's joy.

Dr. Weinreb is a great doctor and great individual.

Sincerely,

R. Lichtman

Rachel Lichtman (nee' Darya Storozhenko)

*Geulah Weiser*
*1421 East 34th Street*
*Brooklyn, New York 11210*

July 6, 2020

Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Aaron Weinreb, M.D.

Honorable Judge Cogan:

I am writing to the Court on behalf of Aaron Weinreb, M.D., who has been my gynecologist-obstetrician since 2008.

I am the mother of 6 children.  The last 4 were delivered by Dr. Weinreb.  I can state categorically that Dr. Weinreb's services as a physician were superb.  He manifested not only competence and professionalism, but patience and compassion.  He was always generous with his time and with his encouragement.  In my view, Dr. Weinreb represented the best of the medical profession.  And, I might note, I have many friends who have shared similar assessments with me.

It is my sincere hope that the Court will consider the forgoing in fashioning a fair and proper disposition of Dr. Weinreb's case.  I thank Your Honor for your attention.

Respectfully,

Geulah Weiser

1067 48th Street
Brooklyn, NY 11219

April 29, 2020

To Whom It May Concern;

My name is Esther Schwartz and I've been a patient of Dr. Aaron Weinreb since my first pregnancy, back in February 2009. I had six children while using his practice and it has been a wonderful experience throughout. I never felt the need to change doctors in all these years.

Dr. Weinreb is an amazing doctor and I always trusted him as a person. I believe he's an honest, caring, dedicated man; and I never felt uncomfortable or that he acted inappropriately in my presence.

Appointments in the office were a real pleasure because of Dr. Weinreb's wonderful bedside manners and cheerful smile. He always gave me all the time I needed, never rushing me and answering any questions patiently, so that it was understood. The office always had a patient-friendly feel because of his helpful and loyal office staff.

My experience in the hospital, during deliveries, showed that Dr. Weinreb was very patient, kind, and gentle. He never rushed me or made me feel any pressure. After birth, he would come to my room the next day and follow up on how I was feeling. He was also very understanding and emphathetic when I had a situation and needed a D&C; he answered all of my questions honestly and straightforward.

I miss seeing Dr. Weinreb in the office. Even when I came for an appointment with another doctor in the practice, just seeing him or hearing his voice made me feel good.

I believe Dr. Weinreb is a Wonderful doctor and person and I would be very happy to continue using him as my OB/GYN for many years to come.

Sincerely,

Esther Schwartz

May 3, 2020

Isaac and Chava Simsovits

39 Dreyer Av Staten Island NY 10314

718-761-1621

To whom it may concern,

As a former patient of Dr. Weinreb for over twelve years we would like to share with you just a glimpse into the kindness, care, and compassion that characterized Dr. Weinreb's interactions with us.

My first child was delivered via C-section by Dr. Weinreb. Not only was the emergency surgery performed with precision and unmatched medical expertise, but Dr. Weinreb went above and beyond of what is expected from a physician. We were terribly afraid, overwhelmed, and confused first time parents and Dr. Weinreb guided us through the complex and frightening procedure in a superbly compassionate manner.

We eagerly awaited our second birth as we had been reassured time and again by our wonderful physician Dr. Weinreb that he would do his utmost to deliver our baby naturally. The labor was long with many scary moments when it seemed that an emergency C-section would need to be performed. Dr. Weinreb remained calm, collected, and reassuring throughout and delivered our son naturally.

When our second son was diagnosed with a genetic hearing loss, we felt a need to share with Dr. Weinreb. He had become more than just a doctor; we considered him a friend that was there for us during our trying time.

Our next labor was once again long and difficult and I was concerned with the fact that Dr. Weinreb's regular office hours would soon begin and he would feel pressured to leave the hospital. Dr. Weinreb's words still reverberate through my mind, "All we need to be concerned about right now are you and your baby." He remained with us until I was settled comfortably after birth.

