# EXHIBIT 7

BIKUR CHOLIM CHESED ORGANIZATION | 5216 11TH AVENUE BROOKLYN, NEW YORK
718-438-2020 FAX 718-438-6580 E-MAIL INFO@BCCO.ORG

JOURNAL CHAIRMEN: Michael K. Brown, Esq. • Rabbi Chaim Israel

JOURNAL COMMITTEE: Marty Einhorn • Rabbi Yossi Handler • Yaakov Hirsch • Mendy Israel Rabbi Yossi Newmark • Saul Rosenberg • Chaim Schoenblum • Moshe Steinberg • Shloime Steinmetz

- Family Crisis Intervention Program
- Weekly Visits to Dysfunctional Families
- Social Work Interns & Volunteers
- Chayeinu After-School Programs
- Project for thousands of Holocaust Survivors
- Project Lev for Survivors without Family
- Advocacy, Assistance & Support Services for the Elderly

- Confidential Cancer, Low-vision and Diabetic Support Groups
- State of the art Medical Equipment Free Loan
- Hospitality Room at NY Methodist Hospital
- Volunteer Program in Local Hospitals, Nursing Homes and the Homebound
- Medical Relief Project – allocations and referrals

ביקור חולים
CHESED ORGANIZATION



60th Awards Dinner

60 YEARS STRONG

## The Board of Directors



**ביקור חולים**
CHESED ORGANIZATION
GUARDIANS OF THE SICK

*request the honor of your presence at the*

# 60th Annual Dinner

מוצש"ק פרשת ויגש תשע"ג לפ"ק

Motzei Shabbos, December 22, 2012

Reception 7:45 pm | Dinner 8:30 pm

---

**Ateres Chaya Ballroom**

1415 54th Street • Brooklyn, NY

Couvert $250 per couple

---

DINNER CHAIRMAN:
Elly Kleinman

HONORARY CHAIRMAN:
Assemblyman Dov Hikind

DINNER CAMPAIGN CO-CHAIRMEN:
Mendy Feigenbaum
Yisroel Herskovits
Rabbi Chaim Dovid Zwiebel

CAMPAIGN CHAIRS:
Yossie Brachfeld
Shlomo Chaimowitz
Itchy Goldbrenner
Leon Goldenberg
Douglas Jablon
Heshy Kaszirer
Shimon Lefkowitz
Betzalel Lerner
Peter Rebenwurzel
David Singer
Barry Weiss
Jerry Weissman
Reuvain Wolf
Avrohom N. Wolfson

DIRECTOR:
Rabbi Avi Fishof

---

## Distinguished Honorees

**COMMUNITY APPRECIATION AWARD**
Boro Park Center
for Rehabilitation and Healthcare
David Greenberg, LNHA, MPA,
Administrator

**PHYSICIAN OF THE YEAR AWARD**
Aaron Weinreb, MD
Dept. of Obstetrics and Gynecology
New York Methodist Hospital

**HOSPITAL LEADERSHIP AWARD**
Samuel Kopel, MD
Chief Medical Officer
Maimonides Medical Center

**ROFEH CHOLIM AWARD**
Mr. & Mrs. Nachman Klein
Refuah Toys Foundation

**MEMORIAL TRIBUTE AWARD**
תפארת בנים אבותם
*in memory of*
R' Pinchos Berger z"l
ר' פינחס בן ר' יקותיאל זלמן מרדכי ז"ל
Beloved Father of Zalmi & Sendy Berger

**AHAVAS YISROEL AWARD**
Mr. Albert Kahn

**RODEPH CHESED AWARD**
Mr. & Mrs. Heshy Krausz
QUALITY

**LEV V'NEFESH AWARD**
Rabbi & Mrs. Tzudek Stern
Director, Homes with a Heart