# EXHIBIT 8



בס"ד

P.O. Box 396, Woodmere, NY 11598   (516) 295-8900

April 30, 2020

**RAV YITZCHOK KNOBEL** שליט"א
Rosh Yeshiva Emeritus

**RAV MOSHE ZEV KATZENSTEIN** שליט"א
Rosh Yeshiva

**BARUCH MOSKOWITZ**
Executive Director

**RABBI AMI GLASSBERG**
Director of Special Projects

---

**Board of Directors**
ZALMY SCHIOWITZ
President

YOSSI SINENSKY
Vice President

MICHAEL WEICHHOLZ
Treasurer

MOTTI FOX
Secretary

EYTAN FELDMAN
ADAM GOLLER
ELAZAR NADELBACH
MICHAEL RICHMAN
BARUCH SCHACHAR
DOV SINGER

**Advisory Board**
DAVID AIDELSON
STEPHEN FINE
STEWART GREENBERG
RANDY MAKOVSKY
ARNOLD WALDMAN
JACOB WEICHHOLZ

To Whom It May Concern:

    My name is Rabbi Moshe Zev Katzenstein and I am the Rosh Yeshiva (Dean) of the Yeshiva Gedolah of the Five Towns. The Yeshiva provides an education for its post high school students and is a center for community adult education, as well. My affiliation with Dr. Ari Weinreb is in this context. I have known him for well over 15 years. He has always been a devoted community member. He was diligent in his studies and always eager to use his profession to help people from all walks of life. I had many, many occasions where I and my congregants were in a difficult situation and "Dr. Ari" came to the rescue. He also involved himself in the community with the same energy and smile that he approached his medical profession. Ari was actually honored at a Yeshiva function in June of 2011 to highlight his dedication, his commitment and the respect that he commanded from the community and his peers. Although his crime was unfortunate, he has totally taken the responsibility on himself and used the situation to improve himself and rise to even greater heights than before. I've been inspired as to how he has taken a difficult situation and turned it into an opportunity for growth. I think he has risen above his challenges and, given the quality of his character, can now accomplish even more for himself and his profession and his community.

Sincerely Yours,

*Moshe Zev Katzenstein*
Moshe Zev Katzenstein

For any further clarification, feel free to contact me at (516) 972-0914 or rmkatzenstein@ygft.org

Rabbi Baruch Lovett
904 Seagirt Blvd.
Far Rockaway, New York 11691

May 8, 2020

To Whom It May Concern:

I am writing this letter on behalf of Ari Weinreb. I (and the Torah Academy for Girls where I am part of the administration) absolutely do not condone the actions of Dr. Weinreb for which he pleaded guilty. Those do not reflect the values that we espouse here.

That being said, throughout the years, Dr. Weinreb was a parent in good standing here. He attended Parent – Teacher conferences on a regular basis. He was a regular donor to the school. He felt that he wanted to support his daughters' school in any way he could. His donations were his investment in his daughters' education as well as that of the other students that attend the Torah Academy for Girls.

The act for which Dr. Weinreb pleaded guilty does not represent the person that I know. He has expressed remorse for his actions and is trying to get his life back in order. Hopefully, within the scope of sentencing guidelines, the court finds it in their hearts to issue a lenient sentence to a person who owed up to his mistakes and also has taken upon himself to be a better person.

Thank you.

*Baruch Lovett*
Baruch Lovett

**Rabbi Yitzchok Yurman**
Menahel

**Rabbi Yoni Mitteldorf**
S'gan Menahel

**Rabbi Yirmiyahu Lebowitz**
Principal

**Rabbi Naphtali Sudwerts**
Executive Director



To Whom It May Concern,

This is a character reference letter for Ari Weinreb. This letter does not condone the actions Ari Weinreb is accused of. Instead, this letter is to relate to you his direct support and cooperation with the school, before any accusations were made.

Ari Weinreb has been involved in Mesivta Netzach HaTorah since before its inception. This private high school began three years ago, and is located at 111 Irving Place, Woodmere, NY 11598. Since then, Ari Weinreb had many interactions with the school. These interactions were both in his involvement with the school in general, and more specifically as a father of two children currently enrolled in the school.

