# EXHIBIT 9



WELCOMES YOU
TO OUR

# Annual Dinner
# דינער השנתי



ב' יתרו - אור לחמשה עשר בשבט, תשס"ח
MONDAY, JANUARY 21, '08





BROOKLYN MARRIOTT MARQUIS

333 ADAMS STREET
BROOKLYN, NY 11201

RECEPTION AT 6:30 • DINNER AT 7:30



## ARON WEINREB M.D.

Aaron Weinrib is currently an Associate Attending at New York Methodist Hospital in Brooklyn, NY and an Associate Professor of New York Cornell University. He has recently left his position as the Associate Residency Program Director of Obstretics and Gynecology at New York Methodist Hospital where he was director of residency teaching program to concentrate more fully on his clinical practice. He has a large private practice in Midwood, Brooklyn where he specializes in minimally invasive gynecological surgery perfoming almost all surgeries via the laparoscpic and/or hysteroscopic approach. In addition, as a solo practioner, he offers personalized and individualized care for all his patients. Expectant mothers enjoy the benefit of the close bond he develops with them as he cares for them from their initial prenatal visit until after the birth of their newborn.

Dr. Weinrib has been a member of the A TIME Medical Advisory Board for the last few years.

Most recently he has actively participated in the Committee for Halacha and Technology's project to educate and train rabbonim and poskim in the fundamentals of obstrectics, gyenocolgy and infertility. His dual role as both a ben Torah and physician has allowed him a unique understanding and respect for the sensitivities and needs of patients with regards to Jewish halacha and hashkafa. He has had the opportunity to attend to many A TIME members who have successfully conquered their challenges of infertility.



Medical Achievement Award