# EXHIBIT 10



בוני עולם
BONEI OLAM
BRINGING • HOPE • TO • FRUITION
Helping Infertile Couples Achieve Their Ultimate Dream

May 9, 2020

Re: Aaron Weinreb

To whom it may concern,

I write to you from Bonei Olam on behalf of Aron Weinreb. Bonei Olam (lit. Builders of a World in Hebrew) a non-profit organization established in 1999 to provide whatever means or resources necessary to help childless couples achieve the dream of parenthood. Over the years we have evolved to include guidance, research, and financial support in the fields of infertility, maternal-fetal care, fertility preservation for oncology, and genetics.

I have known Ari for quite some time now and have had many interactions with him both on a personal and professional level. He has always been the soft-spoken individual ready, able, and willing to help at any time.

I would like to share with you some of our recent interactions. Bonei Olam runs a "Medical Hotline" offering guidance etc. to callers seeking assistance in any of the various aforementioned areas we support. Ari mentioned that he would like to volunteer time to the community, so I dared to ask if he would be willing to take calls pertaining to obstetrical questions when referred from our hotline – he readily accepted. It was quite surprising being at that point he had a full practice in OBGYN, and one generally doesn't volunteer his profession without compensation. But for Ari that was the natural response.

Another recent occurrence that comes to mind is this past summer when I received a call from a young woman unfortunately diagnosed with cancer while pregnant We guided her through fertility preservation and the n the problem arose the oncologist told her she must terminate the pregnancy before commencing chemotherapy as it is toxic the fetus. Her obstetrician was not reachable, and the couple reached out to me for help. Naturally, my first call was to Ari, again this was not his patient, but he overextended himself to care for this patient in a manner not seen in the standard care of most physicians nowadays. I believe this behavior is not commonly seen only on rare occasions when you come across a selfless individual such as Ari.

The list could go on, but I will just share just one more situation where Ari gave his time freely. Bonei Olam has a board of Rabbis who stay abreast of current medical practice and scientific research in the field of infertility and genetics. Understandably, due to their busy schedules, it is always a hassle finding a physician able to set aside time to come down to our offices to lecture.

*Rabbinical Advisor* Rav **Y.M. Steinmetz**   *Executive Director* **Shloime Bochner**
1755 46th Street • Brooklyn, NY 11204 • Tel: 718.252.1212 • Fax 718.338.2990 • www.boneiolam.org • info@boneiolam.org

For my most recent lecture I reached out to Ari, and of course, again he promptly agreed. He lectured on obstetrics and genetic screening combining two of our interests in a fascinating lecture enjoyed by all.

In conclusion, it is infrequent to find an individual with these qualifications, knowledge, and expertise in conjunction with the generosity, kindness, and pleasant attitude I have always seen in Ari.

Sincerely,

Chaim Landau

Director Genetic Resources and Services |
GENErations / Center for Rare Jewish Genetic Diseases
Patient Relations | Bonei Olam



June 10, 2020

To Whom It May Concern:

You Honor,

Yearning to have a child is something we are very familiar with.

Twenty-Seven years ago A TIME was established to help Jewish couples realize their dream of building a family.

A TIME has quickly become a full-service organization that offers guidance support and many invaluable services.

For many years Dr. Aaron Weinreb has been a vital part of the A TIME Medical guidance team. He has extended himself to the community in many invaluable ways, very often at his own expense and time.

For years he presented talks at out institute of Halacha and Technology on the latest developments in reproductive health. He was part of the team that reviewed medical slides for clarity and to assure that the information presented was correct.

Dr. Aaron Weinreb's personal cell number was freely shared by the many Rabbis, couples and A TIME staff for any questions or concerns. This was all done with so much caring and devotion and completely free of charge!

At our recent medical conference Dr. Aaron Weinreb was one of our distinguished presenters. Always arriving before every other physician, we would see him chatting endlessly with anyone he can help. His presentations were always lively, organized and interesting. He has a special knack of simplifying the most complicated medical talk.

Dr. Aaron Weinreb would visit our office sometimes just to personally explain a medical procedure to a helpline member.

We saw him as a friend, supporter, colleague and very valued community member, giving so much of himself to the community at large.

