EXHIBIT 12

# Neimus Moshe

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

4/18/2021

RE: UNITED STATES v. AARON WEINREB
Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

My name is Rabbi Josh Freidman and I am currently the Executive Director and Assistant Dean of *Yeshivas Neimus Moshe* in Beth Shemesh, Israel.

I'm writing regarding Dr. Aaron Weinreb, who I have known since May 2018. My relationship with Aaron began when I was fundraising for a unique institution of higher learning in Israel where the students spend hours a day learning ancient Talmudic texts and yet have a full curriculum of secular subjects. This concept is not typical in our religious circles, and getting it off the ground required the investment and support of many others.

I would like to share with Your Honor the Aaron that I know. Aaron has been of tremendous assistance to our institutions through his generous donations. However, he is not satisfied with simply donating his own money. Rather, he got actively involved and shared his enthusiasm by actively introducing us to others who can help, making the case for why they should give charitably to our institutions as well.

I was given Aaron's contact information as a possible donor and as a lead to others. After a brief conversation by phone, Aaron offered to host a parlor meeting in his home for our institution. When we arrived in the United States, the staff and I were more than shocked and thrilled when we arrived to his home packed with over 100 people. Aaron and his wife had done all the leg work for us; they believed in our cause and they were excited to get engaged and share their enthusiasm with others.

As a fundraiser for over 15 years, I've seen firsthand the nature of people. When someone knows you're asking for money, getting them to pick up the phone or answer an email is difficult. And when you do reach them, you have to do a whole song-and-dance and "pull teeth" just to garner a commitment of support.

This is what makes Aaron incredibly special. I did not run after him; he runs after me! In the past three years, I've remained in contact with Aaron as a donor to our institutions, and I've

discovered his passion for giving is not unique to our institution or his belief in the work we do. He is an extremely good-hearted fellow and always the first person to volunteer when something needs to be done. He has a tremendous natural desire to make our world a better place. The act of helping people – whether with encouraging words or generous actions – gives him life, bringing him joy and purpose. It is perhaps the most human of traits, yet sadly one I do not encounter very often.

Though my relationship with Aaron began through his involvement with my institution, I have been truly blessed to know a good person. I admit that I do not know Aaron well outside of the above relationship that I have described. Yet, I believe that the little window that I have seen into his life is more than enough for me to sum up the essence of who he is.

I must plead with Your Honor on his behalf, and this is what I say: From the depths of my being, Your Honor- and from one human being to another- we need people like Aaron. The world needs people like Aaron – people who are looking to promote good causes; people who are looking to help others. Please give him the chance to continue to improve our world, and please give our world the benefits that only rare people like him can bring.

Respectfully yours,

Rabbi Josh Friedman

Israel address: Nachal Sorek 19b, Ramat Beit Shemesh

US address: 144-16 68th Avenue, Flushing, NY 11367