EXHIBIT 14


(https://lihbanners.creativecirclemedia.com/www/delivery/ck.php?oaparams=2__bannerid=1419__zoneid=226__cb=b894ebac82__oadest=https%3A%2F%2Fad.doubleclick.net%2Fddm%2Ftrackclk%2FN8590.3360875LIHERALD%2FB2!



⚠ WE NEED YOUR HELP — Support your hometown newspaper by making a donation. (/heraldsupport.html)

SELECT A TOWN

# Trying to enhance their neighborhood

## West Broadway neighbors push for upgrades

Posted August 19, 2015



(/uploads/original/1439997130_261d.jpg)

Several Woodmere residents formed the Five Towns Beautification and Safety Improvement Committee to campaign for repair of West Broadway, left.
VANESSA PARKER/HERALD

By Vanessa Parker (mailto:vparker@liherald.com)

After Woodmere resident Dr. Ari Weinreb started a petition to obtain funding for a roadway resurfacing and sidewalk repair project, he formed a group with 18 other concerned citizens. They called themselves the Five Towns Beautification and Safety Improvement Committee.

Deteriorating sidewalks and crumbling pavement along West Broadway in Hewlett, Woodmere and Cedarhurst (http://www.cedarhurst.gov) prompted Weinreb to take action, he said.



He addressed the condition of West Broadway, from Mill Road in Hewlett to Rockaway Turnpike in Cedarhurst, with County Legislator Howard Kopel (https://www.nassaucountyny.gov/521/District-7---Howard-J-Kope) (R-Lawrence (villageoflawrence.org)) a couple of years ago. Then, when no improvements were made, he began collecting signatures of community members, many of whom live on side streets along West Broadway, to demonstrate that he wasn't the only one who wanted to see the roadway repaired and the sidewalks and curbs fixed. His met his goal of obtaining more than 100 signatures.

"I was very frustrated," Weinreb said of his requests for help. "It took a long time."

The group officially formed two months ago. Members began talking about what areas needed help, and then decided how to promote plans for reconstruction and beautification, said Weinreb, who serves as the committee's primary spokesman.

(https://lihbanners.creativecirclemedia.com/www/delivery/ck.php?oaparams=2__bannerid=1456__zoneid=228__cb=1d2dfd765c__oadest=http%3A%2F%2Fwww.b2bespokeny.com)

"At first, it was just one or two couples talking about wanting to do something," he said. "Once those two couples started talking about the group and our plans, others got involved. The letter addressed to community leaders plus the petition was our first step."

Then Weinreb sought out other potential members, such as Hewlett resident Yishai Honig. "I walk on West Broadway every day, and I'm always amazed how dilapidated and neglected it looks," Honig said. "It's even more surprising when you compare it to the rest of the Five Towns. Improving West Broadway would impact everyone. First and foremost, it would be safer with proper curbs. Secondly, cleaning it up, repaving, removing old utility poles and planting trees would improve both the aesthetics and definitely the value of everyone's properties, not only on West Broadway itself but for the entire neighborhood."

Beautification and restoration work is expected to begin next year, as part of Nassau County's (http://www.nassaucountyny.gov/) capital budget, according to Kopel. "Groups like this are great because they show civic spirit and help us as officials stay informed as to the things that are happening right in their neighborhoods," he said. "I'm positive that they will work together with us to keep their neighborhood safe and clean. They are looking out for their whole community."

There are several places along West Broadway where two utility poles stand next to each other, with the newer one supporting the older one, which has yet to be removed. Weinreb said he wants the utility companies to take down the unneeded poles.

"To fully restore West Broadway, we must also address the decommissioned, broken and leaning utility poles and the abundance of no-longer-in-use electrical wires and cables, Weinreb wrote in a letter to Kopel. "Our understanding is that this aspect of the project requires the full cooperation and direct participation of our local utilities."

Suri Weinreb, Ari's wife, a physician as well and the communication liaison for the committee, said that one of the leaning poles was just outside her children's school on West Broadway. "I look at it, the way it's leaning, and it scares me," she said. "This is so dangerous. I've spoken to people at the school about the pole, and they weren't able to call or do anything about it. I'm so worried that it's going to fall on anyone walking up into the school." Of other repairs that are needed, she added, "I shouldn't have to hold my children's hands to prevent them from falling down just walking on the sidewalks."

The committee is intent on spreading its influence by organizing fundraisers for political candidates and continuing the letter-writing campaign to the utility companies.

"Our first goal was in trying to get the officials to see that the work is done," Weinreb said. "Our other goal is to then stay on top of the work, making sure that the repairs are maintained."

**OTHER ITEMS THAT MAY INTEREST YOU**

College-bound teen has research published (/stories/college-bound-teen-has-research-published,132502)

Lawrence man assaulted in Manhattan (/stories/lawrence-man-assaulted-in-manhattan,132543)

CAPE is back for summer fun in East Meadow (/stories/cape-is-back-for-summer-fun-in-east-meadow,132535)

Town of Hempstead summer concerts are back (/stories/town-of-hempstead-summer-concerts-are-back,132536)

## Comments

Report an inappropriate comment (/report_item.html?sub_id=70518&referring_url=%2Fstories%2Ftrying-to-enhance-their-neighborhood%2C70518)

0 Comments

Sort by | Oldest



Add a comment...

Facebook Comments Plugin

**FREE WEEKLY EMAIL NEWSLETTER** (/signup.html)
CLICK HERE TO SIGN UP NOW

Q

ADVANCED SEARCH (/SEARCH.HTML)

# Time to fix West B'dway

By Tyler Marko, Herald Community News

Dozens of Five Towns residents packed the Boehm Meeting Room in the Hewlett-Woodmere Public Library on June 6 to voice concerns on the condition and safety of West Broadway, from Mill Road in Hewlett to Rockaway Turnpike in Cedarhurst.

Organized by the Five Towns Beautification and Safety Improvement Committee, which several community members formed in 2015 to push government officials to repair the roadway, the forum included county Legislators Howard Kopel and Denise Ford, a representative from the Nassau County Department of Public Works, and police officers from the 4th Precinct.

Ari Weinreb, who helped organize the meeting, said the substantial turnout "shows what an issue this really is and how concerned people really are."

Kopel said he understands the problems. "I drive the neighborhood, I've got family in the neighborhood … so we're all very, very concerned and interested in this," he said.

The restoration project had been scheduled for last year, but is now set to begin in 2018. Kopel cited budget issues, a drainage study and standard government red tape as reasons why the project has stalled.

Nassau County had received money from the state to study methods to mitigate flooding in the area, Kopel. "[In order to fix the flooding] sometimes it involves breaking up streets. It would have been exceedingly wasteful and foolhardy to tear up sections of West Broadway while that study was going on and then potentially having to tear up parts of it again after repairing it."

In addition to road resurfacing, the residents also want the curbs and the sidewalks along West Broadway repaired. This is normally the responsibility of the town or village, not the county, but Cedarhurst Mayor Benjamin Weinstock said that the county covered those costs when they repaired the broken sidewalks on both sides of Branch Boulevard, between Cedarhurst and North Woodmere. Both Kopel and Ford said would do all they could to have the county cover those costs, but said that some battles are out of their control.

The double utility poles that line the street are another issue for residents. Officials said that the last company to use the poles, Verizon in most cases along West Broadway, is responsible for removing poles that aren't in use. Ford said they have been pressuring the companies to do so, and were working towards leveling fines.

Sgt. Charles Sollin, who heads the 4th Precinct's Problem Oriented Policing program, advised residents to call the precinct at 516-573-6400 to report broken poles they believe might be a dangerously splintered.