EXHIBIT 15

# Rabbi Wallerstein inspires CAHAL's SRO event




At CAHAL's Sunday evening event, from left: Rabbi Moshe Rudich, Rabbi Zechariah Wallerstein, Rabbi Chananya Grinberg, Rabbi Dov Langer, Drs. Ari and Suri Weinreb, Sheldon Ehrenreich, Rabbi Moshe Rudich, Rabbis Avrohom Fridman and Rabbi Nachum Dinowitz.

Drs. Suri and Ari Weinreb hosted an evening of inspiration to benefit CAHAL on Sunday that featured a passionate talk by Rabbi Zechariah Wallerstein.

Rabbi Wallerstein, who speaks all over the world and has accomplished miraculous successes with his yeshivas, special programs and the mechanchim he has inspired, entertained the standing-room-only crowd with stories of his career in chinuch and kiruv, but his message was very direct.

"The street accepts everyone — it doesn't ask how much money you have or what grades you get," he said, adding that he was compelled to speak to the Five Towns community when he heard of CAHAL's urgent need for funds to continue the success of its program this year.

"Over money?" he asked incredulously. "Keep CAHAL open! It's even more important than the yeshivas."

He spoke of Yosef Hatzadik, the outcast; Moshe Rabeinu, the stutterer, and Dovid Hamelech, the "runt" of the family. None of them were superstars, yet they became immortal leaders in Klal Yisrael, he said. His ultimate message was that there are potential gedolim growing up in CAHAL classes, and it is the achrayus of the community to ensure its own future by making sure that all children, whether or not they learn typically or require the love and special attention that only CAHAL can give, get the same chance.

Rabbi Wallerstein shared that he told his talmid muvhak, Rabbi Moshe Rudich, a CAHAL rebbe and mentor in his tenth year, that he must stay in chinuch despite his demanding schedule as a life coach and businessman. Rabbi Rudich encouraged his rebbe, Rabbi Wallerstein, to speak for Sunday's event.

Dr. Suri Weinreb has been CAHAL's invaluable staff psychologist for many years, working closely with CAHAL's teachers and students. While the Weinrebs arranged seating for over 100, by the time the presentation began, the audience was standing room only. The crowd overflowed in the family room and dining room, and spilled over into the kitchen and hallway, as the community gathered to support CAHAL.

Rabbi Avraham Fridman, general studies principal of Yeshiva of South Shore, opened the program by speaking of how CAHAL classes are an integral part of the yeshiva's student body, and how CAHAL's proven model of remediation and building foundation skills paves the way for academic and social success. He spoke of the passion of the CAHAL staff in the yeshiva and their unparalleled level of professionalism and dedication. He spoke of how fortunate the community is to have a program that addresses learning issues and keeps children on the derech.

Rabbi Nachum Dinowitz, a longtime rebbe at Yeshiva Darchei Torah, spoke with awe of Rabbi Binyamin Jacobs (one of CAHAL's most senior rebbeim) and his consistent ability to impart the highest level of skills in CAHAL's talmidim. Rabbi Dinowitz said that these essential skills are building blocks for any child who aspires to be a talmid chochom.

"We all wish that CAHAL's rebbeim could teach our mainstream classes and impart some of their magic" he said. When the time came to put his daughter in a CAHAL class, he did not hesitate. He expressed a special hakaras hatov to Justin Lepolstat, an outstanding CAHAL teacher. More than a dozen CAHAL rebbein, teachers and therapists were among the large crowd of supporters and parents.

CAHAL thanks the Woodmere community, for joining in Sunday's event, and Dina Rogoff, who coordinated every aspect of the décor and food presentation.

CAHAL, the local yeshiva-based and sponsored community program for children with learning challenges, now in its 24th year, provides smaller, more individualized classes in the local yeshivas catering to children's learning styles, where all the students attend mainstream activities daily, including lunch, recess, specials, assemblies, trips and more. When ready, children attend academic classes as well, with support from CAHAL to ensure success. The experienced and caring CAHAL teachers make it all happen.

