# EXHIBIT 18

*Florian J. Lewenstein, Ph.D., LCSW-R*
*84-01 Main Street #419*
*Briarwood, N.Y. 11435-1708*

*Voice (718) 849-2790*
*Cell (347) 437-4024*
*Fax (888) 845-8593*
*Email: florianjl@gmail.com*

NYS License No. 081713-1

May 10, 2021

Re.: Aaron Weinreb

Att: Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

I have been treating Aaron Weinreb since May 24, 2020. Dr. Weinreb was in treatment with a therapist recommended by his P.O., but he actively sought out a practitioner who specializes in sexual issues and trauma, and who understands his culture and community. I have been practicing for almost 27 years, and have devoted myself to understanding and treating trauma, domestic abuse, and the maladaptive behaviors that result from those conditions.

Dr. Weinreb has been seeing me twice a week for intensive sessions that often go more than the usual hour. During the year we have been working together he has never missed a scheduled session, nor has he been late for sessions. For a time, he had difficulty integrating and understanding the circumstances that led to his arrest and the severe disruptions to his life. That is not unusual, considering the trauma of being arrested, publicly exposed and humiliated, divorced after 22 years of marriage, and cut off from regular interaction with his six children. Dr. Weinreb has been consistently open and honest with me, and there is no question that he now understands the significance of his actions that led to his arrest, and that he is and has been remorseful. He has demonstrated a consistent commitment to the intensive long-term treatment that he is pursuing with me.

Dr. Weinreb commenced treatment with me with a history of post-traumatic stress disorder, impulse control issues and anxiety, conditions that often are co-morbid. His childhood experience was a combination of extreme neglect and severe emotional and physical abuse. His mother is narcissistic and regularly interacts with others with hysteria. His father is disengaged and shut off, and apparently co-exists with his wife by keeping to himself. As a teenager, Dr. Weinreb discovered that the affection of male friends offered relief and filled a need that was not being met at home. This led to sexual involvement with other males and established a pattern of behavior that eventually led to his arrest.

Honorable Brian M. Cogan
May 10, 2021
Page Two

    Dr. Weinreb sought help several times as a young man, especially as he was planning to get married. Unfortunately, the Rabbis and mental health professionals he engaged with were not sufficiently acquainted with the trauma issues, or perhaps failed to explore the matter in depth with the young Dr. Weinreb. The advice they offered was not helpful; "Get married, and the urge to engage sexually with other men will pass." Dr. Weinreb also sought help later during his married life, and again was not offered effective treatment by the mental health professionals. One therapist demonized him repeatedly in the presence of his wife, and he ultimately was referred to a gay conversion group that treated his same gender attraction as a disease, a tumor that needed to be excised from his body.

    It is notable that as Dr. Weinreb grew into adulthood his attraction to, and involvement with, other males remained age appropriate. He did not seek teenage partners as a young adult or any time thereafter. As he progressed through his married life, the emerging technology offered a "safer" way to meet potential partners. Many of the men using the app were younger, and he often met with younger men in their twenties. Dr. Weinreb was not experienced or educated enough to know that some young teenagers who use the app present themselves as eighteen years or older to comply with legal restrictions for using the app.

    During the year and a half since his arrest and separation from his wife, Dr. Weinreb has been living with his parents under house arrest, which has exacerbated the shock and trauma as he relives, his childhood experiences . It is in this environment that he undertook his rehabilitation through therapy, 12-Step recovery and his religious spiritual practices.

    During the past year Dr. Weinreb has worked diligently on the issues that caused the severe dysfunction in his life that resulted in his current situation. He has successfully begun to deal with the fear based, controlling behaviors and impulsivity that, on the one hand, allowed him great success in his studies and career, which fostered his denial that he was doing well as his life was slowly getting out of control. The confidence and trust of his many satisfied patients and the admiration of his community for his charitable works fostered his denial about the damage he was doing to others and to himself by the double life he was leading. Dr. Weinreb has come a long way during the past year in his more realistic perception of his behaviors, a willingness and ability to relinquish control, and a genuine desire to live a righteous and wholesome life. He remains dedicated to his children, in spite of the pain from his older children having difficulty forgiving him and adjusting. He is coming to accept his wife's continuing intractability, as she persistently violates the visitation provisions that she promised to honor. He is genuinely attempting to live a life based on spiritual principles.

    In a very significant sense, the most prominent manifestation of Dr. Weinreb's recovery is his changed relationship with his parents. During the past year Dr. Weinreb has been coming to accept his parents as they are, with all their shortcomings, and letting go of the need for them to get healthy. In the process, Dr. Weinreb has been getting healthier, and more peaceful. This has been a major area of growth that bodes well for a favorable prognosis of full recovery if he is able to continue treatment and his 12-Step involvement.

    In summary, I have several observations and conclusions that I am professionally comfortable sharing with the court.

    It is clear to me that Dr. Weinreb's involvement with a minor that led to his arrest is coincidental to his sexual issues. He is not a pedophile, and he has never had an interest in, or knowingly sought out, minor people as sexual partners. He does not pose any threat to children, and it is difficult to imagine any circumstance that might cause him to re-offend. At this time, Dr. Weinreb is not only committed to staying out of any legal trouble, but he is genuinely committed to wholesome and healthy living in every aspect of his life.

    Dr. Weinreb has come a long way towards rehabilitating himself. He is responding to stresses in a much healthier way, thoughtfully rather than impulsively. His feelings about his parents are much more balanced and realistic, and his manner of dealing with them on a daily basis is more measured and mature. He has come to understand and accept the harsh realities of his separation from his family, the public humiliation, and the possibility of incarceration, the permanent loss of his medical license, and being on the sex offender registry.

    Finally, Dr. Weinreb has been on this favorable trajectory because he has immersed himself in recovery through therapy and commitment to a 12-Step program. His prognosis is surprisingly good if he is able to continue these activities. If he is allowed to continue therapy and working on recovery in his 12-Step circle, the likelihood for a full recovery and leading a productive and useful life is greatly enhanced. In twenty-seven years working with trauma and compulsive behaviors, there have been many frustrations due to the difficulty those issues present. Dr. Weinreb's is one of those cases that provide the gratification and reinforcement that makes this very challenging work so worthwhile. I feel as certain as I can allow myself that he is on the way to a full recovery and a useful, productive life. It would be disheartening for me as a clinician if Dr. Weinreb's progress in therapy or 12-Step involvement were to be disrupted.

    Please feel free to contact me if you would like any further information.

Sincerely,

Florian J. Lewenstein, Ph.D., LCSW-R