# EXHIBIT 19



**Advanced Neuropsychiatric Care**

📍 55 West 39th St, suite 806
New York, NY 10018
📞 Phone: (212) 481-4151
Fax: (917) 720-9801
@ email: drnudman@gmail.com

May 27, 2021

To Whom It May Concern

This is to let you know that Dr. Aaron Weinreb (DOB 8/28/1971) has been under my care since 7/16/20.

Dr. Weinreb has been treated for diagnosis of Major Depression, Anxiety Disorder and Impulse Disorder. He has been managed on a regimen of medication (including Prozac, Trazodone and Klonopin) and psychotherapy with very good results. He has been markedly compliant with his follow up appointments and medication and has attended his therapy and SA sessions consistently. He has consistently shown great commitment to his recovery and stability.

In this context, Dr. Weinreb has made significant progress. His ability to regulate and control his impulses seems significantly increased. His capacity for decision making seems improved as well. He shows remorse and guilt about his past actions and is able to verbalize how he plans to prevent falling into negative behaviors in the future. He is actively working on setting things up in his life to that effect, including building a healthy structure for his days including prayer, study and talking to positive people in his life.

He has reached a point on his recovery where we have been able to discontinue his medications and continue his treatment on psychotherapy only

All of this this indicates a good prognosis for Dr. Weinreb going forward.

Please contact me with any further questions regarding this matter.

Sincerely,

Alfredo Nudman, MD
Assistant Professor of Psychiatry
Weill Cornell Medical College