EXHIBIT 20

3/28/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb
Docket No: 1:20-cr-00006-BMC

Dear Judge Cogan,

I am Yitzchok Rabinowitz and I am Ari Weinreb's sponsor in the SA recovery program. I have been a sober member in the SA program for some time now, and I have had the opportunity to sponsor many people over these last few years.

When I first met Ari, I have to say he was not the easiest *sponsee*. Although he was fully committed to doing the work, as a previously successful doctor who was used to giving out advice, I don't believe he had ever been in the position were he had now found himself , on the receiving end. Still, Ari remained committed and sincere about his desire to work the program, and within a short time the results were easily noticeable.

Ari has made lots of progress since I started working with him last summer. He has since demonstrated a complete willingness to be honest with his feelings and emotions, something he has not been able to do before recovery.

He has done the work of the 12 steps and continues to do so sincerely and has since been a great source of help for many others. He helps meetings run, offers to chair meetings, gets new meetings started, sponsors people and reaches out to those who struggle, to name a few. In short, Ari is a source of strength for many in the SA rooms.

From my many discussions with Ari, I know without a doubt that he has complete remorse over his past actions and has no plan to ever repeat them or for that matter any behavior reflective of his previous compulsion. He is willing to take responsibility for his actions in whichever direction they tend to go.

If you would like to discuss anything further, please feel free to email me at sobrietyyizlyf@gmail.com

With tremendous respect,

Yitzchok Rabinowitz

April 11, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: UNITED STATES v. AARON WEINREB
Docket No.: 1:20-cr-00006-BMC

Your Honor,

I write this letter in support of my SA Sponsor, Aaron Weinreb.

In truth, I have only known Ari (as he is called) for the last 4 months, but as our relationship is that of a sponsor / sponsee in which rigorous honesty and complete openness is essential, I have come to know him on a very deep level.

The basis of a sponsor / sponsee relationship is for me, the latter person, to bear my truths in order to work on myself. Reality is, in order to be of service to me, Ari has been more than open regarding his own struggles. He carries the history of his crime with tremendous shame but shares openly about it, only as a way and means towards helping me in my own situation. When it comes to his own growth in his recovery work, although he is miles ahead of me, he remains truly humble. He speaks of his need to continue to grow and his commitment to do his work. When he does admit to the success that he has had, it is only to make a point about the benefits of living spiritually, never to boast or show-off.

Your honor, I want to tell you how I came to meet Ari and more importantly how he came to be my sponsor. In truth, we do not attend the same home group, nor do we live in the same neighborhood. We have no previous connection with each other.

In short, I have been in the program for over two years and as much as I have grown in my own recovery, I was looking for a new sponsor to continue to actively work my program. I asked around and two people told me about someone who after committing a crime, has turned around his previous loss of control to his addiction and made a resolved commitment to change. I was told that this person was serious about his recovery work and was known as an example of success in the SA circles.

When I called Ari and asked him to sponsor me, there was no hesitation on his part. He immediately said yes. Interestingly, it took a few minutes to arrange a time that he would be free; not *when I would be free, but when he would be free.* I was gladly surprised when I realized that despite him being on strict *House Arrest* with no real work obligations, he maintains a full and rather busy schedule. I have come to realize that he spends his days with multiple study partners both doing Jewish religious studies and Spirituality / Step work. Also not surprising, I am far from his only sponsee.

Your honor, I am compelled to tell you that Ari is truly a very special person. As already noted, although I only met him recently, it is clear that his strong recovery is based on the solid foundation he had to build on. From all that he has given me over these last few months, he must have given generously of his time and of himself to his patients, community and his beautiful family all these years.

I am truly grateful to have had this opportunity to work with Ari on my own recovery. I humbly ask that Ari be allowed to stay out of prison. I need him; our SA fellowship needs him. Certainly, his six children need him. Ari, as the spiritual person that he is, has everything to offer everyone. Please allow him to continue his selfless service to others.

