# EXHIBIT 22

Dovi Scheiner
Miami Beach, Florida
4/12/2021

The Honorable Brian Cogan

United States District Court

Eastern District of New York

225 Camdan Plaza East

Brooklyn, NY 11201

Re: United States v. Aaron Weinreb

Docket No: 1:20-cr-00006-BMC

Dear Judge Cogan,

Ari is a person I always viewed as good. He has a light in his soul that radiates and he contributed to society in a variety of meaningful ways; as a great husband and father, as a revered medical professional, as a respected warm and social member of his extended family and community. He contributed literally and generously through his time, emotions, personal efforts and his philanthropic giving.

We are all unhealthy in ways small and large. We have all performed actions we are not proud of, and which we would not wish the public to be made aware of. But some have issues that run deeper, and which, left unaddressed and untreated, can fester to the point that they cause irreparable harm.

Sadly we all came to learn that Ari had such issues. Ari committed a very serious crime, which caused unfathomable damage to his victims, and to his own immediate family.

I have been in close contact with Ari since shortly after his arrest. What I have witnessed firsthand — through tens of hours of conversation — is a human

being committed to facing the gravity of his crimes, and the addiction that drove them. He has been fully committed to and has thrown himself into doing the necessary work to get healthy, so that he can return to being a productive member of society, without the risk of a relapse.

I admire Ari's will to live and contribute. A lesser man — having lost as much as Ari has (albeit through no fault but his own) — would never recover, and would accept the moment of his arrest as the end of his journey as a productive member of society. But Ari, while understanding that his life is forever changed, refuses to accept that it is over.

He has taken the approach that while his former exterior was gleaming, there was an intense rot in his soul, and that while his future reputation will forever be tarnished by his past actions, there is a unique opportunity for him in this moment, to become healthy and to grow from his grave errors, which will enable him to bring the best version of himself to all his future interactions.

Put plainly, witnessing this persistent metamorphosis — far from complete, yet well on its way — has been an ongoing source of inspiration in my life.

With tremendous humility,


Dovi Scheiner