EXHIBIT 23

**From:** Aaron Weinreb aaronwmd@gmail.com
**Subject:** Fwd: My Apologies
**Date:** May 27, 2021 at 2:10 PM
**To:** saul@bienenfeldlaw.com



---------- Forwarded message ---------
From: **Rubin, Andrew** <Andrew.Rubin@nyulangone.org>
Date: Wed, Apr 28, 2021, 3:39 PM
Subject: RE: My Apologies
To: aaronwmd@gmail.com <aaronwmd@gmail.com>

Thank you for your note. I wish you well.

---

Andrew Rubin

Senior Vice President, Clinical Affairs and Ambulatory Care

NYU Langone Health

Andrew.Rubin@nyulangone.org

(212) 263-2672

**From:** Aaron Weinreb <aaronwmd@gmail.com>
**Sent:** Wednesday, April 28, 2021 11:01 AM
**To:** Rubin, Andrew <Andrew.Rubin@nyulangone.org>
**Cc:** Shedwell, Amber <Amber.Shedwell@nyulangone.org>; Hrybynchuk, Tetyana <Tetyana.Hrybynchuk@nyulangone.org>; Gorelin, Joe <Joe.Gorelin@nyulangone.org>; Piller, Maryanna <Maryanna.Piller@nyulangone.org>; Pogrebinsky, Paul <Paul.Pogrebinsky@nyulangone.org>; Koudellou, Paulina <Paulina.Koudellou@nyulangone.org>; Tsai, Ming <Ming.Tsai@nyulangone.org>; Dawson, Nadeem <Nadeem.Dawson@nyulangone.org>; Weisstuch, Joseph <Joseph.Weisstuch@nyulangone.org>; Mosses, Apig <Apig.Mosses@nyulangone.org>; Pepperman, Adam <Adam.Pepperman@nyulangone.org>
**Subject:** My Apologies

[EXTERNAL]

Mr Rubin,

With tremendous humility, I write this letter of apology to you. Respectfully this letter is addressed to you, Mr Rubin, but my words are for everyone cc'd on this email. In truth, I owe an apology to every member that I have ever interacted with in the entire New York University system. The extent of the people I have hurt is endless.

I am terribly ashamed of my actions that led to the inevitable termination of my position on November 4th, 2019. I apologize for all the shame that my actions have brought to you, your team and the entire institution. I apologize for any and all ramifications; financial, reputation-wise and emotional that my actions have brought.

In incorporating my practice into the NYU system back in 2017, you and the institution had the full trust and faith in my prior reputation. A tremendous amount of time, money and the immense personal effort of so many individual people were invested to make it all possible. By my terrible actions that culminated in my arrest on October 29th, 2019, I had squandered the trust and faith everyone had in me, and all the resources and efforts of so many good people. I regret this and so much more.

Without any excuses at all, I humbly apologize. I have let you, your team, and the entire institution down. Separately, I have let down all my patients that had treated me as a part of their own families for more than 19 years. To my patients, I owe a lifetime amends, one that I can not even begin to fathom how I can make it up to them.

In truth, this letter is long overdue. Legally, as I have only recently entered a plea in my criminal matter, I was expressly forbidden by my counsel from reaching out prior to this point. For this too, I am sorry.

I have come to learn a lot about myself over these last 18 months. Through intensive therapy and 12-step work, I have come now to understand that I was deeply struggling with and had lost control to the forces of addiction. Though the specific nature of my crime was not my personal struggle, in the throngs of addiction, I made terrible choices. I was the one that made those choices and I accept full responsibility for my actions. The hurt that I have brought to my patients, you, your team and the institution by my poor choices is my fault alone. As a consequence of my poor actions, going forward, I do not know where life will take me; both in terms of my personal freedom and, certainly, in my ability to ever practice medicine again in the future. It will be a long haul, starting with being sentenced by a United States District Judge in 5 weeks, on June 1st, 2020.

Again, I will forever regret my actions. I am truly, truly sorry.

Respectfully,

Aaron Weinreb

---------------------------------------------------------------
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is proprietary, confidential, and exempt from disclosure under applicable law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have

unauthorized review, use, disclosure, or distribution is prohibited. If you have received this email in error please notify the sender by return email and delete the original message. Please note, the recipient should check this email and any attachments for the presence of viruses. The organization accepts no liability for any damage caused by any virus transmitted by this email.
=====================================