EXHIBIT 24



# The IM Law Group PC
INTEGRITY • RELATIONSHIPS • RESULTS

445 Central Ave, Suite 108
Cedarhurst, NY 11516
Tel: (516) 344-8010
Fax: (888) 469-6858
Igor@theimlawgroup.com

April 13, 2021

Hon. Judge Brian Cogan
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:     United States v. Aaron Weinreb
      Docket No.:  1:20-cr-00006-BMC

Dear Hon. Judge Cogan:

I write this letter to the Court on behalf of Aaron Weinreb with a sad and heavy heart.

My relationship with Aaron Weinreb is primarily one of professional; I was retained by Mr. Weinreb in August 2020 to help him reach an amicable resolution in his recent divorce, one of many personal losses he has sustained following his arrest. Through the process, I have come to know Aaron as genuine, moral and well-intentioned, and for that reason I felt compelled to write this letter.

While I imagine that many people will be submitting letters to your Honor, seeking a reasonable plea on behalf of Aaron Weinreb, I believe that I have an opportunity to present a somewhat unique perspective in contrast to Aaron's family, friends, and acquaintances. Girded by the attorney-client privilege, Aaron and I were able to have very vulnerable and private conversations about the history of his personal life and what could have possibly led a successful doctor and a prominent community figure to have such a terrible lapse in judgment. To effectively represent him as a client, truth and honesty were necessary components; and I sincerely believe that Aaron has always displayed such, despite the enormous pain and agony he had experienced throughout the process.

I entered the matrimonial case in the thick of its battle and tension, going in with a mindset that this will be a drawn-out battle, as is often the case in family law matters. As the Court may well know, in a high stakes matrimonial litigation there are no "cooler heads that can



# The IM Law Group PC
INTEGRITY • RELATIONSHIPS • RESULTS

445 Central Ave, Suite 108
Cedarhurst, NY 11516
Tel: (516) 344-8010
Fax: (888) 469-6858
Igor@theimlawgroup.com

prevail." Unfortunately, very often the attorneys themselves are as much if not more a source of the problem than the litigating parties: often exacerbating the process, rather than staying focused on the bigger picture to help the parties resolve their differences.

Upon being retained, Aaron almost immediately informed me that he had no interest to fight with his then wife, the mother of their six (6) children. All he wanted was to focus on acknowledging his wrongdoing, taking ownership of it, and focusing on healing his relationship with the children. In light of Aaron's shameful action that led to his arrest and divorce, I personally witnessed the mocking verbal abuse and name-calling he had to endure from the opposing lawyer. Aaron was never resentful but accepted every aspect of the situation as due to him. With great humility he respectfully tolerated multiple false accusations including those that threatened his bail and the like. Aaron only and always responded in kindness. He looked for every way to appease his ex-wife in an effort to reach an amicable resolution.

I have been practicing family law for approximately ten years and I know the challenges that I experienced with all types of divorces. I also have sat with numerous Jewish female clients who cried to me about being deprived of a *Get* (Jewish Divorce), by recalcitrant husbands, who had only one agenda: to inflict pain and suffering upon their ex-wives. Knowing Aaron, it did not surprise me that he gave his ex-wife a *Get* within the first week of voluntarily moving out of his marital home, in an effort to demonstrate that he had no agenda whatsoever to hurt his ex-wife and the kids. I quickly saw, that unlike many of my previous clients, this was not a bad man who was looking to do something good just to get himself off the hook; this was a good man, who did something bad stemming from his fragility in this area of his life.

The final Settlement Agreement that Aaron signed, despite my objections, included him transferring over to his ex-wife and his children approximately ninety-four percent (94%) of the marital assets, which amounts to more than an additional one million dollars from his own equitable portion. For Aaron, money and the marital assets became irrelevant. The one thing that he wanted more than anything in the world is to have a relationship with his children and start the lifelong process of amends to his ex-wife. Throughout the divorce process, Aaron's goal was to allowing healing to enter their lives.



# The IM Law Group PC

INTEGRITY • RELATIONSHIPS • RESULTS

445 Central Ave, Suite 108
Cedarhurst, NY 11516
Tel: (516) 344-8010
Fax: (888) 469-6858
Igor@theimlawgroup.com

Clients like Aaron are precisely the type of people that reinvigorate my family law work and my hope in humanity. To my best knowledge, Aaron had no previous history of violence, substance abuse or another petty or serious criminal conduct. Like people who have come before him, and undoubtedly will come in the future, he was tested in a very personal and private area of his life, and unfortunately failed. Nothing will change this fact. But what a person does in such life-defining moments is very telling about the integrity and character of the person.

As your Honor contemplates the appropriate sentence for Aaron, it is my fervent prayer that your Honor seriously considers the unique insights about Aaron that this letter provides for the Court as the Court prepares to sentence a good man to serve time in prison.

Respectfully Submitted,

*Igor Meystelman*

Igor Meystelman, Esq.