# EXHIBIT 25

April, 5th, 2021

David Burns
6 Tikvah Way
Morristown, NJ 07960

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: UNITED STATES v. AARON WEINREB
    Docket No.: 1:20-cr-00006-BMC

Dear Judge Cogan,

I am a Jr. Data Scientist at B&H Photo Video in New York City. I am married and the father of two wonderful boys, ages four and six. My family and I currently live in Morristown, NJ where we have lived for the past 7 years. I met Aaron Weinreb in September of 2020 through online Sexaholics Anonymous meetings. We were both around 10 months sober and working tremendously hard at our recovery. We have had frequent contact in and outside of meetings and I have gotten to know Aaron quite well.

I am aware of Aaron's past and that he has pleaded guilty to a federal sex crime. Although he speaks sadly about his actions, Aaron has been forthcoming about it in terms of his recovery work. He speaks about his past with great regret but also as pivotal for change and growth. He has been working very hard on his recovery utilizing 12-step meetings, sponsors, a therapist, and fellowship calls with others in recovery.

One of the many topics that Aaron and I have bonded over is our shared love for our children. We have talked at length about how after Aaron's arrest, he voluntarily moved out of his house at his wife's request to give her some space. In doing so, Aaron did not realize that he would be prevented from seeing his four younger children by his wife for well over a year.

I have had long emotional discussions with Aaron and I am aware of the tremendous pain and sadness this loss has brought him. Aaron has worked hard on reducing resentment and bitterness for his situation. He now blames only himself for his losses and fully accepts his situation. He remains determined not to cause any further pain to his ex-wife. He continues to take positive steps towards changing his previous behavior and attitudes and will wait for his wife to feel ready to trust him again.

Despite these and other very difficult personal challenges, Aaron embraced and committed himself to his sexual recovery and has been doing a wonderful job. His perseverance, surrender

and acceptance to his life situation has been an inspiration to me and others in our program. I have tremendous confidence in his ability to remain sober and committed to his recovery.

In closing, I would like to request leniency for Aaron Weinreb. He is a good man who made a mistake and is working really hard to make sure he never makes such a mistake again. If Aaron were incarcerated, he would be cut off from all the above great resources which would hamper his enormous recovery progress and he would be put into an environment that could unduly endanger his life. "In American jails and prisons, more than 661,000 people have been infected and at least 2,990 inmates and correctional officers have died [from Covid-19].", according to the NY Times. This serious threat to Aaron's life in prison seems like excessive hardship to him and his family.

Most importantly, Aaron has only just recently been reunited with his two younger daughters and the idea of him now going away from them again is heartbreaking. They and their four older siblings have already been so traumatized by his absence this past year and a half and they need him now more than ever to be a model presence in their lives. By allowing him to continue to work his recovery program, he can continue to grow and give his children the stability that they need to move forward.

Thank you very much for considering my letter.

Respectfully,

David Burns

Pragnesh Surti, RA
33-07 91 Street Apt. 5H
Jackson Heights, NY 11372

April 5, 2021

The Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   UNITED STATES v. AARON WEINREB
      Docket No.: 1:20-cr-00006-BMC

Your Honor,

I write this letter on behalf of my friend, Mr. Aaron Weinreb, who is appearing before you in the above referenced case.

My name is Pragnesh Surti, RA. I am a registered Architect in the States of NY, NJ, PA and Ontario, Canada. I am also a father of 2 beautiful daughters, who I love very much.

I met Aaron in September of 2020, virtually, in a noontime Sexaholics Anonymous meeting, and within a short while he asked to call me, as it is a *service* he wanted to do – to speak to "newcomers" and encourage them to take up the 12-step program.

At first, I was hesitant. I was new to Sexaholics anonymous, and still uncomfortable to tell my story and share my truths individually. But over the next few weeks, after listening daily to Aaron in the meetings and hearing the message of his "shares", I became more and more certain that he was someone that was truly dedicated and working single-mindedly towards his recovery.

Our first phone call lasted more than an hour, and he and I shared our stories – our ups and downs, and in spite of the details and that we had grown up in different worlds, our realities were the same. To any outsider, on the outside our lives appeared to be a smashing success, but beneath the surface we shared a deep pain, having both suffered from years of compulsive thinking and poor actions. We were able to speak that night with true honesty. From Aaron I got a sense of deep sorrow for where his disease had led him to and for those he had hurt along the way.

Since that hopeful evening, Aaron and I have been in regular communication. We attend the same SA meeting almost daily, and he and I speak often by phone. I consider him a dear friend and an inspiration on my own path of recovery. Aaron is ahead of me in the program; I only have a few months of sexual sobriety, while I believe that he has more than 16 months. But more than sexual sobriety, what I see in Aaron is a deep understanding of himself, a clarity that only comes from true honesty, rigorous open-mindedness and a desire to grow.

With Aaron, as well as so many others on our program, I realized that there is power in fellowship, especially when knowing that there are stories worse than mine, and that finding peace amidst chaos is

an attainable goal. Due to my challenges with sex addiction, I am also going through a tough divorce, and Aaron's supportive advice is invaluable. Aaron has lost access to his 6 children and lost his marriage of 22 years. Yet, he accepts ownership for his actions, and speaks only of what positive steps he can take. He asks nothing of anyone but himself, and never seeks to shift the blame. Even though I have a sponsor, I also rely on Aaron's guidance as I navigate my own family issues. I feel his peace and serenity, and I trust his advice. I am practicing from his example.

I request your honor to show kindness and mercy upon him. Yes, I do not deny that his actions were egregious, but they were not in-line with who the true Aaron was then, and certainly not at all with any aspect of who he is today. He knows the nature of his actions and he is prepared to face all consequences with peace in his heart. I am certain of this because I hear it in his voice. He often tells me how grateful he is to his Higher Power, for giving him a second chance (despite what he still faces) to live with a higher purpose.

This SA fellowship is a game-changer for me. I'm learning to accept my reality and wear it like a badge on my sleeve. And I thank Aaron for leading the way with his amazing example of courage and honesty. I don't know if SA has the same exposure that AA or NA does, but whether its drugs, alcohol, food, pornography, or you name it – for all of us in the "rooms", the drug is no more than the medium to escape our fears, dull the pain, or hide from our reality. We have all been independently suffering inside and our "drug" has been no more than an additional source of pain to ourselves and our loved ones.

I truly believe Aaron is a changed person, and I believe he will do great things in the future. I request your honor to show leniency in your sentence.

Yours Truly,

Pragnesh Surti, RA
(347) 803-0626