

July 27, 2021

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  USA vs Aaron Weinreb 20-CR-006 (BMC)

Dear Judge Cogan:

    This letter motion is a request that the defendant's current bail conditions be modified prior to his surrender on August 2, 2021.  Currently, Defendant is on home confinement with limited permission to leave his house for prayer services in the morning.  I am seeking that his conditions be changed to allow him to visit two cemeteries in the New York area
Friday, July 30th, 12 PM - 4 PM
Cemeteries: Ohel Chabad, 226-20 Francis Lewis Blvd, Cambria Heights, NY
        and Wellwood Cemetery, 1400 Wellwood Ave, West Babylon, NY

    Mr. Weinreb wishes to visit these cemeteries for the purpose of prayer prior to beginning his incarceration.

    If this is acceptable, please so order this request to allow Aaron Weinreb to be away from his home from 12 PM – 4 PM on July 30th for the purpose of visiting the above locations.  This request was previously approved by his pretrial service officer.

Respectfully Submitted.

Saul Bienenfeld

cc:    PTSO Amanda Carlson
        AUSA Michael Bushwack

**BIENENFELD LAW**

Admitted New York and Florida

New York City:
450 Seventh Avenue
Suite 1408
New York, NY 10123

Long Island:
680 Central Avenue
Suite 108
Cedarhurst, NY 11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com