

July 28, 2021

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  USA vs Aaron Weinreb 20-CR-006 (BMC)

Dear Judge Cogan:

    This letter motion is a request that the defendant be able to surrender to Fort Dix directly rather than to the courthouse and then be transported to Fort Dix. The defendant has been assigned to Fort Dix and has the means to transport himself there this Monday August 2, 2021.

    If this is acceptable, please so order this request to allow Aaron Weinreb to surrender directly to FCI Fort Dix on August 2, 2021  This request was previously approved by his pretrial service officer.


Respectfully Submitted.

Saul Bienenfeld


cc:    PTSO Amanda Carlson
       AUSA Michael Bushwack

**BIENENFELD LAW**

Admitted New York and Florida

**New York City:**
450 Seventh Avenue
Suite 1408
New York, NY  10123

**Long Island:**
680 Central Avenue
Suite 108
Cedarhurst, NY  11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com