*** Filed ***
03:45 PM, 18 Nov, 2026
U.S.D.C., Eastern District of New York

November 18, 2026

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York

**Re: United States v. Weinreb, Case No. 20-CR-00006 (BMC) — Request for Appointment of Counsel**

Dear Judge Cogan,

I respectfully write to request the appointment of counsel to assist me in seeking a modification of one of the conditions of my federal supervised release, specifically the restriction prohibiting me from engaging in direct patient care.

I respectfully request the appointment of Mia Eisner-Grynberg, Deputy Attorney-in-Charge of the Eastern District office of the Federal Defenders of New York. Ms. Eisner-Grynberg originally represented me at my initial court appearance following my arrest. More recently, she represented me before Your Honor in connection with a request for clarification of a modification order. I have personally discussed the present matter with Ms. Eisner-Grynberg, and she is aware of my intention to seek a modification of my supervised-release conditions. In fact, it was Ms. Eisner-Grynberg who advised me to write to Your Honor to request authorization for her appointment. Given her familiarity with my case, my history, and the conditions of my supervised release, I would be particularly grateful if the Court would consider appointing her to represent me in this matter.

I would also like to explain my current financial circumstances.

I have been actively engaged in futures trading through an account belonging to my father, under an arrangement whereby I am permitted to retain the profits. During certain periods, I was quite successful and was able to support myself independently. Unfortunately, over the past five months, I have not generated any trading profits. As a result, I have been borrowing money from my parents to meet my living expenses.

Additionally, since returning to the community, I have made substantial efforts to establish myself financially. I attempted to develop two separate businesses, neither of which ultimately succeeded.

Although I do not currently have conventional employment, I maintain a full and productive daily schedule. I attend yeshiva every weekday from approximately 8:00 a.m. until 5:00 p.m., dedicating myself to full-time Torah study. While the yeshiva offers a modest stipend, I have chosen not to accept it. My daily studies provide me with structure, intellectual engagement, and a strong sense of purpose.

Nevertheless, my present financial circumstances leave me unable to afford private criminal counsel.

In support of my request for appointed counsel, I am submitting a completed CJA Form 23 Financial Affidavit documenting my current financial circumstances. I respectfully request that the Court consider this information in determining my eligibility for appointed representation.

Thank you for your time and consideration.

Respectfully,

Aaron Weinreb

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

IN THE CASE OF

__________ V. __________

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

Aaron Weinreb

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* __________

DOCKET NUMBERS
Magistrate Judge
District Court 20-cr-00006
Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)* ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**

Do you have a job? ☐ Yes ☒ No

**IF YES,** how much do you earn per month? __________

Will you still have a job after this arrest? ☐ Yes ☐ No ☒ Unknown

**PROPERTY**

Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ No | |
| Car/Truck/Vehicle | $ No | |
| Boat | $ No | |
| Stocks/bonds | $ No | |
| Other property | $ No | |

**CASH & BANK ACCOUNTS**

Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No

**IF YES,** give the total approximate amount after monthly expenses $ 5,000

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? ______

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 2050 | $ |
| Groceries | $ 300 | $ |
| Medical expenses | $ - | $ |
| Utilities | $ 150 | $ |
| Credit cards | $ 4500 | $ |
| Car/Truck/Vehicle | $ 500 | $ |
| Childcare | $ - | $ |
| Child support | $ - | $ |
| Insurance | $ 350 | $ |
| Loans | $ - | $ |
| Fines | $ - | $ |
| Other | $ - | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Aaron Weinreb
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

11/18/20
Date