Our journey with genetic conditions continued when our third son was born with congenital hearing loss. When I entered Methodist Hospital to give birth to our fourth son on February 20 2016 it was with double trepidation. We didn't know the status of our unborn child's hearing and we knew Dr. Weinreb wouldn't be attending the birth as it was Sabbath and Dr. Weinreb had a different wonderful doctor covering for him that day. Imagine our surprise when shortly after we were admitted Dr. Weinreb walked in! He said he came special for us as he knew what it would mean to us to have a familiar physician at our side. That labor was our simplest by far.

On the evening of February 20 I presented with an excruciating headache and eventual loss of consciousness. Dr. Weinreb was in constant contact with the hospital demanding an urgent MRI. Without his input we have absolutely no doubt at all that the story would have tragic ending. The MRI

disclosed a cerebral venous thrombosis, a deadly blood clot in my brain. As soon as the diagnosis was in Dr. Weinreb, who had been on the way to an event with his son, turned his car around and came to be with our family in the hospital. Dr. Weinreb served as the doctor, patient rep, and friend that our family needed during that trying time. In layman's terms Dr. Weinreb explained to our family exactly what was going on inside my brain. It is now four years later but my mom still talks about "how amazing it was that Dr. Weinreb was there with us that crazy night!"

While all the excitement was going on I remained unconscious and unaware. The next morning I awoke. A message was sent down to us from the nursery that our baby had passed his hearing test! I don't think I will ever forget Dr. Weinreb's sincere happiness and joy for us when moments later he arrived and we shared our good news with him.

The long healing process was made way easier by Dr. Weinreb's help. He helped me receive medication that my insurance wouldn't pay for and was with us every step of the way.

**We are certain that it is not only us but countless others who can attest to the fact that Dr. Weinreb is outstanding in his compassion, care and most important of all is a real 'mench' {upstanding, understanding, and a person of fine character}.**

Serving as a character witness for Dr. Weinreb is an honor and a responsibility that my husband Isaac and I don't take lightly. Please read our sincere words and be assured that everything contained in this letter is accurate and we affirm to its truth.

Sincerely,

Isaac and Chava Simsovits

We can be reached at the above phone number for more information.

May 4, 2020

To Whom It May Concern:

My wife and I write this character reference letter to establish our support for a longtime family friend Aaron Weinreb. Although we were first introduced to Aaron by way of his medical expertise, our lasting relationship continues to grow well beyond our brief encounters in the exam rooms. All throughout our friendship, Aaron has proven time and time again his selflessness and compassion, genuine caring and optimism, humbleness and serenity.

We got to know Aaron Weinreb over a decade ago, "by chance", however I am certain this was no coincidence as he has helped me and my family in so many ways. In short, we were in need of a gynecologist for personal reasons, and after being referred from one doctor to the next with no positive results, I finally stumbled upon a mutual acquaintance who advised me, stating "the person you need is Aaron Weinreb". In fact, when I did meet Dr. Weinreb, I was instantly drawn to his professionalism and knowledge, but most importantly to his heart of gold. We were never charged a penny for that most successful visit, and I'm happy to say it was a start of a friendship I'll forever cherish.

Aaron Weinreb became a famous name amongst my family, extended family, and friends. We would talk of his many kindnesses (and there were many!). His name always brought a welcome smile to people's faces.

After successfully delivering our first baby, my wife and I decided to relocate to Philadelphia, Pennsylvania. It is a far commute to Brooklyn NY. Nevertheless, we have decided to keep Dr. Weinreb as our ob./gyn. My wife traveled to Brooklyn for all visits and delivery of the next four of our children to date, and it was worth every mile. In our myriad of discussions about potentially switching doctors (due to insurance and logistics...) my wife and I agreed "If only there were an Aaron Weinreb in every city the world would be a lucky place!" "There's just no one who can compare to Dr. Weinreb" we both concluded; and indeed, he did make it work for us every time!

On a personal level, now after fourteen special years of knowing him, Aaron and I have become even closer friends discussing all situations, lending a hand, an ear, a piece of helpful advice during a difficult situation. Those times when I was privileged enough to leisurely chat with him amid his busy schedule, it was consistently cheerful, demonstrating understanding and a soft heart open to all. He has never misguided me. He has helped in countless of ways.