Ari Weinreb was one of the original few parents who recognized the community's need for a new school. He has since then been actively involved in collaborating with the school's administration for its continued growth and success. Some of this involvement has been by being part of the dinner committee, the fundraising committee, and, perhaps most importantly, the recruitment committee. He came to the school often for meetings, and to volunteer if there was a need. Ari Weinreb also opened his house to the school on a number of occasions, for Open House recruitment and parlor meetings.

Ari Weinreb was always present for Parent Teacher Conferences, and contacted the school principals or teachers with any ideas or concerns. He also made time for father/son or school events. Often he made himself available for the planning of such occasions, and would accompany the school when he was available as well.

Respectfully,

The Administration

**MESIVTA NETZACH HATORAH**

111 Irving Place, Woodmere, NY 11598   Phone 516.374.6777   Fax 516.374.6776   Office@NetzachHatorah.com



בס"ד

YAAKOV & ILANA
MELOHN CAMPUS
IN MEMORY OF
REB YOSEF MELOHN ז"ל

Rabbi Yaakov Bender
*Rosh HaYeshiva*
Rabbi Shlomo Avigdor Altusky
*Rosh Yeshiva*
Rabbi Moshe Bender
*Associate Dean*
......
Mr. Ronald Lowinger
*President*
Mr. Lloyd Keilson
Mr. Motty Klein
*Co-Chairmen, Board of Trustees*
Mr. Alex Edelman
Mr. Shimon Pluchenik
Mr. Morris Smith
*Board of Trustees*
Mr. Elisha Brecher
Mr. Aron Solomon
*Co-Chairmen, Board of Directors*

*Board of Directors*
Mr. Dovid Bloom
Mr. Eli Bobker
Mr. Dovid Brecher
Mr. Mottie Drillman
Dr. Shamshy Eisenberger
Mr. Michael Fragin
Mr. Menachem Lieber
Mr. Ben Lowinger
Mr. Menachem Marx
Mr. Adam Mirzoeff
Mr. Menash Oratz
Mr. Aroni Parnes
Mr. Dovid Scharf
Mr. Yoav Taub
Mr. Ely Tendler
Mr. Avi Weinstock
Mr. Dov Weinstock

*Executive Board*
Mr. Yehuda Biber
Mr. Moshe Bloom
Mr. Berel Daskal
Mr. Uri Dreifus
Mr. Yoily Edelstein
Mr. Moshe Feigenbaum
Mr. Eytan Feldman
Mr. Gadi Fuchs
Mr. Alon Goldberger
Mr. Carmi Gruenbaum
Mr. Motty Jacobowitz
Mr. Dovi Karfunkel
Mr. Tzvi Keilson
Dr. Yair Keilson
Dr. Duvi Klein
Mr. Ushi Klein
Mr. Yosef Lowinger
Mr. Matis Manela
Mr. Moshe Mendlowitz
Mr. Hillel Moerman
Mr. Elliot Moskowitz
Mr. Shmuel Neuman
Mr. Adam Okun
Mr. Ephram Ostreicher
Mr. Uri Sprecher
Mr. Steven Stein
Rabbi Simon Taylor
Mr. Yosef Wartelsky
Mr. Shlomo Weiss
Mr. Yehuda Zachter
......
Rabbi Joel Kaplan
*Executive Director*
Rabbi Zev Bald
*Director of Development*
Rabbi Baruch Rothman
*Director of Institutional Advancement*
Rabbi Avraham Schachner
*Controller*
Rabbi Moshe Chaim Horowitz
*Assistant Controller*
Rabbi Pinkus Mayer
*Director of Special Projects*
Rabbi Moshe Benoliel
*Director of Alumni Affairs*
Rabbi Eli Biegeleisen
*Director of Community Engagement*

May 2020

To whom it may concern:

I, Yaakov Bender, am the Dean and Head of School for Yeshiva Darchei Torah, the school where Dr. Ari Weinreb's sons attend.

While I do not condone Dr. Weinreb's actions that have placed him in this situation, I would like to convey that Dr. Weinreb was an involved parent in our school and an excellent father to his children, until he made this unfortunate, bad decision.

Not only did Dr. Weinreb pay tuition for his own children, but he donated considerably and yearly to the scholarship funds for needy students. He was always gracious and forthcoming with his helpfulness to our school.

Dr. Weinreb attended every school function and was active in his sons' education and recreational activities.

This incident is devastating to the children, so any and all considerations would be greatly appreciated.

Sincerely yours,

Rabbi Yaakov Bender
DEAN