Thank you,

Saul Rosen

Founder & CEO

# PROCREATIVE CONSULTANTS
## Aron S. Jacobowitz

66 Heyward Street  
Brooklyn, N.Y. 11206

aron@procons.org

Phone: 718-387-8523  
Fax: 718-387-8786

May 5 2020

To Whom it May Concern,

Our organization *Procreative Consultants* was created in 1989 to guide and counsel individuals and couples faced with challenges in all areas of reproductive health. We pride ourselves in being there for our community; to help and support them through difficult times and to give them the comfort and confidence to make the right choices.

In order for us to complete our mission, we rely on the generosity of a few selected talented physicians that in addition to their excellent clinical practice have that unique human touch, devotion and selflessness to care for others in need.

Aaron Weinreb, for as many years as I can remember, has been an integral part of our great work. When patients required emergency attention, Doctor Weinreb could always be counted on. When he was called to intercede, *"No"* was not part of Dr Weinreb's lexicon. He was always there to answer questions, offer help, guidance for those in need. He would frequently make time on his busy office schedule to accommodate our patients on the very same day when necessary. He even had arranged to meet many of our patients in the Hospital's Emergency Room or the Preoperative holding areas for immediate surgery.

Over the many years, I have enjoyed both my personal and professional relationship with Aaron Weinreb. In addition to being a dedicated physician, he gave his time to our organization and greater community by taking calls from, consulting with and lecturing many rabbinic leaders in various issues regarding Jewish law and medical practice.

Dr Aaron Weinreb has gone beyond his duty in so many ways that resulted in so many patient positive experiences and outcomes. We sincerely hope that the merit of Dr Weinreb's good deeds now be credited to him in his own difficult situation. May he be judged favorably in the same way as he has always helped others.

*[signature]*

Rabbi Aron S. Jacobowitz  
Director



4/07/2020

To Whom it May Concern,

12:30 am. The phone rings and it is Mindy G. on the telephone. She had been feeling quite weak. She had some stomach pain and was bleeding. She was taken into a local urgent care via Hatzalah. When suddenly something that seemed simple turned into something life threatening. An emergency sonogram was performed revealing that Mindy was experiencing a full blown ectopic pregnancy rupture. She had no doctor yet.

12:35 am. I call Dr. Weinreb and he picks up the phone. He was home after a long 24 hours run in the hospital. Dr. Weinreb though, when approached, never said no.

12:45 am both patient and Doctor were on the run to the hospital. Mindy was not Dr. Weinreb's patient. He agreed to service her. She was alone and needed a doctor. He would give her the best care.

By 1:45 am I had already received a text from Dr. Weinreb that he was in the OR with her.

He had saved another life.

This was the norm with the service that my patients received from Dr. Weinreb. There was integrity combined with professionalism, dedication, trustworthiness, knowing that we could always rely on him.

Case number two.

Sury called me up in panic. She had discovered that she was carrying an anencephaly baby at 22-week sonogram. The procedure of choice from her practice was only a surgical extraction procedure. She did not want her baby to be cut to pieces. The only doctor that would accommodate patient's choice delivery method was Dr. Weinreb. In addition to his expertise care, respect to his patients personal and emotional needs were top priority. Within 2 hours Sury was on her way to Methodist hospital to deliver this baby. And Dr. Weinreb was there for her.

Case number three.

Chana was carrying a trisomy 13 baby. Not compatible with life. Dr. Weinreb called me in to the picture to support Chana. He did not leave the hospital during the entire time that she was in labor. He would not want her to experience one iota of pain. Chana's memories of her delivery as well as myself was one of dedication and care. His main focus was on her care. Making this horrific package more endurable.

We were involved in many different scenarios of where Dr. Weinreb was involved. His care and concern for his patients exhibited that he did not treat numbers or run some sort of practice. He treated patients, he treated people, and showed that he cared. He treated each patient as an individual. He was empathetic and skilled. He was humane and reachable at any time.

Much thanks

Mrs. M. Klaristenfeld

Director of Knafayim

Knafayim  1242-51st Street Brooklyn, NY 11219  (917) 627-5528  knafayimwings.org  support@knafayimwings.org