*For more information about CAHAL, write cahal@cahal.org or call (516) 295-3666.*

*Source: CAHAL*



Empowering Through Education

How Rabbi Menachem Bombach is Revolutionizing the Charedi World

By Tammy Mark

The energetic rabbi with the beard and the long black coat – what differentiates him from the countless other dedicated rabbis and educators in yeshivas in Israel?

It may seem like it was the video of his classroom lesson on Yom Hazikaron which went viral last spring, but in actuality it's his groundbreaking way of preserving traditional values that is attracting the most attention.

Rabbi Menachem Bombach is the founder and principal of the Hasidic Midrasha - Torah Academy of Israel, an exceptional school for charedi boys in the Beitar Illit community of Jerusalem. The Midrasha is a yeshiva where students can achieve the highest levels of Torah learning, yet also an institution that provides them the opportunity to expand their minds – and prepare themselves for a more promising future.

Rabbi Bombach is working to preserve the sustainability of the charedi community by changing the status quo, empowering students through education. Picture young, Chassidic boys, with their *peyos*, white shirts and black pants, learning Torah but also studying science or farming.

The Midrasha provides a full range of general studies in which students graduate with a complete Bagrut matriculation certificate, and offers the students everything from math and chemistry to farming. While conventional charedi models focus exclusively on full-time Torah studies, Rabbi Bombach's program educates the boys in areas that will allow them to support themselves while still remaining within the framework of their traditional values. Torah Academy is the first high school in Israel to offer an integrated program for the Hasidic community.

Rabbi Bombach has certainly made an impact on his community in Israel, and this past May he made a surprising impact on the Jewish world at-large.





"You see that you can really educate them and they are still inside the community and love the community - and be proud of the community."

On Yom Hazikaron, Israel's Memorial Day, a video circulated the internet of a rabbi giving a lesson to his students in commemoration of the national holiday. At first glance, it may have looked like another touching tribute to the fallen soldiers of the Israel Defense Forces who protect the land of Israel. Upon further examination of the context, the video represented much more than a tribute, but rather a transformative moment in time.

In most schools across Israel, even the youngest students are familiar with the soldiers of the IDF — some are their very own brothers, cousins or neighbors. Many have already experienced personal loss. But in many charedi schools across the country, many of the children are unaware of Yom Hazikaron and have never met someone who served in the IDF.

The rabbi in this particular classroom on the video was Rabbi Bombach, and the charedi students in Rabbi Bombach's class have never been taught about Yom Hazikaron, and most likely do not know any soldiers personally. Due to divergent beliefs and charedi underrepresentation in the IDF, Rabbi Bombach needed to drive the message and solemnness of the day home to his students in a unique and impactful way. He presented his students with a picture of a young boy draped over his father's grave. Rabbi Bombach explained to the boys that this boy's father went off to war so that others, like themselves, would be able to study Torah.

The lesson went even deeper. He asked the students what they saw and how they felt. Rabbi Bombach then discussed the emotions of empathy and gratitude — concepts that are seldom developed in a typical social studies lesson. He presented the lesson in a simple yet careful way and was able to present a complex concept to boys who have never acknowledged the national holiday. Additional handouts told of other fallen Israeli soldiers and explained how they all died defending their homeland and that they were sanctifying G-d's name. The lesson continued with the recitation of Tehillim and the names of the soldiers, and concluded by calling the boys up to light candles in their memory.

The display of the intersection of two ideologies garnered considerable attention. The visual images alone drove the point home; Rabbi Bombach not only elicited true empathy from his impressionable students, but as the video went viral it touched the hearts of so many people around the world.

abbi Bombach's lessons are not just given to educate his students and give them more information about topics they may not know much about. His classes are much more than that. Rabbi Bombach's goal is to preserve the charedi community by empowering it to survive. He explains that the statistics indicate extremely difficult circumstances to come for the charedi community if things remain status quo.

"Right now, there are 16,000-17,000 charedim who finish school every year and enter the real world. Most of them do not have the required skills to make it," he notes. "Understand how much this is detrimental, not only to Israel's economy — which in my opinion is very important — but also detrimental to the charedim. They do not have the ability to provide for their children. We must change this," Rabbi Bombach stresses.