Shalom Solimnov
04/11/21

04/02/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

**Re: United States v. Aaron Weinreb -**
**Docket No: 1:20-cr-00006-BMC**

Dear Judge Cogan

   I have known Aaron for over a year now as a fellow member of
a twelve step group he joined to aid him in recovery and to help
him learn how to transform himself into a new person so that he
never goes back to his old behaviors.

As a long standing member of the group, rarely have I seen
someone embrace recovery and healing and change the way
Aaron has. He has owned his wrongs and issues and has been
working diligently on changing himself for the good. He has
made tremendous progress in a short amount of time.

I am confident that Aaron has learned a powerful lesson from his
arrest that has really caused him to want to live life differently
and stop his old destructive patterns. He is taking it very

seriously and is doing really well in his recovery efforts I am honestly impressed with what I have seen.

I hope and plead for your mercy, Honorable Judge, and to show him leniency. He is a man who has already learned his lesson and has transformed himself for the better. He has repented. He really has. I am confident he will be a benefit to society after all the recovery and lessons he has learned and his changed behavior.

Sincerely,

Meir W.

Dear Your Honor,                                                    5/50/21

My name is Sholom L. I am in the tech field in Ohio.

I met Aaron over a year ago on a Zoom meeting for SA.

I heard his story, and was moved to tears. I decided that I would get his number, and do all that I can, to help him feel better and get started on his road to recovery.

What ended up happening, was that Aaron ended up encouraging me so much more than I encourage him.

He kind of became like a father figure for me.

Since then he has been chairing many meetings, becoming one of the most active members of our group.

He has helped and inspired many SA members since he joined.

His faith and acceptance of his situation is truly an inspiration.

He recently shared with me that someone asked him: "after all you've been through, are you still religious?" To his amazment, Aaron answered him that in fact he is closer to G-d now than he ever was before.

After getting to know him, I totally believe this to be true.

Aaron is one of the few members that calls me on a regular basis. On his suggestion, we even started studying Bible together occasionally.

He makes me feel comfortable studying after the trauma I experienced studying as a child.

As addiction goes, I sometimes feel depressed. I recently shared with him how frustrated I am with my kids who constantly fight.

He listened, validated my feelings, and then shared with me how lucky I am to have my children in my life. He expressed many times with me how much he loves and misses his children. He wishes he could see his children as much as I do.

I left that call feeling understood, with a new appreciation for what I have.

Aaron is a wonderful person an incredible friend, and a tremendous asset to the SA community. He taught us all faith, and acceptance. He showed us that it is possible to recover from this addiction no matter what your situation in life.

Your Honor, I beg to have mercy on my friend and mentor Aaron Weinreb. I truly feel that he has been rehabilitated and he will never hurt anyone sexually again.


Very truly yours,

X _Sholom L._

Sholom L

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: UNITED STATES v. AARON WEINREB Docket No.: 1:20-cr-00006-BMC**

Dear Judge Cogan

My name is Daniel Sobin. I was born and raised in Atlantic Beach, New York. Two years ago, I hit rock bottom and had to come to terms with the fact that I had a sex addiction. I joined Sexaholic's Anonymous and found what I needed. Aaron and I met a few months ago through the SA fellowship in Cedarhurst, New York.

While we haven't known each other for such a long time, I can honestly say that I feel like Aaron is one of the closest and most important people in my life today. I immediately recognized in him a sincere determination to work on himself and we hit it off from the very first moment. Aaron has allowed me to open and up, be vulnerable, share my struggles and has helped me immensely in my own recovery from sex addiction.

The last few months of my life have been especially troubling as I have been dealing with a separation from my wife. Aaron has made himself available to me at all hours of the day to talk, provide encouragement and has just lent a listening ear. He has literally woken up in the wee hours of the morning when I reached out to him. Aaron's desire to help is a testament to how far he's come in recovery.

While I didn't know Aaron when he was in active addiction, I can only speak for myself and I know what my experience was like. Before recovery all I wanted was to get a fix. Anything and anyone else was simply in the way. In my current observations of Aaron, I only see a person whose whole life is not about himself, but of that of helping others.