Aaron is a man that frequently volunteers and strives to contribute to the community at large and looks for ways to use his talent and skills to benefit others. He acts in many organizations to provide sound advice, advocate public health and Jewish law as it pertains to his field, and exemplifies one who gives charity daily. His giving knows no end as he is someone who truly cares.

To summarize, Aaron Weinreb is a dear friend of mine who is a remarkably caring and pleasant individual. To describe him in one word, Aaron is a real Mentsch (A person of integrity and honor). I am proud to be counted among his friends. I look forward to continuing our friendship for the years to come.

Thank you, Your Honor, for taking these thoughts into consideration. I stand ready to offer further support to Aaron as he may require.

Respectfully,
Tzvi Altusky

*Eliezer and Tzirel Miller*

*1349 East 37th Street,*

*Brooklyn, NY, 11210*

*April 29,2020*

To whom it may concern;

We know Dr. Aaron Weinreb for about 9 years. He is a super sensitive Dr and well mannered person looking out for his clients. About 7 ½ years ago when we had our first child, I remember lying in the hospital bed in the labor/delivery room and Dr Weinreb came in to see how I'm feeling and where I'm holding, I told him I'm so weak and tired I don't have energy to give birth, so calmingly he reassured me and as he left the room he closed the lights and put soft music in background so I can rest and relax. All my births that he delivered went real smooth, well , and successfully  Thank God!

About 6 years ago when I was pregnant with my second son by my 20 week exam they found that I had a para tubal cyst, following up with Dr Weinreb I was super nervous and he reassured me and explained to us exactly what it was and what the options were, I was worried and scared and with his sensitivity and knowledge he calmed us down. And Thank G-d the procedure was a great success!

February 2019, I was pregnant with my 5th child I started off with Dr Weinreb by my 20 week exam they found something and the sonographer cant tell us anything so she put a dr on the phone with me , this Dr. introduced herself as a Maternal Fetal Medicine (mfm) Dr. and said we have to come to her office in the hospital immediately and refuse to tell me anything over the phone. Scared as can be we ran to the hospital , Finally after she examined me and she called us into her office and told us that she has never heard of such a thing she had to transfer my sonogram to higher Drs than herself to diagnose. With the little information that she gave over to us she was telling us this pregnancy will most likely end in a miscarriage if it makes it, the baby will be a stillborn, she gave us no hope and was trying to convince us to abort this baby. Even after we told her we don't want to abort this baby she kept on trying to push us to abort. She was quick to give up on a new life coming to this world and wouldn't give up trying to persuade us into abortion. Dr. Weinreb knocked on the door and joined in, with his soft words and sensitivity towards us in these trying times he reassured that everything will turn out well. The following day he called just to check up on me to see how we are doing. Dr Weinreb always so proactive, ex: as soon as he heard about the diagnosis he did lots of research about it so he can help guide us further.  For the next couple of months I had to go to the MFM for all my appointments and every time I went she was just giving up hope telling me all the health issues and problems the baby will have and I should abort, it was very traumatic to hear such words from a Dr. after all my appointments I would call Dr Weinreb update him, I complained to him that the mfm was really harsh insensitive and traumatizing, rite away he took action he spoke with the mfm on our behalf and she actually called to apologize to me. I ended up switching practices at the end of my pregnancy yet Dr Weinreb was very involved all the way even after I switched to a different hospital. I knew I can call him for opinions, guidance, advice… he called us as well after I gave birth he called me to see how were doing and how the baby is. Thank G-d my baby was a real miracle from GOD, he was with us every step of the way of our hard scary unknown traumatic journey, Dr Weinreb was truly very caring sensitive understanding and helpful throughout it all and he is

definitely an amazing Dr with amazing manners, he put his whole heart and soul into his clients , he made us feel so important and valuable , he is such a top Dr and we both my husband and I said we only want to use Dr Weinreb. We always felt so comfortable and confident with Dr weinreb. He is very proffessional, smart, educated, sensitive, caring, compassionate, optimistic, real , honest Dr who just wanted the best for his patients. I really hope I can use Dr Weinreb as a Dr again. Hes a super sensitive gentleman calm relaxed with a lot of patients. He has such great character traits. And he took care and looked after us as if we were family! I was privileged to use him as a Dr. for all these years and hope and pray we will have an opportunity to continue being his client again.