He adds that in the charedi city of Beitar Illit, 60% of the children are classified as impoverished. "Outright poverty. It's very simple: their lot is to be poor children," he laments.

Rabbi Bombach believes that these numbers are also part of a bigger picture. Not only will the situation lower their self-esteem and their confidence, it will increase the societal gap and tensions between Israel's populations. "It's a disaster for Israel and for themselves," he projects.

Charedi parents are realizing that they want more, and need more, for their children. Rabbi Bombach explains that some of the parents are choosing the Midrasha as the preferred alternative to traditional charedi yeshiva, while some are concerned that their child won't succeed on the conventional path. Other families are seeking solutions and a way to prevent their children from struggling with drugs and other issues that a charedi yeshiva is not equipped to combat.

While the need for change is evident, Rabbi Bombach has experienced his share of pushback. "I think there is a majority who really support us, maybe not publicly," he says. "The resistance comes from the real edges, the extremist of communities who are identified with the extremism. But they do not really present the majority of the charedi community. I think we







In the charedi city of Beitar Illit, 60% of the children are classified as impoverished.

have much encouragement inside the community," he says in his perpetually positive manner.

As for the video that took the world by storm, the release came as a complete surprise to him. "I was shocked – I didn't send it," he says. "Someone took it from the whole movie – it was a one hour movie on Channel 10. Someone took the movie and removed the Yom Hazikaron segment."

The bigger surprise was the feedback he received. "I was really shocked and I felt blessed, because I really believe in *kiddush* Hashem. I educate the kids on *kiddush* Hashem and understood that it was such a very spiritual moment," he says. "It gives me so much excitement and recognition." He believes the impact goes far deeper. "I'll tell you more," he says contemplatively. "Maybe it gives some message for the secular or *daati* community, but those things also come inside the community and also give them a new point of view, a new way to look of those kinds of things. The charedim are not making ceremonies about Yom Hazikaron, and now they can see it's not about Zionism – just *hakarat hatov* – gratitude. That's the point."

Journalist Raviv Drucker spent a year in the Midrasha and Rabbi Bombach gave Drucker free range. Rabbi Bombach says he is so proud of what he's doing at the yeshiva that he felt comfortable and confident enough to allow the cameras go anywhere, at any time. The full-length video shows the students learning, tending to a vegetable garden, hiking and playing ball.

"I feel like those kinds of things can give a look inside, not just as an anthropological experience, but inside the community. You see that you can really educate them and they are still inside the community – and love the community – and be proud of the community. It will be different because they will be able to finance themselves and be identified with Israel," says Rabbi Bombach. "This is a very very important issue for me. I have to say that without solidarity with Israel, I wouldn't want this school. This is like an anchor and that anchor can save the future of Israel."

Asked if all of the parent body is fully supportive Rabbi Bombach says that they are, even if some aspects may make some parents uncomfortable. "I used to say this is a package. I have no conflicts with the parents. They know I'm very assertive about the idea and how I look at it." He elaborates, "I also know the circumstances so I'm not judgmental; I know we just need to help. I look at it with compassion. We need to do the best that we can even if it's not easy, and there could be even regression."

Rabbi Bombach feels fortunate to have a team of like-minded educators alongside him. "I worked in education for many years," he says. "The success is not about me, but because I know how to hire the best people."

H is journey began as a personal one. "The source of motivation usually begins with pain. I began with pain," he admits. "That's good for short term, but for the long term you need pleasure. I'm full of pleasure now because I believe this is the future of Israel."

Conversing remarkably well in both Hebrew and English, Rabbi Bombach is self-taught, having spoken only Yiddish until age 20. It was his own experiences that helped shape his ideology, beginning when he got married and went to work and discovered how much basic knowledge he was lacking.

Having studied at the Mir Yeshiva, Rabbi Bombach went on to pursue a B.A. in education and an M.A. in public policy from the Hebrew University of Jerusalem. He founded a preparatory program at Hebrew University to provide young charedi men with the background and tools needed to succeed in university. As more and more men were unable to keep up, Rabbi Bombach realized that a university preparatory program was not enough and he embarked on his current mission to educate at the high school level.