I can't sit here and justify what Aaron (or I) did in active addiction. We must accept responsibility for our choices. That's part of our program of recovery. But I can tell you that Aaron has fully accepted that these consequences are of his own making. He is not blaming anyone else and all he cares about is to continue on his path of recovery and make amends for his wrongs.

Meeting Aaron has changed my life. Aaron has genuinely become a brother to me . We have a daily study session where we study Jewish texts that deal with improving character defects and becoming better upstanding people. We constantly check in with each other to make sure the other person is doing okay and to surrender our weaknesses and vulnerabilities.

I want to express how many people Aaron is helping to recover on a daily basis and how many people genuinely love him and are so proud of all the growth he is doing. Aaron has multiple

sponsees he helps recover on a daily basis. He devotes his all day to both his own recovery and the recovery of other suffering addicts.

As mentioned before, I cannot and will not sit here and justify what Aaron did. He knows what he did was unacceptable, and he accepts full responsibility for his actions. He recognizes that although he tried to live his life properly, ultimately his uninvited illness got the best of him and he now needs to get better and is doing everything in his power to recover. If you will allow me, I would like to conclude with one plea. Please see Aaron, for what he is, a wholly good person who had an unwanted sickness, striving to get better, rather than as a bad person trying to become good. At heart, Aaron is and was a good person. Despite the best of his intentions, his illness had brought him to a truly terrible place. However, he is most certainly on a genuine path of recovery.

Daniel Sobin

*Daniel Sn*

4/15/21

Howie Lebowitz
65 Lincoln Blvd, B4
Long Beach, NY 11561
516-993-3775

April 5, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   UNITED STATES v. AARON WEINREB
      Docket No.: 1:20-cr-00006-BMC

Your Honor,

My name is Howie Lebowitz, a resident of Long Beach NY and I am a
grateful recovering member of SA - Sexaholics Anonymous with the Cedarhurst NY
clubhouse being my main SA Fellowship.

The people in the fellowship in Cedarhurst (as well as many others I attend) are like
family. We share openly, the good and the bad, but whatever it is, we share our truths.
We know about each others regret and we know about the pain each and everyone of
us has caused to others through our addictions.

We in the group have come to know Ari for over one year now. In addition to the
multiple zoom meetings and the one in-person meeting Ari attends (due to his bail
conditions,) I have been visiting with Ari frequently at his parents home where he has
been under strict house arrest for all these months. I am aware that up until most
recently, he has not seen his children for more than one year.

Aaron Weinreb , or *Ari W* as we know him in our SA family, is a kind, caring and deeply
good person. He is a person with tremendous values. He loves people and is loved by
all. He is compassionate. He is rigorously honest and truthful.

Shamefully, for Ari W, all his good attributes were not enough, when his disease
overpowered him (as it has so many of us, and will only continue to do so to those who
aren't in active treatment.) Ari lives in true regret for the pain and affliction he has
caused to his victim and to his own family. Ari makes no excuses for his poor behavior
and certainly never allows anyone in our group to downplay his behavior or explain it
away. He owns it with his every fiber.

I relate to the power of addiction. I have been a sex addict since my early teens,
although I didn't I know it. I thought this was just an obsession with sex, never knew

about it being an addiction. This is not something I am not proud of, but a disease I have to fully understand and acknowledge daily, to stay focused in order to maintain my sexual sobriety.

Our addiction *is no different and yet not at all the same* as the other so called, more common addictions such GA ( Gamblers Anonymous ) OA ( Overeaters Anonymous ) or AA ( Alcoholics Anonymous ). Those are addictions that although no one is proud to suffer from or be associated with, the general public is aware of and many families and/or individuals are somewhat sympathetic, or empathetic towards. Sexaholism, or Sex Addiction is a still very much a lesser known disease, and it is something that will always be a source of shame. Denial to self and others, and the delay in seeking treatment is at the core of the problem.

The good news is that there is a solution for us. Once our issue is brought to the light, we too have 12 step programs like the other addictions. In fact the programs and traditions are quite similar. For example, the first of the 12 steps is realizing that OUR LIVES ARE UNMANAGEABLE due to this disease.