Please feel free to contact us if you have any questions!

Respectfully,

*Eliezer and Tzirel Miller*

845-517-9723

845-659-2221

May 5, 2020

To Whom It May Concern,

I would like to take this opportunity to express my appreciation and recognition of what a wonderful person Dr. Aaron Weinreb is. Over the last many years that I have known him he has always made a deep impression on me of being an extremely kind and caring individual. He always went the extra mile to be helpful in any way that he could. Being such a kind and good hearted person, people always felt comfortable turning to him at any time of need. My relationship with him continued even though I moved away. However, I would stop into his office from time to time when I visited Brooklyn, and he was always so happy to catch up on family and work related news. He always had a genuine interest in my family and truly shared in the joys of each new baby. I have everlasting appreciation for all that he has done for me and I recognize him to be an unusually caring and fine person.

If you have any questions please feel free to call me at 908-256-0545.

Shua Stern

April 30th 2020

To whom this may Concern,

I have been a patient by Dr. Aaron Weinreb since the spring of 2017. Dr. Weinreb was such a caring and proffesional doctor. He always was very positive and had good things to say with a smile. He delivered my first child in December of 2017 in NYU Luteran Hospital. Although I had a very long and tiring labor the Dr. stayed all along helping and giving me support. My pushing took two hours but the Dr. didn't give up which spared me from a C-section. I am forever grateful for being spared such trauma as a first time mother.

The Dr. is an essential part of our community. I and others can't imagine going forward without Dr. Weinreb. We pray and hope that Dr. Weinreb can resume his amazing work and continue helping others.

Sincerely a priveleged patient,
Dina Bascoul    646-431-7796

Sheron Itzkowitz
1213 E. 13th Street,
Brooklyn, NY
11230
917-319-4979

April 30, 2020

To Whom it May Concern,

I've been using Dr. Aaron Weinreb for over 11 years.
He delivered my last baby, and I have been using him before and after as a gynecologist, for all my gynecological needs.

I used a different doctor for all my other pregnancies before this last baby that he delivered, and all I can say, was that I was sorry that I hadn't used him for all my previous pregnancies!!

He was a very professional doctor, yet he was such a compassionate, caring, and considerate doctor.
He was a very thorough and competent doctor and extremely kindhearted.
Any time I had issues, and I called the office and needed to ask him something, HE HIMSELF always called me back, and gave me his time. He never had his secretaries call me back.

At my appointments he always gave me his time, and never rushed me.
When he delivered my baby, he had the most amazing bedside manner! He was very calming, and reassuring, and was just amazing!!!  He was so kindhearted, and was so empathetic throughout the entire labor and delivery!!
If I ever had a question about something, he never diminished or ridiculed my questions or concerns!!!

I've highly recommended him to friends, whom have been very happy with him as well!!

I remain with best regards,

Sheron Itzkowitz

April 26, 2020

To whom it may concern:

This is a letter regarding Dr. Aaron Weinreb as a Doctor, and as a person in general.

Dr. Weinreb is a very special man. He was always there for me. In every step of the way, from the beginning of my pregnancy until after the delivery.  After delivering my first baby with him, I felt very comfortable using him as my doctor. At subsequent deliveries I didn't even bring along a doula, which I did by the first delivery. Dr. Weinreb was always there for me. At many occasions, I had emergencies when I had to call him at night. He always gave me his time with utmost dedication.

I have delivered 7 children with him. I am currently pregnant. I am not at ease, knowing that I don't have Dr. Weinreb, G-D's  heavenly messenger, to deliver my baby.

There is something unique to Dr. Weinreb. He is a very dedicated, honest and respectful person. I highly recommended him to my friends and family. I fervently hope Dr. Weinreb will go into practice again. There is no question in my mind that I would continue using him and further recommend him.