Rabbi Bombach does not receive much support from his parents,





"This is like an anchor and that anchor can save the future of Israel."

which hasn't been easy. "I force myself to honor and respect them," he says. "I teach to tolerance, and believe in tolerance, and believe in the common good. So I'm also tolerant to the extremes in my community."

His wife is charedi as well and is very supportive of his work. "She's amazing. Without her I couldn't survive by myself. She's my best friend," he says. Their son, Yossi, is in the longer version of the video, and their children are definitely affected by his progressive work. "It's not easy for them – absolutely not – because there's some tension in the community, because everybody knows me," Rabbi Bombach admits. "They don't feel so safe sometimes, but I can say they are very proud. I used to say that maybe I lost my freedom in life but I promised my kids to make it meaningful. This is the best present ever I can provide for my kids. "

In June, Rabbi Bombach visited New York to address a supportive audience at the Weinreb home in Woodmere. After a heartfelt Introduction by Rabbi Moshe Weinberger of Congregation Aish Kodesh, Rabbi Bombach had the opportunity to share his story and mission.

He recalled his wonderful childhood memories and the love he felt growing up in Mea Shearim and explained how times have changed, saying that it used to be good to be protected from outside world. He joked that he made Aliyah at 20 from Mea Shearim. "But now we need to provide new tools for the new generation – if we don't provide new tools, they'll drop out," he asserted.

Rabbi Bombach laments how so many men with *shtreimlich* in the community have no connection with G-d and believes that not all people are designed to just sit with Torah all day. Yet he teaches his students that Torah is the ultimate goal. He says he has such pleasure when he looks into the eyes of his students and makes sure that with all the other subjects in school Torah learning doesn't falter. On the contrary, says Rabbi Bombach, "This teaches them to love Gemara even more. The students in the yeshiva, they are studying Torah more than the average *bochur.*"

Rabbi Bombach experienced much support while visiting the States and made a stop in New York City to witness the Celebrate Israel Parade, which proved quite emotional. "I had so many tears from this parade, you cannot imagine. I had tears and tears. I sent a message to my kids and I told them, 'Some time you have to come to America to see how proud people are to be part of *Am Yisrael!*'"

Other communities are reaching out to Rabbi Bombach for help with their own schools. "In America so many communities see us as a model and they ask us, 'Please save us, we need your help,'" he says. Rabbi Bombach visited Satmar communities while in New York.

His unlikely colleague in the U.S. is Rabbi Moshe Klein, a young, enthusiastic educator and a Satmar Hassid from Williamsburg, who must balance values that may seem to come in conflict with one another. "I think this is the most important thing that we're doing, that we're making a change in the charedi community for education over here as well," says Rabbi Klein.

Unfortunately, some misinterpret Rabbi Bombach's goals and not every welcome is as warm. Oftentimes, though events are well received and the words he shares receive overwhelming support, the pushback comes later – commonly by those who were not in attendance.

In Israel, Rabbi Bombach and his Midrasha continue to attract positive attention and receive rabbinical support from his community, as well as others. Over the summer the Midrasha hosted Rabbi Mordechai Willig, Rosh Yeshiva of Yeshiva University, as a guest lecturer, and Rosh Yeshiva Rav Meir Goldvicht visited last winter.

The Midrasha began its fifth year, with a tremendous amount of applications and 160 students currently in grades 9-12. It is also the second year for Bnos Chayil, the seminary Rabbi Bombach established for girls. Whereas the girls in the charedi community do study a range of secular topics, Rabbi Bombach's programs are taught at a higher level than the existing ones.

As the Midrasha program maintains a demanding program with high standards for both Torah learning and secular studies, when he saw that some boys couldn't succeed at that rigorous academic level, Rabbi Bombach launched a vocational program this year to meet their needs.

Though some say he's an agent of change, Rabbi Bombach says he's an agent of preservation; Rabbi Bombach's ultimate goal is to help all of the community's children succeed. And when our children succeed, our nation will continue to thrive. ▲