Ever since Ari W came into the SA rooms/Program, he has been brutally honest that what seemed like a "storybook" life was a life of unmanageability. Ari clearly cared so much for his wife and six beautiful children. He worked hard as a physician, known for his reputation of kindness and sincerity. He was a pillar of his community. I am inspired and amazed how Ari does not hide behind all this, rather openly is willing to evaluate the cracks in them. As painful and shameful as it is, Ari seeks to discover the truth, if for no reason, but to be a better person.

The SA program is one where one seeks help, and if one works the program , it works. In fact, the last thing that is said after every meeting is *"Keep coming back, It works IF YOU WORK IT, so work it , It's worth it II* This is our mantra in SA, and Ari has come so far in this program.

Ari is a good person who had done some bad things, but that was before coming into program. Please have mercy on Aaron Weinreb. Everyday he participates in the program is another day that he benefits from the tools it offers and we benefit from all that he has to share.

Respectfully,

Howie Lebowitz

The Honorable Brian Cogan

United Stated District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

RE: UNITED STATES V. AARON WEINREB

Docket No.: 1:20-cr-00006-BMC

April 1, 2021

Dear Judge Cogan,

I have been in recovery for sex addiction since 2006. Thankfully, I started getting help when I was young enough in age and early enough in my addiction process to have never broken any laws nor completely blown up my life, but I was headed in that direction. Today I am a married man with two teenage children, a full-time job and a part-time paid position at my synagogue.

To recover successfully from sex addiction, in addition to stopping one's behaviors, the addict must change his/her attitude. In my 14 ½ years of attending 12 step meetings, seldom have I met someone as dedicated to recovery or as successful at transforming their life and attitude as Aaron Weinreb. We first "met" over zoom when meetings could not be held in-person due to the pandemic, so I have known him now for approximately one year, and his transformation has been extraordinary. In this year, he has become a steady attendee at meetings, he has maintained his sexual sobriety despite extraordinarily difficult circumstances, and he has grown steadily in his recovery. Over the past year, we have become friends who open up vulnerably with each other, share challenges and successes, and encourage each other on a regular basis. In this short time, he has already become a power of example to others suffering from sex addiction.

Perhaps most impressive of all is Aaron's humility and sincere acceptance of responsibility for his actions. Never have I heard him blame anyone else for his misdeeds, never has he asked for any pity, nor has he minimized the pain and suffering he has caused to others, be they his victims, his ex-wife or his children. He understands there will be consequences for his actions, and he blames no one but himself for them.

I believe that after paying his debt to society, Aaron Weinreb will still have a lot to offer, and the world will gain more by him being a free man rather than being incarcerated. **Please show mercy and sentence him leniently so this now-humble, caring person can continue contributing positively to humanity.**

Sincerely,

Meir F.

Queens, New York

# RONY SAMUELS

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb                          5/03/2021
Docket No: 1:20-cr-00006-BMC

Dear Honorable Judge,

I have known Aaron for quite some time and I feel compelled to write a letter on his behalf. I originally met Aaron in the rooms of Sex Addiction Meetings. Slowly over time we developed a relationship, and for the last 6 months he has graciously acted as my "sponsor." I say this without any exaggeration, that Aaron has had a huge positive impact in my life.

I suffer from a lot of anxiety as well as I have an addiction problem. From my teenage years up until now, I have been to many therapists and doctors but to no avail. Although I entered an addiction program over 4 years ago, I was still struggling. Many times I have wanted to give up on life.

I have for the first time seen radical changes in my life over these last few months and I attribute it directly to Aaron having become my sponsor. Aaron has saved my life. He has so much compassion for me as well as others in our recovery program. It is as if he has channeled all the good qualities he has had as both a caring physician and his own personal struggles to truly know how to help and relate to others. He is unaware of this gift that he has been blessed with, but shares of it freely.