I discussed this with many of my friends, and they as well said they would continue using him as a Doctor. I heard from several Doulas that they had very good experiences with Dr. Weinreb and would highly recommend him as a Doctor.

Thank you,
Respectfully,
Frimet Justman
Frimet Justman
Patient of DR. Aron Weinreb
1718-972-0245

May 06, 2020

To whom it may concern:

Dr. Ari Weinreb has been my OB/Gyn for the past 15 years. While under his care I was always in good hands. Dr Weinreb treated me with professionalism and expertise never undermining any concern that I had. I was always put at ease whenever a problem surfaced during the time that he took care of me.

Throughout these years any time I was examined Dr. Weinreb made sure that there was a female attendant in the room at the same time, and the examination was done in the most modest way.

Dr Weinreb has been there for me by all four births where his professional skills and calm demeanor put me at ease. In fact I credit Dr. Weinreb for saving me from a C-Section with my youngest child. Most other Doctors would do what was best for them, yet Dr. Weinreb took my best interest into consideration and I was able to deliver naturally.

Dr. Weinreb did not allow his professional status get in the way of doing the task of someone under him. After being admitted to the hospital for the birth of my daughter I was stuck in triage. The delivery ward was extremely busy and the nurses were overwhelmed. Dr. Weinreb came to check up on me and saw what was going on. He told the nurses not to worry, and moved me from triage to delivery on his own so that they can care for other patients.

Dr. Weinreb personifies a kind and caring individual. His soft spoken manner and kind regard for his patients and colleagues was evident to all.


Sincerely,

Chana Nelken

April 29, '20

To Whom It May Concern;

I am writing this letter on behalf of my doctor, Dr. Weinreb. The purpose of this letter is not only to advocate for Dr. Weinreb, it is to share with you what I know, and you may not, by virtue of being his patient for 10 years.

This letter is written with a pen attached to my heart and head. It is understood in the court process of the federal system that the fate of a man rests in the hands of people who do not know the man. G-d bless them with the wisdom, fortitude and knowledge to understand what is the truth- the actual, factual, moral and eternal.

Let me share with you a little about what I know about the man.

Dr. Weinreb delivered 4 of my children. My oldest son, Shimon, was delivered through c-section in a very critical condition. Dr. Weinreb's concern and dedication while Shimon was in the NICU went well beyond his call of duty. It revealed a compassion and humaneness that every doctor and professional should have (along with his professional abilities), but regrettably often do not. It was a balm and a blessing.

Throughout the years under Dr. Weinreb's care I saw a value system that was upright and honorable. It was made obvious, through his calm and considerate behavior and conveyed through his display of principled conduct.

I didn't follow the reports and news about Dr. Weinreb's accusations intently. But despite what I did see and hear, (if it is the truth,) I could unequivocally say that this behavior is totally out of character.

If the accusations are true I am certain that Dr. Weinreb regrets his actions. The law whether written by man or designed and formulated by the Divine is based on the premise of regret, remorse and forgiveness.

I still believe and know that Dr. Weinreb is an honorable individual and a good human being. If he needs to pay a debt to society let him do so the way the major part of his life and his deeds were conducted- in an honorable way.

I could be reached by phone at 347-482-9554.

I remain,

Esther Deutsch

Rachel Shamah
1616 East 10th Street
Brooklyn, NY 11223


Apr. 30, 20

To whom this may concern,

I've been a patient of Dr. Aron Weinreb for the past 12 years, and he has delivered several of my children.

It was always a pleasant experience, and I felt confident that Dr. Weinreb was a competent and skilled doctor.  He was always very patient and concerned about each of his patients' welfare.

I recall being nervous about a specific issue, and Dr. Weinreb made sure to call me before the weekend in order to reassure me that all was well.  He did this so that It wouldn't cause me any concern over the weekend, as I would not be able to reach his office until it would reopen after the weekend.  That was typical of Dr. Weinreb's caring and thoughtful personality.

A quality that we appreciated in Dr. Weinreb, was that he was very attentive, and that you had his full attention when you spoke to him.  He would make sure to return your call if you left him a message.