The amount of time Aaron has given me is endless. He talks to me every day by phone and literally spends hours helping me every week. Besides my random phone "check-ins" at least twice daily, every evening he dedicates 45 minutes of his time daily on my commute home from work to do "step work." The primary purpose is for Aaron and I to review the "White book," our SA manual, but he always peppers our conversations with his general enthusiasm towards everything and always has a way to cheer me up.

Aaron has been very forthcoming about his past mistakes. He feels so bad for what has happened. I know that he wishes he could turn back time and change things. All he wants to do now is get better for himself and by doing so he has already helped so many others.

Aaron has a family of 6 wonderful kids as well as a very nice brother and 2 elderly parents. He has been a doctor and has helped so many of his patents for so many years. His entire life thus far has been about giving to others and he has been doing exactly the same in our recovery circle.

Aaron has spent over a year and a half in house arrest, not at his own home with his children, but at the home of his parents. He has lost everything valuable to him. Yet, he has worked a great recovery program and is now helping others like myself to recover and live a normal life. Please have compassion on him. Please find it in your heart to give him another chance at life.

Thank you so much for reading this letter.

Yours Truly,

Rony Samuels

The Honorable Brian Cogan
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 24, 2021

RE: UNITED STATES v. AARON WEINREB
Docket No.: 1:20-cr-00006-BMC

Dear Your Honor,

I am writing this letter on behalf of Dr. Aaron Weinreb as he is sentenced by the court in mid-June. I write from the perspective of a newer member of Sexaholics Anonymous (SA) who met and came to know Aaron ("Ari") while attending SA online meetings these past three months. I write also as a Roman Catholic priest and member of a religious community who is in treatment and preparing to return soon to fulltime ministry.

If someone had told me months ago that I, a priest from Chicago, would be talking to an Orthodox Jew from Brooklyn a couple of times each week to get help with sexual compulsion, I think I would have said: *"I suppose that could happen in some other universe, but wow, what world are you living in?"* I would never have guessed that I, a Catholic priest and member of a religious order, would be sharing personal details from my own life history with someone who started off as a total stranger from an SA Zoom meeting. Yet, of all the people from the SA meeting who shared their stories, the honesty and candor with which Ari told his story prompted me to contact him and ask that he serve as a sponsor for me in the fellowship of SA. Ari had no reason to say yes, especially as he did not know me, and I presume was busy dealing with very deep personal issues with his future hanging in the balance, but he immediately did say yes and has since been working remotely with me each week to help me begin to walk the Twelve Steps of recovery and to face my deeper self with honesty, persistence, and even humor when needed.

Ari and I come from very different walks of life—opposite ones, you might say—but that has not stopped us from learning about each other's faith, our religious traditions, and sharing how much recovery has helped each of us begin to truly live our faith in a deeper way. It is evident to me that his own commitment to Judaism has deepened immensely, and this has encouraged me in my own Catholic Christian faith, prayer life, and commitment to ministry with integrity.

Although I have known Ari only a relatively short time, I am continually inspired and encouraged by his dedication to nearly nineteen months of sexual sobriety according to SA principles. Ari's coming to terms with his own addiction and his dedication to the SA fellowship testify to his commitment to live life as a changed man. He has shared openly and honestly with me about his past behavior and the circumstances that led to his arrest, but I have witnessed his leadership in SA and wish to acknowledge the respect that I and many others have for him as he now serves to help us reach the same goals of emotional sobriety, peace, and genuine serenity he clearly enjoys.

As Ari faces sentencing, I respectfully ask that he be given leniency in light of all the positive changes that have transpired in these months of his sexual sobriety and the dedicated service he has given to so many of us in the fellowship.

Respectfully,

*Brad M.*

Brad M.

3/31/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

**Re: United States v. Aaron Weinreb / Docket No: 1:20-cr-00006-BMC**

Dear Judge Cogan,

I am writing this letter on behalf of Aaron Weinreb who was arrested for a sex offense on October 29, 2019. I have known him as "Ari W" since June, 20119 when he first joined our home-group as a member of Sexaholics Anonymous ("SA"). I too am a grateful recovering member with over 29 years of sobriety.