He also had excellent bedside manner at all times, especially during deliveries.  I was looking forward to continue to use Dr. Weinreb for my deliveries, and for my own children to use him as their obstetrician when they get married.

It is a great loss to us and our community, that he is no longer in practice.

We wish him the best, and continue praying for his welfare.

Sincerely,

Rachel Sha

Rachel Shamah

June 23, 2020

To Whom it may Concern,

I have been a patient of Dr. Aaron Weinreb for over a decade. He was always calm and patient and attentive to any concerns that I had. He returned any (emergency) calls promptly and handled any difficult situations calmly and kindly. I also noticed that he treated his staff nicely.

Sincerely,

Eva Rivlin
Mrs. Eva Rivlin
697 E 7th St.
Brooklyn, NY. 11218

Hennie Ariel
5100 15th Avenue 3H
Brooklyn NY 11219


6/16/2020



To whom it may concern,

I have used Dr. Aron Weinreb for as 5 years as an OB/GYN and have known him to be a
dedicated and compassionate individual. During the time I hospitalized for a high-risk twin
pregnancy he went above the call for duty to ensure myself with a safe and smooth delivery
and hospital stay. No matter what time of day or night he would make time to immediately
address any concerns that arose, in a patient and caring manner.


Hennie Ariel

*Hennie Ariel*

SHOSHANA POMERANTZ

1186 EAST 15TH STREET

BROOKLYN, NY 11230

---

June 16, 2020

To Whom It May Concern:

As a patient of Dr. Weinreb for the past ten years, I would like to describe my experience with him. A kind, considerate, caring person, Dr. Weinreb was always very approachable and was there for me whenever I needed him. He returned phone calls in a timely manner and was always reassuring. I can remember how delighted he was to hear that I was expecting and made sure to call me after hours to share in my good news. I had used other doctors in the past and I found this to be very special and unusual to be treated so warmly by a medical professional.

During my baby's delivery, he stayed calm and calmed me and the nurses around in a situation where others were anxious and nervous.

He treated his staff very respectfully and was a "mentsh" (gentleman) and always very courteous. At each visit, he would ask about my husband and family and would wish them well.

Please give Dr. Weinreb a fair judgement for a man of his stature; he deserves it.

Respectfully,

Shoshana Pomerantz

CHANA NAKASH.                                    June 25,2020
1339 EAST 16TH STREET

BROOKLYN NY 11230


To whom it may concern:


I would like to share with you the following about Dr. Aaron Weinrib . I have got to know him over 12 years ago . I was blessed with a large family  I have been to many drs.  Once I met Dr. Weinreb I stayed with him. He was always very professional kind and understanding,  he was always there to answer my calls, very patient and gave me a feeling of compassion. If you have any further questions I can reached at (718)376-4605.


                                        Sincerely ,

                                        CHANA NAKASH
                                        Chana Nak

Hendy Srulovic
1455 55th street
Brooklyn NY 11219
(718)435-0852

Date: June 22, 2020

To whom it may concern,

My name is Hendy Srulovic and I'm proud to offer my recommendation for Aaron
Weinreb whom I have personally known for four years as my doctor OB/GYN.

I chose Aaron Weinreb as my OB/GYN based on extensive research that I did within my
community. I was looking for a doctor that I could trust, one who is compassionate,
understanding, and will give me the time of day and proper care. When I did become his patient,
around 4 years ago, I was grateful to see that Aaron was all that and more. He was always warm
empathetic, caring, and an overall Mensch. I ended up being in Aaron's care during two of my
pregnancies and I couldn't have been happier. I even followed him to NYU Brooklyn when he
made the switch to that hospital, even though I had no experience with the hospital. In fact, I was
the first patient he delivered in that hospital. I followed him blindly because of my complete trust
in his abilities as well as his bedside manner. Aaron went above and beyond the call of duty
sitting with me for many long hours, as I was waiting for the baby to come. He respected my
wishes to not induce labor to speed up the process, even though it meant that he had to spend the
entire night waiting. That level of dedication is a testament to his warm-heartedness, and
overall character.  Aaron is a model of humility and good nature.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

*H. Srulovic*          6/22/20

Hendy Srulovic

June 18, 2020

To whom This May Concern;

My experience in regards to my longtime Dr., for over ten years, Dr. Weinreb. I had the priveledge to be a patient of Dr. Weinreb who has treated me with utmost devotion & proffessionalism. He is a Kindhearted person that cares for his patients. Over the years ive come to trust him & also to refer many many happy family & friends to his practice. When I was having numerous miscarriages he always had the right words to calm & reassure me thru this trying time. I'm looking forward for him to return to his practice!!