Over the 29 years that I have been in the program , I have seen many new members eagerly join, only to almost immediately disappear and I can therefore attest that Ari W. is serious about his recovery. Ari W. has been consistent in his commitment from the beginning.

Besides his participation in our local home group, Ari participates in meetings almost daily through the international fellowship in which even out-of-town meetings are now accessible remotely. Due to his home incarceration, Ari W. participates usually once or twice daily by Zoom and is always present at our local group at the once a week meeting that he is allowed to physically attend, of which I happen to be the chair.

He is an integral part of the SA Fellowship. In fact, he himself, only three months after entering the program, was nominated and has been chairing the Saturday night Zoom group for the last 5 months. Of note, with Ari W.'s current home incarceration and with the ongoing COVID pandemic, Ari W. has been a major force in developing and maintaining the 3 weekly zoom meetings for our home group of which he also serves as the Meeting Secretary.

Our motto is that *'there is no recovery without sobriety,'* and I am aware from Ari W.'s *check-ins* that he has been sexually sober (with self and others) for more than 17 months now. Ari has been open about his struggles that has brought him to commit the offense that he is being prosecuted for. He does not shy away from accepting full responsibility and clearly feels remorse. He speaks painfully about how his loss of control to lust led him to hurt a minor and about the pain he has caused to both, the victim's and his own personal family. He uses the rigorous honesty about his past as a successful springboard to change. His growth is obvious.

Ari is in a very strong position to continue to work the program as he now has the tools at his disposal to continue on the road to recovery.

Sincerely,

*Steve Siegel*

Steve Siegel

The Honorable Brian Cogan

United States District Court

Eastern District of New York

225 Camdan Plaza East

Brooklyn, NY 11201

**Re: United States v. Aaron Weinreb**          5/07/2021

**Docket No: 1:20-cr-00006-BMC**

Dear Judge Cogan,

I am a married, father of four wonderful children and a successful NYS Board of Education School teacher for the last many years. But that is not all there is about me; I secretly suffer from addiction.

My addiction cycle is as follows: I get stressed or overwhelmed, or maybe I do something that makes me feel guilty. I numb my feelings by acting out. I then feel tremendous shame and self-loathing. I walk around with this shame for 24 hours. I then function normally for about a week until I repeat the cycle. I have been acting this way since I am 15 years old. I am now 38.

I have been seeing a therapist for many years, and I had been participating on and off, up until now unsuccessfully , in the Sex Addiction Anonymous 12 Step program.

It was certainly fate that brought me to meet Ari (Aaron) Weinreb. Having some free time one day, I responded to a call to be part of a quorum (*minyan*) for a prayer service that Ari was looking to put together in his backyard (due his home confinement conditions.) My intention was to be helpful to him; the last thing I ever imagined would be that Ari, under house arrest and all, would be the one who would be there for me for all these last many months.

Meeting Ari was one of the best things that happened to me. His example has really inspired me. Here is a guy who lost his entire family, lost his career, lost his freedom and ruined his reputation, yet he accepts his situation. He blames no one but himself. He speaks openly about how he bears the responsibility for his poor choices, and seeks to only to grow from his experience. He radiates honesty and

vulnerability when he talks about hitting rock-bottom as a means for change.

I know that if I was in Ari's situation, I would certainly behave in a whole different way. You see your honor, every time I act out, I reward myself by sinking into self-pity and binge watching TV for hours. I skip work and just feel bad for myself for up to 24 hours at a time. However Ari's example for the first time in my life has allowed me to ask myself, "Why can't I change too?" Ari, though stuck at his parents' home 24/7, uses all his time productively for his own recovery and the furthering of his Judaic studies. He does not wallow in self-pity. He does not resent. He wastes no time.

Ari convinced me to go back to Sex Addicts Anonymous, encouraged me to work the program by committing to being there for me throughout. I wasn't surprised to see a few weeks later Ari began chairing our weekly Saturday Night SA Zoom meeting. Ari has helped open my eyes to what the program was about and this has helped me in my own struggles.