Sincerely
Bashie Braun
Bashie Braun

To Whom It May Concern:

I have been a patient of Dr. Aaron Weinreb since I became pregnant with my first child, 10 years ago. I was referred to him by my cousin who had great experience with her delivery. As a newly expecting mother, I was very nervous about the experience but as soon as I came to the office I was immediately welcomed very warmly by Dr. Weinreb and knew I was in good hands. Dr. Weinreb explained thoroughly all that I needed to know from all tests including ultrasounds and blood tests and prepared me for the delivery. Whenever I had a concern and paged him, he always called right back and answered all of my questions in a professional manner.  During the delivery which was around 24 hours long, he was always checking in on me to make sure I was comfortable and everything always went smoothly. He was always polite, professional, understanding and caring. I was no longer nervous. He was always calming me and assuring me that everything will be ok. He truly cares about all of his patients. He deserves his license back so he can serve us once again. We truly miss him greatly as our doctor.

Sincerely,

*Larisa Davydov*

VITALY M. TOKAR
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01TO6078136
Qualified in Kings County
Commission Expires April 15, 2022

6/29/2020

*Vitaly Tokar*

June 18, 2020

To whom this may Concern:

This letter is in reference to the esteemed Dr. A. Wienreb. Since I got to know Dr. Weinreb about ten years ago. I've many times witnessed his refined personality and great attributes!

Dr. Wienreb always went out of his way to treat his patients with dignity and respect, making sure everyone feels safe and comfortable. Every Concern was answered with the utmost clarity and patience.

His friendly personality, proper manners, humble character and professionalism is what defines him as a great person! I am extremely grateful for getting to know this wonderful doctor.

Any courtesy extended towards him will be greatly appreciated.

Sincerely,

Frimet Klar

June 28, 2020

To whom it may concern:

Dr. Weinreb has been our doctor for the past 13 years. We want to describe in a very few words the wonderful character that we found in Dr. Weinreb. He has a special personality that is unlikely among his pairs. He is always patient, truthful, and trusted by all who get to know him. He respects everyone's opinion and makes all around him feel comfortable. He is a caring and devoted person who thinks of other's feelings. He relates with people with class and wisdom.

We have seen several doctors and yet when we found Dr. Weinreb, we chose to stay with him. He has provided highly professional care, being a genius doctor. At the same time, he was always so nice and dedicated explaining everything to our fullest conception. He guided our pregnancies carefully with so much devotion.

Just one anecdote of a lot more: when our first baby was born with a heart condition, Dr. Weinreb was the one to ask the doctors to show us the baby before rushing into the NICU. He was a doctor with a heart. When anyone else would have considered their job long over, Dr. Weinreb was fully there. Every time he was in the hospital, he went to visit the baby. He spoke to the doctors to ensure the baby was getting utmost care. He called to update us and has given us tremendous support. This went on for weeks, until we finally brought home our healthy child. We will never forget what Dr. Weinreb did for us at that time and always.

Sincerely,

Jacob and Rifky Rolntizky

May 5, 2020

To Whom It May Concern,

On behalf of myself and my family, I would like to express our deep appreciation and recognition of a wonderful person, Dr. Aaron Weinreb, who over the last twelve years has shown great care and devotion and an unusual wish to be helpful to us in every way that we needed. At any time of day or night that Dr. Weinreb was available to us to coach us, to support us and to help us in every way possible in our wish to build a family. Even after moving out of town, almost eleven years ago, we would constantly consult with him, even though I was using a different local doctor. He always went the extra mile to be available to answer and guide us through any pregnancy related medical questions that arose. He always made us feel that we had someone to turn to and there was no limit to the depths of his caring. We owe him everlasting appreciation and we recognize him to be an unusually caring and humanitarian person.