Outside of the actual SA program, Ari has made himself available to help me in my own recovery in other ways. When he took notice that my downtime in the afternoons can throw off my serenity and recovery, he committed to studying with me Jewish religious texts on the phone every afternoon. As soon as I am done my morning teaching at school, I can rely on a phone call from Ari. After his daily pep talk about the benefits and needs for sobriety, he holds me to our study obligations. We are hoping to finish the text of *Samuel I* in the upcoming weeks.

Ari's example has allowed me to accept my short comings. If I make a mistake today I realize that there is no reason for me to compound that mistake with another mistake. Ari's example has allowed me to realize that If I make a mistake the answer is to do something positive and to do positive things to correct my shortcomings. Not to soothe myself through binging and to self-harm.

I know that what I am saying must seem very elementary and I should have been able to come to this conclusion myself. But your honor you should know that since I am 16 years old I have been going to the best and worst psychologists and none of them could help me the way Ari did. I have gone to psychologists who charge $325 dollars an hour and I have gone to psychologists who work in a clinic and I have gone through everything in between. None of them helped me the way Ari did.

Your Honor I did not know Ari before his arrest. But I can tell you that since I have known him, he has come across to me as a man who is committed to undoing whatever bad choices he has made. He is learning everything there is to know about recovery and humbly sharing it with all those around him.

I am eternally grateful to Ari for the help that he has given me in the last six months. For all the good that he still has to do, I beg you for mercy in applying the lightest sentence to Ari. He is certainly not the person he was the day he committed his crime, and through his gracious help and support, neither am I.


Sincerely,

D. B.

04/02/2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Camdan Plaza East
Brooklyn, NY 11201

Re: United States v. Aaron Weinreb - Docket No: 1:20-cr-00006-BMC

Your Honor,

My name is Warren and I am a friend of Aaron Weinreb. We met on a zoom SA meeting in April 2020. I have been attending such meetings since early 1996 for my addiction to lust and pornography, etc. Over the many years, I have seen hundreds of people who had been suffering, and heard over a thousand "shares' in meetings from people who have changed completely, as well as myself in regard to my own behavior.

Over the past year, I have participated with Aaron on multiple SA meetings and I have spoken with him on numerous occasions. I am fully aware of his plight and past non-sober behaviors that has led up to his committing of a crime.

I can say with the strongest conviction that Aaron is serious about his recovery work and doing everything in his power to stop himself from ever acting on his previous unhealthy thinking. He attends many meetings and in his words I hear remorse, as well as acceptance of responsibility. Unfortunately he is now divorced and in a very tight spot. Yet, he shows strength and determination to keep "sober" and do whatever it takes to turn his life around.

I pray for him and his family and hope that your honor, Judge Cogan, would arrange the sentence of Aaron to be monitored on parole and that the requirements would include several meetings a week, as well as any measures necessary for him to continue to follow a spiritual path. I humbly acknowledge that I have seen miracles in the "rooms" of SA, both for myself and others, and I now see it in Aaron. I truly believe that should Aaron stay on this path (which I know he is committed to,) he will continue to thrive and be a power of example.

I have heard the direct testimony of a fellow at an international SA conference, now with years of sobriety after falling in a criminal matter where his addiction led him to so-called "willingly" meet an underage girl. He recalls how he believed at the time that his life was finished. About 1 year later, he appeared before the judge and it was abundantly clear that after attending hundreds of meetings and walking a straight path, that he was a changed man.

Please your honor, Aaron is that same changed man. He knows that he can not change the past, but is proving that he can in regards to his future. He is full of gratitude for all those in our small SA community and the few in his community at large who have given him this "second chance." Along with his downfall, has been his loss of any sense of entitlement and he certainly knows that he owes it to everyone to never to stray from the right path again.

I believe that with God's guaranteed and ongoing help, Aaron will continue to lead the sterling and pure life he has already embarked on. Prison will not further rehabilitate him in any way. SA fellowship, meetings and monitoring will continue to allow him to flourish in his spirituality, the only key to his healthy future, as he has so clearly demonstrated thus far.

Please feel free to call me should you have any questions, at 347-672-5292

Respectfully,

Warren K.