If you have any questions please feel free to call me at 732-367-4063.

Zeldy St

Zeldy Stern

April 30, 2020

Chana Schaya
317 Walsh Ct
Brooklyn NY 11230
H: (718)972-5599 C: (347)587-9899
E: cmalkys@gmail.com

To Whom This May Concern,

While celebrating my son's birthday today, I let my mind wander back to the day he was born. I remember how nervous I was while checking in to the hospital for my very first labor and delivery at only 19 years old. As much as I thought I was prepared and knew what to expect, I couldn't imagine the exhausting 2 days that lay ahead of me. But neither could I imagine the support and encouragement I would receive from Dr. Aron Weinreb. He constantly came to check up on me with a smile and encouragement regardless of the time and lack of sleep that I'm sure must have come along with it. Only later did I realize that he had come close to and was ready to miss an important family event to stay in the hospital with me during my 20-hour labor. All of this confirmed all the wonderful things I heard about Dr. Weinreb while doing research before choosing an OBGYN. Dr. Weinreb is an honest and humble man, known to all his patients as the ultimate mentch. He constantly asked about my family, and kept track of their wellbeing at all times. That labor and delivery experience is what made me stay with Dr. Weinreb for my next pregnancy and ultimately change hospitals with him as well.

At another time, Dr. Weinreb realized that there was a possible genetic issue that might affect myself and my sisters who were also patients of Dr. Weinreb per my recommendation. While the conventional way of proceeding was by testing us all separately to see if we were at risk of serious illness, Dr. Weinreb realized that it would be far simpler to test my father and thereby save us all from being tested individually. As unusual as it was, Dr. Weinreb was ready to think out the box and do research on something uncommon that might never even come up again. Thank God the results came back fine, but we never forgot the care and devotion Dr. Weinreb displayed.

I was 7 months pregnant with my third child when I got an email from NYU that Dr. Weinreb is no longer practicing with them. Not knowing what happened at first, I tried to contact him to find out if he changed practices suddenly, even making a personal visit to the office when I wasn't getting answers. I was hysterical and couldn't see myself continuing with the pregnancy and going through a labor and delivery without Dr. Weinreb. As disturbed as I was when I ultimately heard the news, I strongly believe that as humans we all make mistakes, and sometimes even very bad ones. What I feel that the court needs to understand, is that Dr. Weinreb was an integral part of our close-knit

April 30, 2020

Chana Schaya
317 Walsh Ct
Brooklyn NY 11230
H: (718)972-5599 C: (347)587-9899
E: cmalkys@gmail.com

Jewish community and therefore was subject to a terrible stigma that will unfortunately follow him for the rest of his life. I sincerely believe that the embarrassment he suffered until now and will undoubtedly continue to suffer is enough to serve as a punishment. Being the responsible person that we all know Dr. Weinreb to be, I have no doubt that he took a strong lesson from this experience and is taking the appropriate actions at this point. While I have trust in the legal system, I believe that some situations call for the same compassion that Dr. Weinreb constantly displayed. I hope that Dr. Weinreb's true qualities will be recognized and he won't be viewed as an evil person that needs to be restrained.

Sincerely,

Chana Schaya

I can be reached with any further questions at H: (718)972-5599 C: (347)587-9899 E: cmalkys@gmail.com

May 1, 2019

To whom it may concern:

"You may be one person in this world, but the world to one person".
This adage so very accurately portrays Dr. Weinreb, though he is the
world to many, many people. Dr. Aaron Weinreb is my beloved
OB/GYN. He is not only renowned due to his expertise and
professionalism in his field, but for his upstanding character, honesty
and values. He is admired by all for being extremely compassionate,
trustworthy, along with his signature-style superb bedside manners.

I am eagerly awaiting Dr. Weinreb's continued care with his calm
demeanor, extraordinary niceness, and reliability.

Anticipating a positive outcome in this situation,

C. Geller

Chaya Geller
718.869.4419